# Exhibit 2

Response to Dr. Freeman's previous FOIA request for data

**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Census Bureau**
Washington, DC 20233-0001

July 22, 2024

Jonathan Freeman
Columbia University
Schermerhorn Hall
1180 Amsterdam Avenue
New York, NY 10027
jon.freeman@columbia.edu

Dear Jonathan Freeman:

This letter is in response to your Freedom of Information Act (FOIA), Title 5, United States Code, Section 552 request submitted July 17, 2024, to the U.S. Census Bureau's FOIA Office. We received your request in this office on July 18, 2024. We have assigned to it tracking number DOC-CEN-2024-000487. We are responding under the FOIA to your request for:

> "Thank you for fulfilling my FOIA request, DOC-CEN-2024-000449, for the table with the percent of respondent visits with breakoffs across the 178 screens of the 2021 NSCG survey. However, because the table did not include the requested column number of respondent visits, unfortunately I must make a new request for a related table. As in that prior request, this request refers to the report released via an earlier request, DOC-CEN-2024-000309. Here is a copy of the report:
> http://www.jonbfreeman.com/s/Freeman_DOC-CEN-2024-000309.pdf
>
> In the report, Table 30 on page 80 provides information about the 5 screens with the highest percentage of all breakoffs in the survey (out of a total of 178 screens in the survey). It is clear from the report that the Census Bureau has internally created what is effectively an expanded version of Table 30 that includes 178 rows for each of the 178 screens in the new cohort production version of the survey.
>
> I hereby request a copy of the expanded table with all 178 rows. As in Table 30, this expanded table should include the screen name, number of cases with a breakoff, and the percent of the survey's breakoffs, for all 178 screens."

Enclosed is a copy of one record, 4 pages, that is responsive to your request. This report has gone through the Census Bureau's Disclosure Review process, and as a result, some data has been omitted. This data is being withheld pursuant to FOIA Exemption 3, Title 5 United States Code Section 552(b) (3). Please be aware that information responsive to your request, contains information that is protected by Title 13, United States Code, Section 9, which requires that census records be used solely for statistical purposes and makes these records confidential. Exemption (b)(3) of the FOIA exempts from disclosure, records or portions of records that are made confidential by statute. Accordingly, to that extent that we have withheld certain data from you, we must deny your request containing Title 13 protected information.

Based on the above information, this constitutes a partial denial of your request. You have the right to appeal this partial denial of the FOIA request. An appeal must be received within 90 calendar days of the date of this response letter. Address your appeal to the following office:

Assistant General Counsel for Employment, Litigation, and Information
Room 5896
U.S. Department of Commerce,
14th and Constitution Avenue, N.W.
Washington, D.C. 20230

An appeal may also be sent by e-mail to FOIAAppeals@doc.gov. The appeal should include a copy of the original request and initial denial, if any. All appeals should include a statement of the reasons why the records requested should be made available and why the adverse determination was in error. The appeal letter, the envelope and the e-mail subject line should be clearly marked "Freedom of Information Act Appeal."

The e-mail and Office are monitored only on working days during normal business hours (8:30 a.m. to 5:00 p.m., Eastern Time, Monday through Friday). FOIA appeals posted to the e-mail box or Office after normal business hours will be deemed received on the next normal business day. If the 90th calendar day for submitting an appeal falls on a Saturday, Sunday or legal public holiday, an appeal received by 5:00 p.m., Eastern Time, the next business day will be deemed timely.

In addition, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS
College Park, Maryland 20740-6001
e-mail at ogis@nara.gov
telephone at 202-741-5770; toll free at 1 877-684-6448
facsimile at 202-741-5769

Please contact Shauvez Bennett of my staff, by telephone at 301-763-2127 or by e-mail at census.efoia@census.gov if you have any questions regarding your request.

Sincerely,

JEAN MCKENZIE Digitally signed by JEAN MCKENZIE Date: 2024.07.22 17:58:10 -04'00'

Jean M. McKenzie, Esq.
Freedom of Information Act/Privacy Act Officer
Chief, Freedom of Information Act Office

Enclosure

# Enclosures

**Breakoffs by Page as a Percent of all Breakoffs - 2021 National Survey of College Graduates**

| Page | Percent |
|---|---|
| b_accep | (D) |
| b_acintro | (D) |
| b_chintro | 0.7 |
| b_chlvin | 0.4 |
| b_chtot | 0.3 |
| b_clicintro | 1.1 |
| b_clicnmbr | (D) |
| b_clicnow | 0.2 |
| b_clicwkr | 0.7 |
| b_cmintro | 0.1 |
| b_contact | 2.9 |
| b_ctzdual | 0.1 |
| b_ctzusin | 0.3 |
| b_difage | 0.1 |
| b_difall | 1.7 |
| b_earn | 4.1 |
| b_earnprb | 0.5 |
| b_eminfo | 10.3 |
| b_emmain | 1.1 |
| b_emsmi | 0.4 |
| b_erncov1 | 0.3 |
| b_erndec | 0.5 |
| b_erninc | (D) |
| b_facintro | 1.6 |
| b_fncv | (D) |
| b_fsintro | 0.0 |
| b_ftpret | 0.4 |
| b_ftprtyr | (D) |
| b_gender | 0.1 |
| b_govsup | 0.5 |
| b_grfintro | 0.1 |
| b_grloanowe | 0.5 |
| b_hrswk | 0.3 |
| b_jobsatis | 0.2 |
| b_last_job | 1.7 |
| b_lookwk | 1.0 |
| b_lwev | 0.2 |
| b_marsta | 0.2 |
| b_mgintro | 0.9 |
| b_n2oclstx | 0.2 |
| b_n2oclstx2 | 0.6 |
| b_n2ocprx | 0.4 |
| b_n2ocprx2 | 1.2 |
| b_n2ocprx3 | (D) |

| | |
|---|---|
| b_nacedx | (D) |
| b_nedtp | 1.0 |
| b_nrrea | (D) |
| b_nwintro | 1.1 |
| b_nwrtyr | 0.5 |
| b_oclstv | 0.9 |
| b_ocprt | 0.9 |
| b_ocprv | 6.4 |
| b_permvyr | (D) |
| b_reside | 1.1 |
| b_salary | 1.5 |
| b_salcov1 | 0.8 |
| b_salcov2 | (D) |
| b_saldec | (D) |
| b_saleff | 0.0 |
| b_salprobe | 0.2 |
| b_satintro | 1.3 |
| b_spintro | 1.2 |
| b_spowk | 0.0 |
| b_strtdate | 1.9 |
| b_supwk | 0.4 |
| b_telew | 0.5 |
| b_ugfintro | 1.4 |
| b_ugloanowe | 1.3 |
| b_verifydob | 4.2 |
| b_verifyname | 2.6 |
| b_verifynamea | 0.3 |
| b_verifynameb | 0.1 |
| b_vetstat | 0.1 |
| b_vsatp | (D) |
| b_waintro | 4.0 |
| b_wapri | 0.2 |
| b_wasec | 0.0 |
| b_wkprobe2 | 0.6 |
| b_wktrni | 0.9 |
| b_wrkg | 2.8 |
| b_wrkgp | 0.5 |
| b_wtreasn | 0.1 |
| b_wtrintro | 0.3 |
| bftintro | 1.4 |
| cert_license | 0.9 |
| cert_license_one | 3.1 |
| em_size_newbus | 1.6 |
| employee_educ | 0.6 |
| enrolled | 0.2 |
| enrolled_degree_fos | (D) |

| | |
|---|---|
| first_us_visa | 0.3 |
| fod_job_related | 0.8 |
| hispcat | 0.3 |
| login | 0.1 |
| n_asdgri | 0.1 |
| n_bsdgn | (D) |
| n_bsdgri | 0.9 |
| n_bthstv | 0.3 |
| n_ccintro | 1.2 |
| n_ccpri | (D) |
| n_ccsch | 0.7 |
| n_ccsec | (D) |
| n_cmpri | (D) |
| n_comcoli | 0.5 |
| n_csintro | 0.4 |
| n_d2 | 0.4 |
| n_d2dg | (D) |
| n_d2miv | (D) |
| n_d3 | 0.2 |
| n_d3dg | (D) |
| n_d3mvi | (D) |
| n_dgchk | 0.3 |
| n_dgchk2 | 0.1 |
| n_eddad | 0.3 |
| n_edmom | 0.3 |
| n_hsstv | 1.0 |
| n_hsyr | 0.6 |
| n_mrd | 2.8 |
| n_mrdg | 0.2 |
| n_mrmvi | 0.3 |
| n_nd2medx2 | (D) |
| n_nd2nedx | (D) |
| n_nd2nedx2 | (D) |
| n_nmrmedx | 0.2 |
| n_nmrmedx2 | 0.3 |
| n_verifyacs | 1.9 |
| other_cert | 0.0 |
| pj | 0.3 |
| raceintro | 0.0 |
| society_association | 0.6 |
| sup | 0.2 |
| weeks_year | 0.3 |

(D) - Suppressed for disclosure avoidance
The Census Bureau has reviewed this data product to ensure appropriate access, use, and disclosure avoidance protection of the confidential source data used to produce this product (Data Management System (DMS) number: P-7533594,

breakoffs

Disclosure Review Board (DRB) approval number: CBDRB-FY24-POP001-0088)