# Exhibit 3

Response to Dr. Freeman's previous FOIA request for a report

**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Census Bureau**
Washington, DC 20233-0001

March 28, 2024

Mr. Jonathan Freeman
Columbia University
1180 Amsterdam Avenue
Schermerhorn Hall
New York, NY 10027
Jon.freeman@columbia.edu

Dear Jonathan Freeman:

This letter is in response to your Freedom of Information Act (FOIA), Title 5, United States Code, Section 552, request dated March 25, 2024, to the U.S. Census Bureau's FOIA Office. We received your request in this office on March 25, 2024. We have assigned to it tracking number DOC-CEN-2024-000309 and are responding under the FOIA to your request for:

> "Heimel, S., Reeves, R., & Varela, K. (Forthcoming). Results from the Web Survey Paradata Analysis for the 2021 National Survey of College Graduates. U.S. Census Bureau, available upon request."

Enclosed is one (1) document containing 105 pages that are responsive to your request; this record is fully releasable under FOIA.

Please contact Shauvez Bennett of my staff, by telephone at 301-763-2127 or by email at census.efoia@census.gov if you have any questions regarding your request.

Sincerely,

SHAUVEZ BENNETT

Digitally signed by SHAUVEZ BENNETT
Date: 2024.03.28 14:04:23 -04'00'

For
Jean M. McKenzie, Esq.
Freedom of Information Act/Privacy Act Officer
Chief, Freedom of Information Act Office

Enclosure



United States Census Bureau

# Enclosure

UNITED STATES DEPARTMENT OF COMMERCE
U.S. Census Bureau
Washington, DC 20233-0001

August 23, 2023

MEMORANDUM FOR Lynn Milan
Project Officer, National Survey of College Graduates
National Center for Science and Engineering Statistics
National Science Foundation

Through: Stephen G. Simoncini
Survey Director, Associate Director for Demographic Programs

From: Anthony G. Tersine, Jr. *Anthony G. Tersine, Jr.*
Chief, Demographic Statistical Methods Division

Subject: Results from the Web Survey Paradata Analysis for the 2021 National Survey of College Graduates

This memorandum includes documentation of the "Results from the Web Survey Paradata Analysis for the 2021 National Survey of College Graduates." The primary purpose of this research is to monitor respondent interactions with the web instrument, including mobile device use, to ensure the instrument is performing as expected. This research also seeks to identify if there are any new or persistent problems that need to be addressed in future survey cycles.

The U.S. Census Bureau reviewed this data product for unauthorized disclosure of confidential information and approved the disclosure avoidance practices applied to this release, CBDRB-FY23-POP001-0119.

If you should have any questions about this document, please contact either Sarah Heimel (sarah.k.heimel@census.gov or 301-763-4117) or Rachel Horwitz (rachel.t.horwitz@census.gov or 301-763-2834).

Attachment: Results from the Web Survey Paradata Analysis for the 2021 National Survey of College Graduates

cc:

| | |
|---|---|
| John M. Finamore | (NSF) |
| Flora Lan | |
| Stephen G. Simoncini | (ADDP) |
| Judith A. Vasquez | |
| Timothy R. Gilbert | |
| Greg F. Orlofsky | |
| David Pysh | (DSD) |
| Jennifer Guarino Tancreto | (DSMD) |
| Rachel T. Horwitz | |
| Courtney N. Reiser | |
| Renee Reeves | |
| Kayla Varela | |
| Sarah Heimel | |
| M. Christopher Stringer | |
| Beth Newman Satisky | |
| Sarah S. Trahey | |
| Christine Bottini | |
| David Hall | |
| Michael E. White | |
| Lindsay Nix | |

**Demographic Statistical Methods Division**
**Survey Methodology**

# Results from the Web Survey Paradata Analysis for the 2021 National Survey of College Graduates

Version Number 01
Date August 23, 2023

**Sarah Heimel**
**Kayla Varela**
**Renee Reeves**

**Jennifer G. Tancreto, ADC**
**Rachel T. Horwitz, Lead Scientist**

DRB Clearance Number CBDRB-FY23-POP001-0119

**Table of Contents**


**Executive Summary ........ vi**
**1. Introduction ........ 1**
**2. Background ........ 1**
**3. Research Questions and Analytic Design ........ 7**
3.1 Research Questions ........ 7
3.2 Data Analysis ........ 7
3.2.1 How has mobile device use changed from previous cycles? ........ 7
3.2.2 How did respondents interact with the 2021 web instrument, and how did the metrics compare to 2019? ........ 8
3.3 Data and Weighting ........ 9
**4. Limitations ........ 10**
**5. Results ........ 12**
5.1 Instrument Performance Metrics ........ 12
5.1.1 Respondent Device Usage Rate ........ 12
5.1.2 Overall Median Survey Completion Times ........ 13
5.1.3 Overall Breakoff Rate ........ 14
5.1.4 Overall Error Message Rate ........ 15
5.1.5 Overall “Previous” Button Usage ........ 16
5.1.6 Overall Changed Answers ........ 18
5.1.7 Overall Changed Answer After “Previous” Button Usage ........ 20
5.1.8 Overall Links Clicked ........ 22
5.1.9 Overall “Help” Usage ........ 23
5.2 Screen-level Performance Metrics ........ 25
5.2.1 Assessment of Changes to 2021 Instrument ........ 25
5.2.2 Additional Screen-level Findings ........ 33
**6. Summary and Recommendations ........ 39**
**7. References ........ 42**
**Appendix A. Brief Background of Smartphone Usage in Prior NSCG Survey Cycles ........ 43**
**Appendix B. Selected Screenshots of NSCG Web Instrument Screens ........ 44**
B.1 Educational Background Screens (N_MRD, etc.) ........ 44
B.2 Appearance of Grid Questions ........ 47
B.3 Categorization of Principal Employer (B_NEDTP) ........ 51
B.4 Broad Job Category Screen (B_N2OCPRX2) ........ 52
B.5 Hours Worked Per Week (B_HRSWK) ........ 53
B.6 Salary Based on 52 Weeks (WEEKS_YEAR) ........ 54
B.7 Contact Information (B_CONTACT) ........ 55

B.8 Working Fewer Than 35 Hours a Week (PJ) ... 56
B.9 Links in the Top and Bottom Banners ... 58
**Appendix C. Glossary of Notable 2021 NSCG Web Instrument Screens ... 59**
**Appendix D. Changes in Error Messages (2019 to 2021) ... 65**
**Appendix E. 2021 NSCG Detailed Formulas for Paradata Measures ... 66**
E.1 Device Use ... 66
E.2 Logins ... 66
E.3 Breakoffs ... 66
E.4 Error Messages ... 67
E.5 "Previous" Button Clicks ... 68
E.6 Changed Answers ... 69
E.7 Links Clicked ... 70
E.8 Completion Time: Overall and by Screen ... 71
E.9 Screen-Specific Help Text ... 72
E.10 Variance Estimator ... 72
**Appendix F. Additional Results ... 73**
F.1 Respondent Visits to a Screen ... 73
F.2 Logins ... 75
F.3 Completion Time ... 76
F.4 Breakoffs ... 80
F.5 Error Messages ... 82
F.6 "Previous" Clicks ... 86
F.7 Changed Answers ... 90
F.7.1 Percent of Changed Answers, Screen-level ... 90
F.7.2 Percent of Changed Answers, Item-level ... 92
F.7.3 Percent of Changed Answers, Question-level ... 94
F.7.4 Rate of Changed Answers ... 95
F.8 Changed Answers After Previous Clicks ... 96
F.9 Help Text ... 99
F.10 Links Clicked ... 102
**Appendix G. Index of Survey Screens and Items with Notable Paradata Results ... 103**

**Table of Tables**

Table 1. NSCG Questions (changed for 2021) with Notable Issues in 2019 Paradata .................. 2
Table 2: Respondent Device Usage Rate, by Cohort and Device within Cohort ......................... 13
Table 3: Median Survey Completion Time (in minutes), by Cohort and Device within Cohort ... 14
Table 4: Breakoff Rate, by Cohort and Device within Cohort ................................................... 15
Table 5: Overall Error Message Rate, by Cohort and Device within Cohort ............................... 16
Table 6: Overall "Previous" Click Rate, by Cohort and Device within Cohort ............................ 17
Table 7: Mean Number of "Previous" Clicks per Respondent, by Cohort and Device within Cohort ............................................................................................................................... 18
Table 8: Overall Changed Answer Rate, by Cohort and Device within Cohort ........................... 19
Table 9: Mean Number of Changed Answers per Respondent, by Cohort and Device within Cohort ............................................................................................................................... 20
Table 10: Overall Changed Answer after a "Previous" Click Rate, by Cohort and Device within Cohort ............................................................................................................................... 21
Table 11: Percent of Respondents that Changed an Answer after Clicking "Previous", by Cohort and Device within Cohort ..................................................................................................... 22
Table 12: Overall Links Clicked Rate, by Cohort and Device within Cohort ............................... 23
Table 13: Overall Help Rate, by Cohort and Device within Cohort ............................................ 24
Table 14: Average Help per Respondent, by Cohort and Device within Cohort ......................... 24
Table 15. Notable Paradata Metrics for Hours Worked Per Week (B_HRSWK) .......................... 26
Table 16. Percent of "Previous" Clicks for Screens Capturing Most Recent Degree Information 27
Table 17. Percent of Respondent Visits with an Error Message on Screens Capturing Degree Information in the New Cohort ........................................................................................... 28
Table 19. Notable Paradata Metrics for Respondent Contact Information (B_CONTACT) .......... 30
Table 20: Rate of Changed Answers for Grid Questions in 2021 and 2019, New Cohort ............ 31
Table 21: Rate of Changed Answers for Grid Questions in 2021 and 2019, Old Cohort ............. 32
Table 22. Screens with High Breakoffs and Completion Times .................................................. 34
Table 23. Notable Paradata Metrics for Categorization of Principal Employer (B_NEDTP) ......... 35
Table 24. Select Paradata Metrics: Job Category ...................................................................... 37
Table 25. Select Paradata Metrics: New Business Screen .......................................................... 38
Table 26. Select Paradata Metrics: Associate Degree Info ......................................................... 39
Table 27. Glossary of Notable NSCG Questions ......................................................................... 59
Table 28. Logins Per Respondents ............................................................................................. 75
Table 29. Highest Median Screen Completion Times, New Cohort ........................................... 77
Table 30. Highest Median Screen Completion Times, Old Cohort ............................................. 78
Table 31. Screens with the Highest Percentage of Breakoffs, New Cohort ............................... 80
Table 32. Screens with the Highest Percentage of Breakoffs, Old Cohort ................................. 80
Table 33: Screens with Highest Percent of Respondent Visits ending in Breakoff, New Cohort . 81

Table 34: Screens with Highest Percent of Respondent Visits ending in Breakoff, Old Cohort ... 81
Table 35: Mean Number of Error Messages per Respondent, by Cohort and Device within Cohort ... 82
Table 36: Screens with the Highest Percent of Error Messages, in New Cohort ... 83
Table 37: Screens with the Highest Percent of Error Messages, in Old Cohort ... 84
Table 38: Questions with Highest Rate of Error Messages in 2021, New Cohort ... 85
Table 39: Questions with Highest Rate of Error Messages in 2021, Old Cohort ... 85
Table 40: Screens with the Highest Percent of "Previous" Clicks, in New Cohort ... 86
Table 41: Screens with the Highest Percent of "Previous" Clicks, in Old Cohort ... 87
Table 42: Screens with Highest Rate of Previous Clicks in 2021, New Cohort ... 88
Table 43: Screens with Highest Rate of Previous Clicks in 2021, Old Cohort ... 89
Table 44: Screens with Highest Percent of Changed Answers, New Cohort ... 90
Table 45: Screens with Highest Percent of Changed Answers, Old Cohort ... 91
Table 46: Percent of Changed Answers by Item, by Cohort ... 92
Table 47: Questions with Highest Percent of Changed Answers, New Cohort ... 94
Table 48: Questions with Highest Percent of Changed Answers, Old Cohort ... 94
Table 49: Questions with Highest Rate of Changed Answers in 2021, New Cohort ... 95
Table 50: Questions with Highest Rate of Changed Answers in 2021, Old Cohort ... 95
Table 51: Questions with the Highest Percent of Changed Answers Happening after a "Previous" Click, New Cohort ... 97
Table 52: Questions with the Highest Percent of Changed Answers Happening after a "Previous" Click, Old Cohort ... 98
Table 53: Percent of "Help" Text Clicks by Screen, New Cohort ... 99
Table 54: Percent of "Help" Text Clicks by Screen, Old Cohort ... 100
Table 55: Percent of Respondent Visits with "Help" Text Rendered ... 101
Table 56: Screens where a Link was Clicked, by Cohort ... 102

**Table of Figures**

Figure 1. 2021 NSCG screen B_LAST_JOB (B_LWDATE / B_OCLSTT) ... 9
Figure 2. Order of Questions to Capture Most Recent Degree Information ... 44
Figure 3. 2021 NSCG screen N_MRD (N_MRDGSCH/N_MRDATE/N_MRMAV) ... 45
Figure 4. 2019 NSCG screen D8N1A (MRDGSCH) ... 45
Figure 5. 2019 NSCG screen D8N1B (MRDATE) ... 46
Figure 6. 2019 NSCG screen D8N1D1 (MRAV) ... 46
Figure 7. Example of the 2021 NSCG Grid Question, Desktop Rendering (B_WAINTRO) ... 47
Figure 8. Example of a 2019 NSCG Grid Question, Desktop Rendering (A22 WAINTRO) ... 48
Figure 9. Example of the 2021 NSCG Grid Question, Mobile Device Rendering (B_WAINTRO) .. 49
Figure 10. Example of a 2019 NSCG Grid Question, Mobile Device Rendering (N_CCINTRO) ... 50
Figure 11. 2021 NSCG Screen B_NEDTP ... 51
Figure 12. 2019 NSCG Screen A11 (B_NEDTP) ... 51
Figure 13. 2021 NSCG Screen B_N2OCPRX2 ... 52
Figure 14. 2019 NSCG Screen A16 (N2OCPRX) ... 52
Figure 15. 2021 NSCG screen B_HRSWK ... 53
Figure 16. 2019 NSCG screen A29 (HRSWK) ... 53
Figure 17. 2021 NSCG screen WEEKS_YEAR ... 54
Figure 18. 2019 NSCG screen A28 (WKSYR) ... 54
Figure 19. 2019 NSCG screen A28A (WKSLYR) ... 54
Figure 20. 2021 NSCG Screen B_CONTACT ... 55
Figure 21. 2019 NSCG Screen E27 (CONTACT) ... 55
Figure 22. 2021 NSCG Screen PJ (PJWTFT/PJINTRO) ... 56
Figure 23. 2019 NSCG Screen PJWTFT ... 57
Figure 24. 2019 NSCG Screen PJINTRO ... 57
Figure 25. 2021 NSCG Top Banner, Desktop Rendering ... 58
Figure 26. 2021 NSCG Bottom Banner, Desktop Rendering ... 58
Figure 29. 2019 NSCG Top Banner, Desktop Rendering ... 58
Figure 30. 2019 NSCG Bottom Banner, Desktop Rendering ... 58
Figure 31. Sample 2021 NSCG Edit Messages ... 65
Figure 32. 2021 NSCG Previous Button ... 68
Figure 33. 2019 NSCG Previous Button ... 68
Figure 34. Distribution of New Cohort Screens by Number of Respondent Visits ... 73
Figure 35. Distribution of Old Cohort Screens by Number of Respondent Visits ... 74
Figure 36. Distribution of New Cohort Screens by Median Completion Time ... 79
Figure 37. Distribution of Old Cohort Screens by Median Completion Time ... 79

*Executive Summary*

The purpose of the 2021 National Survey of College Graduates (NSCG) web survey paradata analysis is to provide the most up-to-date picture of how web respondents are interacting with the survey instrument, including the mobile-optimized version. This research ensures the instrument is performing as expected while checking for any potentially problematic survey screens or questions and evaluating any changes to the instrument.

<u>Research Questions and Results</u>

*Research Question 1: How has mobile device use changed from prior cycles?*

Since the 2019 cycle, smartphone use increased for both cohorts (old and new), while tablet use decreased. However, new cohort smartphone users had the highest breakoff rate of any subset of respondents and had a markedly higher breakoff rate than their 2019 counterparts. Additionally, smartphone users clicked on more hyperlinks in 2021 than 2019, which was attributed to the location of the links in the mobile interface.

*Research Question 2: How did respondents interact with the 2021 web instrument, and how did the metrics compare to 2019?*

The median survey completion time in 2021 was comparable to that seen in 2019; the screens with the longest median completion times continue to be those with multiple parts.

In 2021, the old cohort respondents had an overall breakoff rate that was comparable to 2019. However, the new cohort had more breakoffs in 2021 compared to 2019, especially for smartphone users. The screen with the highest percent of breakoffs in both cohorts captured the name and address information of the respondent's principal employer (B_EMINFO), which has been notable in past paradata analyses as well.

The frequency of "Previous" button usage in 2021 was comparable to that in 2019, for both cohorts. In both cohorts, the screen capturing the respondent's specific principal job category (B_N2OCPRX) had more than double the number of previous clicks of any other screen.

The mean number of changes that a respondent made in 2021 increased for both new cohort and old cohort respondents and across all devices when compared to the 2019 metrics. The question that collected a broad categorization of the respondent's principal employer (B_NEDTP) accounted for a larger portion of the changed answers in 2021 than it had in 2019, from both cohorts; this is partly attributed to the presence of "Help" text in 2021.

In both cohorts, the rate of changed answers after a "Previous" click increased by about five percentage points from 2019 to 2021. In roughly half of the instances after a respondent clicked "Previous", the respondent then changed an answer on that previous question. The three questions with the highest rate of changed answers after a "Previous" click were combined with a preceding question to appear on a shared screen in 2021, a change from 2019.

The overall percent of respondents who clicked on a hyperlink while completing the survey was lower in 2021 than it had been in 2019. However, smartphone users clicked more links in 2021 than 2019. The most common screen on which a link was clicked was the very last screen in the web instrument (THANK_YOU), which provided links to U.S. Census Bureau and National Science Foundation websites.

The 2021 instrument was the first time that "Help" was offered to respondents. About ten percent of new cohort respondents and six percent of old cohort respondents opened at least one "Help" link. In both cohorts, the screen with the largest percentage of all "Help" clicks was the screen that asked if the respondent was working for pay or profit (B_WRKG).

In both cohorts, the percent of respondents who generated an error message decreased from 2019 to 2021. However, there was an increased prevalence of error messages on the most recent degree screen (N_MRD).

<u>Recommendations</u>

The 2021 NSCG paradata analysis shows that a continued investment in optimizing the survey for mobile devices is warranted, given the increased use of smartphones by respondents.

There was an association between screens with high completion times also having a high proportion of breakoffs. This association demonstrates the importance of only asking respondents for mission-critical information.

The question that collected a broad categorization of the respondent's principal employer (B_NEDTP) had a noticeably higher rate of changed answers in 2021 than in 2019 and also had

one of the highest occurrences of “Help” text being accessed in the 2021 instrument. As a result of separate cognitive testing, the 2023 NSCG Bridge Panel will test including instructional text for people employed by contracting organizations; “Help” text will be retained for 2023. We recommend further research into how respondents are answering this question.

Additional screen-specific changes have been implemented in both the 2023 production NSCG instrument and the 2023 Bridge Panel instrument. The 2023 paradata analyses will continue to evaluate and monitor all screens, with particular attention to screens that differed from the 2021 instrument.

## 1. Introduction

The National Survey of College Graduates (NSCG) is a repeated cross-sectional, biennial survey sponsored by the National Center for Science and Engineering Statistics (NCSES) within the National Science Foundation (NSF). Under an interagency agreement, the U.S. Census Bureau serves as the data collection contractor for the NSCG. Conducted since the 1970s, the primary purpose of the NSCG is to provide data on the nation's college graduates, with particular focus on those in the science and engineering workforce. The survey examines various characteristics of college-educated individuals such as occupation, work activities, salary, and the relationship of degree field to occupation, among others.

The purpose of the 2021 NSCG web survey paradata analysis is to provide the most up-to-date picture of how web respondents are interacting with the survey instrument, including the mobile-optimized version. This research ensures the instrument is performing as expected and checks for any lingering problems from the previous survey cycle that have not been addressed. Ultimately, we will identify potentially problematic screens or questions and propose recommendations to improve the survey design or inform research in future survey cycles.

## 2. Background

The NSCG selects a sample of individuals under the age of 76 who have at least a bachelor's degree and who are living in the United States on the survey reference date. Responses to the American Community Survey (ACS) are used as the sampling frame for this survey.

The NSCG uses different variations of a baseline questionnaire, tailored on whether a case is a new sample member (new cohort), a returning sample member who responded in the prior cycle (old cohort), or a returning sample member who did not respond in the prior cycle (nonrespondent cohort). The new cohort questionnaire has more questions than both returning sample questionnaires; the new cohort questionnaire asks about historical educational information and basic demographic information, which respondents do not need to answer a second time in a subsequent survey cycle. The nonrespondent questionnaire has slightly longer date ranges for questions about recent educational experiences but is otherwise identical to the old cohort questionnaire (U.S. Census Bureau, 2021). For this analysis, we will consider the nonrespondent cohort and old cohort together and refer to them collectively as the old cohort.

Although the NSCG began primarily as a mail survey, a web mode was added in 2010 and became the primary survey mode by 2013. Paradata were first collected as a by-product of the 2013 web survey; paradata are data that are collected during the response process that enable

us to learn how the respondent completed the survey. Paradata provide information about a respondent's experience that is useful in identifying potential problems with the survey instrument which might impact data quality. Appendix A presents a brief summary specifically on how paradata analysis has identified changes in smartphone usage since 2013.

Some screens with notable issues identified in the 2019 paradata analysis were revised in the NSCG web instrument before the 2021 data collection. Table 1 contains a list of the screens that were revised, how each screen was revised, and the screen-level paradata measure(s) that identified the screen as problematic in 2019. Appendix B includes screenshots of these screens for the 2021 cycle, along with the version from 2019 for comparison. Additionally, Appendix C contains a glossary of notable screen names with a description of the content on that screen.

**Table 1. NSCG Questions (changed for 2021) with Notable Issues in 2019 Paradata**

| **Topic** | **2019 Screen Name** | **2021 Screen Name** [a] | **2019 paradata result** | **Changes made for 2021 NSCG** |
|---|---|---|---|---|
| Broad job category | A16 (N2OCPRX) | B_N2OCPRX2 | • Fourth largest percentage of all error messages in both cohorts | • Changed hard edit to a soft edit [b]<br>• Alphabetized the list of response options |
| Hours worked per week | A29 (HRSWK) | B_HRSWK | • Largest percentage of respondents that changed an answer after a "Previous" click, in old cohort (fourth largest in new cohort) | • Renamed textbox label from "Hours" to "hours per week"<br>• Added "Help" text |

| Topic | 2019 Screen Name | 2021 Screen Name [a] | 2019 paradata result | Changes made for 2021 NSCG |
|---|---|---|---|---|
| Name and address of most recent college/university | D8N1A (MRDGSCH) | N_MRD (N_MRDGSCH) | • Second largest percentage of all changed answers, in new cohort | • Changed the order of questions in this series<br>• Combined this question with others onto one screen |
| Date most recent degree awarded | D8N1B (MRDATE) | N_MRD (N_MRDATE) | • Second largest percentage of all error messages in new cohort<br>• Third largest percentage of all “Previous” button clicks in new cohort | • Changed the order of questions in this series<br>• Combined this question with others onto one screen |
| Major field of study for most recent and second most recent degrees | D8N1D1 (MRMAV)<br><br>D8N2D1 (D2MAV) | N_MRD (N_MRMAV)<br><br>N_D2 (N_D2MAV) | • Second (N_D2MAV) and third (N_MRMAV) largest percentage of respondents that changed an answer after a “Previous” click, in new cohort | • Changed the order of questions in this series<br>• Combined this question with others onto one screen |

| Topic | 2019 Screen Name | 2021 Screen Name [a] | 2019 paradata result | Changes made for 2021 NSCG |
|---|---|---|---|---|
| Birthdate | E13X (BIRINTRO) | BIRTHDATE | • Second largest percentage of all error messages in old cohort | Changed skip pattern so the old cohort only saw this screen if they had been asked to verify their date of birth (on the B_VerifyDOB screen) and either year or month was still missing. |
| Respondent contact information | E27 (CONTACT) | B_CONTACT | • Largest percentage of all error messages in both cohorts<br>• Largest percentage of all changed answers, in both cohorts<br>• Item nonresponse for each item on this screen was higher in 2019 than in 2017 | Relabeled the "Retype Email" field to "Confirm Email" |

a. The prefix on a screen name denotes if the screen is in both the new and old cohort surveys (B_), only the old cohort survey (O_), or only new cohort survey (N_). Screens without a prefix are in both the new and old cohort surveys; these screens did not get a prefix when the naming convention was changed because a respondent could get the question, but only if that data had not been collected in a previous survey.
b. Additional recommendations were made in 2019 that were not implemented for 2021.

Some screens with notable paradata results in 2019 were not changed substantially before 2021 data collection, and thus continue to be of interest in this analysis. These include:

- B_EMINFO, which collects employer information such as name and address (Problematic measures: median completion time and breakoff rates),
- B_N2OCPRX, which collects the respondent's specific job category (Problematic measure: previous clicks), as well as the preceding screen B_N2OCPRX2 which collects the broad job category (Problematic measure: error messages), and
- other screens in the education series, such as
  - N_ASDGRI - Do you have an associate degree? (Problematic measure: changed answer after "Previous")
  - N_BSDGN - How many degrees did you receive at the bachelor's level or higher? (Problematic measure: changed answer after "Previous")
  - N_DGCHK3 (2021 cycle)/BACHK3 (2019 cycle) - Do you have another degree that you received before February 1, 2021? (Problematic measure: "Previous" clicks)

There were additional changes made to the 2021 data collection instrument that were not based on 2019 paradata results.

- Some questions that appeared on separate screens in 2019 were combined to appear on the same screen in 2021.[1] In some cases, a formatting approach known as "Appear/disappear" was used, so that secondary questions only appeared to the respondent if their answer to the primary question warranted the follow-up question. This change is relevant when comparing 2021 "Previous" button clicks to the 2019 results and could also impact the rate of changed answers on these screens.
- One inadvertent result from combining questions onto the same screen was that sometimes the spacing in between questions was not optimal. On combined screens, there was not enough blank space between questions but too much space between question instructions and the corresponding response options. Figure 22 in Appendix B.8 provides an example of this issue.
- Grid questions (with multiple rows of sub-questions or response options), as well as the instrument in general, looked different in 2021 than in 2019; for grids, the 2019 screens alternated using a blue or white background to distinguish each row while 2021 did

[1] Combined screens in 2021 NSCG were B_LWDATE/B_OCLSTT, B_EMSIZE/B_NEWBUS, B_EMED/B_EDTP, B_OCEDRLP/B_NRINTRO, B_WKSYR/B_WKSLYR, B_PJWTFT/B_PJINTRO, B_CLIC/B_CLICNMBR, B_CLICNME/B_CLICYR/B_CLICKND/B_CLICISS, B_CLICCEU/B_CLICCOST, B_PROMTGI/B_PRMBR, O_MRDGSCH/O_MRDATE/O_MRMAV, N_D2DGSCH/N_D2DATE/N_D2MAV, N_D3DGSCH/N_D3DATE/N_D3MAV, N_D4DGSCH/N_D4DATE/N_D4MAV, N_D5DGSCH/N_D5DATE/N_D5MAV, B_ACSIN/B_ACFPT, B_ACDRG/B_ACEDV, and N_FNUSYR6/N_FNVSATP.

not.[2] An example of this visual difference is provided in Appendix B.2 (see Figure 7 and Figure 8 for desktop screens and for mobile instrument screens). This was an inadvertent change stemming from an overall change to the look and feel of the instrument; the alternating row colors should have been retained and will be reinstated for 2023.[3]

- Revisions were made to the logic that determined whether to show the respondent an error message on certain screens. As mentioned in Table 1, the pathing for BIRTHDATE was adjusted in the old cohort. Additionally, in both cohorts, a slight edit was made to the B_CONTACT screen between 2019 and 2021: the “Retype Email” field was relabeled to read “Confirm Email.” Other minor changes were made to error messages; see Appendix D for more details.
- A handful of new screens were introduced in 2021 NSCG to collect data about the impact of the COVID-19 pandemic.[4] Additionally, five questions had COVID-19 pandemic-related response options added.[5] These changes could impact several measures, including overall completion times and changed answer rates.

In addition to the aforementioned changes, a brand-new feature was added to select screens in the web instrument in 2021: screen-specific “Help” text. This analysis will report metrics to assess how respondents interacted with the new “Help” text. Figure 11 and Figure 15 in Appendix B are examples of how the “Help" text link appeared to respondents.

In 2021, approximately 5,000 additional new cohort cases were sampled to receive an experimental version of the survey, known as the Bridge Panel (Basdeo, Reeves, & Satisky, 2022). The Bridge Panel was used to test survey questions, response options, and question

[2] Relevant screens were B_NWINTRO, B_MGINTRO, B_NRINTRO, B_WAINTRO, B_SATINTRO, B_PJINTRO, B_CLICINTRO, B_CHINTRO, B_WTRINTRO, B_FACINTRO, N_CSINTRO, N_CCINTRO, O_MRREA, B_ACINTRO, B_SPINTRO, B_CMINTRO and BFTINTRO.

[3] In 2016, staff in the Center for Survey Measurement of the U.S. Census Bureau conducted usability testing on the NSCG web survey, in advance of the launch of the mobile-optimized NSCG in 2017 (Nichols, Falcone, & Figueroa, 2018). The 2017 mobile instrument implemented their recommended approach. Grids containing four or more response choices were presented in a long vertical list of questions with their response options underneath, called an item-by-item design; blue highlighting was used to identify the question items within the page. Grid questions with binary Yes/No response options were still presented in a grid format, with a column of questions down the left-side of the screen and the response options filling the right-side of the screen. A swim-lane design was utilized to help respondents stay in the correct row; the phrase “swim-lane design” is used because alternating rows were highlighted in blue. An example of this layout for mobile device Yes/No grids is in Figure 10. However, this visual approach to Yes/No questions was also switched to the item-by-item layout, with no alternating colors, in 2021; this is seen in Figure 9.

[4] These screens are B_SALCOV1, B_SALEFF, B_SALCOV2, B_SALDEC, B_SALINC, B_TELEW, B_ERNCOV1, B_ERNDEC, and B_ERNINC.

[5] These questions are B_NWINTRO, B_PJINTRO, BFTINTRO, B_CHINTRO, and B_PROMTGI.

formatting. Survey responses from the Bridge Panel will be excluded from this analysis; select survey items from the Bridge Panel were analyzed in a forthcoming report.

## 3. Research Questions and Analytic Design

This section presents the research questions that guided the analysis and also discusses the key metrics used to answer the research questions. The section also discusses the weighting used for this analysis.

### 3.1 Research Questions

This research addresses the following research questions:[6]

1. How has mobile device use changed from prior cycles?
2. How did respondents interact with the 2021 web instrument, and how did the metrics compare to 2019?

Where we are able, we make comparisons between the 2019 and 2021 measures. The comparisons are not statistically tested because the necessary weights are not available to make statistical comparisons across years.

### 3.2 Data Analysis

The following section outlines how we answered each research question using paradata measures. All measures are calculated for each cohort (new and old) separately. Formulas for each measure are found in Appendix D.

#### 3.2.1 How has mobile device use changed from previous cycles?

To determine how mobile device use has changed from the previous cycle, we calculated the percent of logins using each device and the respondent device usage rates (Equations [1] and [2] in Appendix D) to see if there were any differences between the cycles.

[6] The analysis plan discussed three research questions: the first research question shown here, plus two other questions. Those two proposed research questions focused on how things changed between 2019 and 2021. However, in doing the analysis, we found it difficult to make accurate one-to-one screen-level comparisons between survey cycles due to the number of changes that were made (e.g., multiple questions were combined to be on one screen, the screen naming convention changed, and question order changed). As a result, it was difficult to answer the proposed research questions as worded, so we modified the research questions.

The percent of logins using each device is concerned with how many logins were made using a given type of device, in relation to the total number of logins across all devices. In this measure, all successful logins using any device are included, even logins made on different devices by the same respondent.

A slightly different metric, the respondent device usage rate, looks at how many respondents used a given type of device in relation to the total number of respondents. In this metric, only the smallest device that a respondent used while answering the survey is kept for each respondent.

In addition to these two metrics, subsequent paradata measures will be presented overall and also by device because, historically, we have found respondents behave differently based on the device used, particularly when using smartphones.

#### 3.2.2 How did respondents interact with the 2021 web instrument, and how did the metrics compare to 2019?

To understand how respondents interacted with the web survey instrument, we investigated a variety of paradata measures. These measures are similar to those used in previous analyses; while statistical comparisons cannot be made across survey cycles, 2019 results are shown, when possible, for context.

For several of these topics, we calculated both an overall rate of action X per number of respondents (where X is the action associated with the paradata measure) and an average rate for those respondents who engaged in action X. The overall rates provide context for how respondents interacted with the survey instrument and set the stage for understanding the screen-level measures. Considering screen-level measures alone may not provide the whole story; analyzing screen-level measures in conjunction with overall measures yields more accurate insight to potential problems.

We generally calculate two screen-level rates for each topic to provide a complete understanding of how respondents are behaving. The first screen-level rate is the number of times that action X occurred on a given screen in relation to the total number of times that action X occurred throughout the instrument. The second rate is the proportion of respondents that engaged in action X in relation to the number of respondents that visited that screen. We labeled these rates as “percent of all X” and “percent of respondent visits with X,” respectively.

Appendix F.1 presents histograms showing why it is important to calculate both these measures.

When reporting screen-level results in Section 5.2 or Appendix F, some tables present a screen's rank. The rank describes the screen's position when all screens with a denominator greater than or equal to fifteen for that metric are sorted from highest to lowest on that metric.

The metrics for completion time, breakoffs, "Previous" button clicks, and links clicked are all reported at the screen-level. However, metrics for changed answers can be reported either at the screen-level, question-level, or item-level. Figure 1 shows a screen (B_LAST_JOB) that had two survey questions (B_LWDATE and B_OCLSTT, outlined in red) and three survey items (outlined in green).

**Figure 1. 2021 NSCG screen B_LAST_JOB (B_LWDATE / B_OCLSTT)**




Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata

As a screen might contain multiple items, screen-level analysis of the changed answer metrics is not precise enough to identify where respondents had difficulty. We present results of changed answer metrics at all three levels (screen-level, question-level, and item-level) in Appendix F.7 for comparisons to prior survey cycles.

### 3.3 Data and Weighting

We used the 2021 NSCG web survey paradata file, the 2021 NSCG Master File, and the 2021 NSCG Replicate Weights File. We also utilized results from the 2019 NSCG web survey paradata analysis.[7]

---

[7] All 2019 measures were weighted using the 2019 NSCG Replicate Weights File, which contained the base weight and corresponding replicate weights.

Before beginning our analyses, we created a clean base file by merging and manipulating the paradata file, the master file, and the device file. When creating the base file, we aimed to assign each login a device type, to assign each respondent a smallest device, and to remove any unwanted paradata records. Not all logins had been assigned device types, and occasionally logins had more than one device type listed. Our team identified these instances, researched them, and confirmed, through comparison, the appropriate devices to assign. Additionally, we looked at all devices a respondent used to access the web instrument and identified the smallest device used. Lastly, we aimed to remove any unwanted paradata records. This included Telephone Questionnaire Assistance (TQA) records, Computer-Assisted Telephone Interview (CATI) call center IDs, failed logins, back-to-back logins occurring within five minutes of one another, and any logins that occur after a respondent has completed the survey. We deleted multiple submissions so that if a respondent attempted to log back into the instrument using a different ID after a submission, they did not get counted more than once.

The base file creation was very similar to 2019, with two small modifications. This cycle, we became aware of a limitation of the paradata. If a respondent leaves the instrument without hitting the ‘Save and Exit’ button, any actions that occurred on the last page they were viewing, were not recorded. In order to remove potential glitches where a respondent clicked the login button twice, we removed the first instance of any back-to-back logins that occurred on the same device within five minutes of each other. Additionally, we no longer removed respondents that never reached a question page (i.e., their only records were logins, logouts, and submissions) because they may have seen their first question but did not click a navigation button on that screen. These modifications had negligible effects on the results.

When unweighted counts are provided in this report, the counts are rounded based on guidance from the Census Bureau Disclosure Review Board. To abide by best practices for disclosure avoidance, any instances where the unweighted count was less than fifteen were omitted when reporting results.

## 4. Limitations

The initial review of the paradata file identified the absence of data for the error message analysis. This missing data were attributed to the web instrument’s new “shared style”

approach[8]; it was determined that some lines of necessary code had been omitted and, as a result, the error message paradata were not stored. An attempt to recreate the data and generate the error message data post hoc was not fully successful so additional workarounds were needed in order to analyze when error messages had been triggered by respondents.

An additional limitation in the data pertained to the identification of links clicked. Over 1,200 records[9] had a hyperlink activated but the paradata did not specify what the respondent clicked; the field was blank where a description of the link should have been. These cases were not included as links clicked in this analysis. The majority of these cases occurred on the final THANK_YOU screen, which does not have a "Help" text option. This limitation resulted in an underestimate of links clicked, overall and by screen.

Although we report overall paradata measures by cohort and device within cohort, sample sizes are not sufficient to produce screen-level metrics by device within cohort.

The series of questions that ask about a respondent's citizenship status was pathed incorrectly for new cohort cases at the start of data collection; it was fixed approximately halfway through data collection. This means that some new cohort respondents who identified that they were a U.S. citizen by naturalization were not asked the follow-up questions about their citizenship that should have been asked. In fixing the pathing for the new cohort instrument, old cohort cases began inadvertently receiving the citizenship questions which typically are not in scope for that cohort. Instead of continuing to adjust the survey instrument, the decision was made to let old cohort cases receive the questions but ignore the answers in post-processing. In this analysis, we included the incorrectly-pathed citizenship questions when considering old cohort overall paradata metrics (such as survey completion time) but ignored them when reporting by screen.

In addition to the changes mentioned in Section 2, there were other minor changes made to the survey instrument that could have influenced respondent behavior. These include wording changes such as moving a prepositional phrase from the end of a survey question to the beginning, and formatting changes such as removing the question numbers that had appeared on the 2019 instrument. We do not expect to be able to determine if there was an impact on any paradata metrics as a result of these changes.

---

[8] A "shared style" is a set of files responsible for the look and feel of multiple surveys. These shared resources control things such as spacing, color scheme, the look and feel of form fields (e.g., radio, checkbox, and text inputs), and most of the mobile optimization behavior (e.g., at which screen widths elements will collapse).
[9] There were 3,400 clicks between the new and old cohorts where the value was recorded.

## 5. Results

This section presents the results of the 2021 NSCG paradata analysis. Results are presented separately for the new cohort cases and the old cohort cases. The new cohort web instrument contained 178 screens; there were 43,000 cases that logged into the survey instrument. The old cohort web instrument had 136 screens and 60,500 cases. Due to skip patterns, not all respondents saw every screen.

### 5.1 Instrument Performance Metrics

This section documents the overall results for each measure. The overall rates provide context for how respondents interacted with the survey instrument and set the stage for understanding the screen-level measures presented in Section 5.2. As we continue to make mobile-specific updates to the survey instrument, we want to monitor the prevalence and quality of smartphone use when completing the survey. As a result, the following overall metrics are also reported by device within each cohort. The 2021 survey results are shown next to the 2019 survey results for context.

#### 5.1.1 Respondent Device Usage Rate

Table 2 shows how many respondents used each type of device when answering the survey in 2021 and in 2019. Since the 2019 cycle, smartphone use increased for both cohorts; smartphone users increased by about six percentage points in the new cohort and four percentage points in the old cohort. For both cohorts, the device that decreased in prevalence was tablets.

**Table 2: Respondent Device Usage Rate, by Cohort and Device within Cohort**

| Cohort | Device | Number of Respondents | | Respondent Device Usage Rate | | Difference (2021 – 2019) |
|---|---|---|---|---|---|---|
| | | 2019 | 2021 | 2019 | 2021 | |
| **New Cohort** | Smartphone | 5,300 | 8,300 | 14.0 (0.4) | 20.3 (0.4) | 6.3 |
| | Tablet | 1,900 | 700 | 7.9 (0.3) | 2.5 (0.2) | -5.4 |
| | Computer/Other | 29,000 | 33,500 | 78.1 (0.4) | 77.2 (0.4) | -0.9 |
| | **Overall** | **36,500** | **43,000** | **100.0** | **100.0** | |
| **Old Cohort** | Smartphone | 6,400 | 10,000 | 14.0 (0.3) | 18.3 (0.4) | 4.3 |
| | Tablet | 2,900 | 1,100 | 7.4 (0.3) | 2.5 (0.1) | -4.9 |
| | Computer/Other | 40,000 | 49,000 | 78.6 (0.4) | 79.2 (0.4) | 0.6 |
| | **Overall** | **49,000** | **60,500** | **100.0** | **100.0** | |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

### 5.1.2 Overall Median Survey Completion Times

Calculating survey completion times is helpful in understanding respondent burden. Only respondents who completed the survey in one session (approximately 90 percent of respondents from each cohort, shown in Table 27) were included when measuring median survey completion time.

Table 3 presents the median survey completion time for each cohort, as well as for each device within a cohort. The median completion time for smartphone users and computer/other users decreased in both cohorts from 2019 to 2021 (Table 3). The largest change in completion times was among tablet users in the new cohort; those respondents had a completion time in 2021 that was 1.9 minutes longer than new cohort tablet users in 2019.[10]

[10] In 2019, we saw a surprisingly large decrease from 2017 in median completion time for new cohort tablet users (4.9 minutes) that prompted us to dig deeper. No clear explanation for the decrease was found; however, the increase this cycle supports the hypothesis that the 2019 tablet completion time result was an anomaly.

**Table 3: Median Survey Completion Time (in minutes), by Cohort and Device within Cohort**

| Cohort | Device | Median Completion Time (in minutes) | | Difference (2021 – 2019) |
|---|---|---|---|---|
| | | **2019** | **2021** | |
| **New Cohort** | Smartphone | 22.3 (0.4) | 21.9 (0.3) | -0.4 |
| | Tablet | 24.0 (0.7) | 25.9 (0.8) | 1.9 |
| | Computer/Other | 23.3 (0.2) | 23.1 (0.1) | -0.2 |
| | **Overall** | **23.2 (0.1)** | **22.9 (0.1)** | **-0.3** |
| **Old Cohort** | Smartphone | 17.5 (0.2) | 16.7 (0.2) | -0.8 |
| | Tablet | 17.4 (0.4) | 18.2 (0.8) | 0.8 |
| | Computer/Other | 17.4 (0.1) | 17.3 (0.2) | -0.1 |
| | **Overall** | **17.4 (0.1)** | **17.2 (0.1)** | **-0.2** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors in parentheses.

### 5.1.3 Overall Breakoff Rate

The breakoff rate describes how many respondents left the web instrument and never returned to complete it online. Table 4 reports the 2021 breakoff rates next to the 2019 breakoff rates, by cohort and by the device that was used. In 2021, the old cohort respondents had an overall breakoff rate that was comparable to 2019. However, 8.4 percent of new cohort respondents broke off and never finished the survey in 2021, compared to 6.8 percent in 2019. New cohort smartphone users had the highest breakoff rate, 10.9 percent, an increase of 3.5 percentage points over the 2019 rate.

**Table 4: Breakoff Rate, by Cohort and Device within Cohort**

| Cohort | Device | Number of Breakoffs | | Breakoff Rate | | Difference (2021 -2019) |
|---|---|---|---|---|---|---|
| | | 2019 | 2021 | 2019 | 2021 | |
| New Cohort | Smartphone | 450 | 850 | 7.4 (0.8) | 10.9 (0.7) | 3.5 |
| | Tablet | 150 | 50 | 7.2 (1.1) | 8.0 (1.7) | 0.8 |
| | Computer/Other | 2,000 | 2,300 | 6.6 (0.3) | 7.8 (0.3) | 1.2 |
| | **Overall** | **2,600** | **3,200** | **6.8 (0.3)** | **8.4 (0.3)** | **1.6** |
| Old Cohort | Smartphone | 250 | 450 | 3.3 (0.4) | 4.4 (0.4) | 1.1 |
| | Tablet | 100 | 30 | 2.9 (0.6) | 3.4 (1.0) | 0.5 |
| | Computer/Other | 1,100 | 1,200 | 3.1 (0.2) | 2.6 (0.2) | -0.5 |
| | **Overall** | **1,500** | **1,700** | **3.1 (0.2)** | **2.9 (0.2)** | **-0.2** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Minor additive discrepancies are due to rounding. Standard errors are in parentheses.

### 5.1.4 Overall Error Message Rate

The overall error message rate describes what percent of respondents received at least one error message while completing the survey. Table 5 shows that 13.6 percent of new cohort respondents and 7.6 percent of old cohort respondents generated at least one error message while completing the survey. In both cohorts, the percent of respondents who generated an error message decreased from 2019 to 2021. This can be attributed to fewer old cohort respondents seeing the BIRTHDATE screen due to updates to the pathing as well as changes on B_CONTACT, both of which are discussed in Section 2.

The mean error messages per respondent are reported in Appendix F.5; the mean number of error messages per respondent was comparable between years.

**Table 5: Overall Error Message Rate, by Cohort and Device within Cohort**

| Cohort | Device | Number of Respondents with an Error Message | | Error Message Rate | | Difference (2021 -2019) |
|---|---|---|---|---|---|---|
| | | 2019 | 2021 | 2019 | 2021 | |
| New Cohort | Smartphone | 1,000 | 1,500 | 19.8 (1.1) | 16.5 (0.9) | -3.3 |
| | Tablet | 350 | 150 | 17.5 (1.3) | 19.1 (2.6) | 1.6 |
| | Computer/Other | 4,500 | 4,700 | 15.0 (0.5) | 12.7 (0.4) | -2.3 |
| | **Overall** | **5,800** | **6,300** | **15.9 (0.4)** | **13.6 (0.3)** | -2.3 |
| Old Cohort | Smartphone | 900 | 900 | 15.8 (1.2) | 8.4 (0.7) | -7.4 |
| | Tablet | 450 | 100 | 16.6 (1.2) | 11.3 (1.8) | -5.3 |
| | Computer/Other | 5,100 | 3,500 | 12.7 (0.3) | 7.3 (0.3) | -5.4 |
| | **Overall** | **6,500** | **4,500** | **13.4 (0.3)** | **7.6 (0.3)** | -5.8 |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Minor additive discrepancies are due to rounding. Standard errors are in parentheses.

### 5.1.5 Overall "Previous" Button Usage

Respondents generally use the "Previous" button to verify or change a prior response, or to check the context of the previous question before answering the current one. "Previous" button clicks and changed answers can both indicate respondent confusion with a question, especially changed answers after a "Previous" button click. In this section, we show how many respondents used the "Previous" button, how many changed an answer while completing the survey, and how many respondents changed an answer after using the "Previous" button. We also show which screens had the most "Previous" button clicks, the most changed answers, and the most changed answers after a "Previous" button click.

Table 6 shows that 60.9 percent of 2021 new cohort respondents used the "Previous" button at least once, which is comparable to the 2019 rate of 60.7 percent. While fewer old cohort respondents used the "Previous" button in 2021 than did new cohort respondents, the percent of old cohort respondents who used the "Previous" button in 2021 (53.3 percent) was about a percentage point higher than in 2019 (52.2 percent). In both cohorts, the percent of smartphone respondents who used the "Previous" button decreased from 2019 to 2021, while the percentage of computer/other respondents who used it increased.

**Table 6: Overall "Previous" Click Rate, by Cohort and Device within Cohort**

| Cohort | Device | Number of Respondents who clicked "Previous" | | Previous Click Rate | | Difference (2021 – 2019) |
|---|---|---|---|---|---|---|
| | | 2019 | 2021 | 2019 | 2021 | |
| New Cohort | Smartphone | 3,400 | 5,200 | 58.6 (1.5) | 56.9 (1.1) | -1.7 |
| | Tablet | 1,300 | 500 | 57.0 (2.0) | 56.7 (3.5) | -0.3 |
| | Computer/Other | 20,000 | 23,500 | 61.4 (0.6) | 62.1 (0.6) | 0.7 |
| | **Overall** | **24,500** | **29,000** | **60.7 (0.6)** | **60.9 (0.5)** | **0.2** |
| Old Cohort | Smartphone | 3,500 | 5,400 | 54.9 (1.4) | 50.5 (1.2) | -4.4 |
| | Tablet | 1,600 | 650 | 49.9 (1.7) | 49.8 (2.8) | -0.1 |
| | Computer/Other | 22,500 | 29,000 | 51.9 (0.5) | 54.0 (0.5) | 2.1 |
| | **Overall** | **27,500** | **35,000** | **52.2 (0.4)** | **53.3 (0.5)** | **1.1** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

Table 7 reports the average number of "Previous" clicks for those respondents who used the "Previous" button at least once. The average number of "Previous" clicks was lower in 2021 than in 2019 for new cohort respondents, regardless of the device used. This could be attributed to combining questions onto the same screen, especially in the education series that is asked of the new cohort. Old cohort respondents who used a smartphone had fewer "Previous" clicks on average in 2021 (2.8 clicks) than they did in 2019 (3.4 clicks), but the average was comparable for respondents who used other devices.

**Table 7: Mean Number of "Previous" Clicks per Respondent, by Cohort and Device within Cohort**

| Cohort | Device | Mean Number of "Previous" Clicks | | Difference (2021 – 2019) |
|---|---|---|---|---|
| | | 2019 | 2021 | |
| New Cohort | Smartphone | 4.0 (0.3) | 3.5 (0.2) | -0.5 |
| | Tablet | 4.1 (0.3) | 3.5 (0.3) | -0.6 |
| | Computer/Other | 4.3 (0.1) | 4.1 (0.1) | -0.2 |
| | **Overall** | **4.3 (0.1)** | **4.0 (0.1)** | **-0.3** |
| Old Cohort | Smartphone | 3.4 (0.3) | 2.8 (0.1) | -0.6 |
| | Tablet | 3.0 (0.1) | 2.8 (0.2) | -0.2 |
| | Computer/Other | 3.1 (0.1) | 3.2 (0.1) | 0.1 |
| | **Overall** | **3.1 (0.1)** | **3.1 (0.1)** | **0.0** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

### 5.1.6 Overall Changed Answers

Table 8 shows the overall changed answer rate, by cohort and device within cohort. The overwhelming majority of respondents changed at least one answer – approximately 95.5 percent (new cohort) and 93.2 percent (old cohort) of respondents; an increase from 2019 in both cohorts.

**Table 8: Overall Changed Answer Rate, by Cohort and Device within Cohort**

| Cohort | Device | Number of Respondents who Changed an Answer | | Overall Changed Answer Rate | | Difference (2021 – 2019) |
|---|---|---|---|---|---|---|
| | | 2019 | 2021 | 2019 | 2021 | |
| New Cohort | Smartphone | 5,100 | 8,000 | 95.7 (0.6) | 95.8 (0.5) | 0.1 |
| | Tablet | 1,800 | 700 | 93.9 (1.0) | 93.7 (1.4) | -0.2 |
| | Computer/Other | 28,000 | 32,500 | 94.1 (0.3) | 95.5 (0.2) | 1.4 |
| | **Overall** | **35,000** | **41,500** | **94.3 (0.3)** | **95.5 (0.2)** | **1.2** |
| Old Cohort | Smartphone | 3,000 | 9,800 | 96.3 (0.5) | 94.9 (0.5) | -1.4 |
| | Tablet | 2,700 | 1,100 | 88.0 (1.1) | 90.2 (1.8) | 2.2 |
| | Computer/Other | 35,000 | 46,500 | 91.5 (0.3) | 92.9 (0.3) | 1.4 |
| | **Overall** | **46,000** | **57,500** | **91.9 (0.3)** | **93.2 (0.2)** | **1.3** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

It is not unusual (or necessarily a sign of a problem) for a respondent to change at least one answer while completing the survey. They could have mis-clicked their original response or realized another option was more accurate. Table 9 shows the mean number of changes that a respondent made in 2021, as well as the mean number from 2019 respondents. The mean number of changes that a respondent made in 2021 increased for both new cohort and old cohort respondents, when compared to the 2019 metrics. The increase in the mean number of changed answers occurred across all devices.

We attribute this increase to a variety of instrument changes, including the additional questions relating to the coronavirus pandemic, screen-specific “Help” text, and the inadvertent format change for all grid questions. One example of an additional 2021 question is B_TELEW (asking if the respondent was required or allowed to telecommute/work remotely); that question was responsible for 1.5 percent (se < 0.1) of all changed answers in the new cohort and 2.1 percent (se = 0.1) in the old cohort.

**Table 9: Mean Number of Changed Answers per Respondent, by Cohort and Device within Cohort**

| Cohort | Device | Mean Number of Changed Answers | | Difference (2021 – 2019) |
|---|---|---|---|---|
| | | 2019 | 2021 | |
| New Cohort | Smartphone | 9.8 (0.3) | 11.1 (0.2) | 1.3 |
| | Tablet | 7.2 (0.2) | 8.8 (0.5) | 1.6 |
| | Computer/Other | 9.4 (0.2) | 11.7 (0.2) | 2.3 |
| | **Overall** | **9.3 (0.2)** | **11.5 (0.1)** | **2.2** |
| Old Cohort | Smartphone | 7.5 (0.1) | 8.6 (0.2) | 1.1 |
| | Tablet | 5.8 (0.2) | 7.2 (0.3) | 1.4 |
| | Computer/Other | 6.9 (0.1) | 8.0 (0.1) | 1.1 |
| | **Overall** | **6.9 (0.1)** | **8.1 (0.1)** | **1.2** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

### 5.1.7 Overall Changed Answer After "Previous" Button Usage

"Previous" button clicks in combination with changed answers can indicate respondent confusion with a certain question. Table 10 shows the overall changed answer after a "Previous" click rate; this metric increased by about five percentage points from 2019 to 2021 in both cohorts. In roughly half of the instances after a respondent clicked "Previous", the respondent then changed an answer on the prior question.

**Table 10: Overall Changed Answer after a "Previous" Click Rate, by Cohort and Device within Cohort**

| Cohort | Device | Overall Ratio Analysis | | Difference (2021 – 2019) |
|---|---|---|---|---|
| | | 2019 | 2021 | |
| New Cohort | Smartphone | 47.1 (2.6) | 53.2 (2.4) | 6.1 |
| | Tablet | 46.3 (3.1) | 54.5 (5.0) | 8.2 |
| | Computer/Other | 44.5 (1.0) | 48.7 (1.1) | 4.2 |
| | **Overall** | **44.9 (0.9)** | **49.5 (1.0)** | **4.6** |
| Old Cohort | Smartphone | 43.5 (3.7) | 53.4 (2.0) | 9.9 |
| | Tablet | 50.9 (2.3) | 56.1 (4.1) | 5.2 |
| | Computer/Other | 50.8 (0.9) | 54.1 (1.0) | 3.3 |
| | **Overall** | **49.6 (1.0)** | **54.1 (0.9)** | **4.5** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

Table 11 shows the percent of respondents who changed an answer after clicking "Previous", by cohort and by device within cohort. Similar to Table 10, Table 11 reports that the percent of respondents who changed an answer after clicking "Previous" also increased from 2019 to 2021. In both cohorts, over 80 percent of all respondents who used the "Previous" button at least once to return to the prior screen then changed an answer. This finding will be discussed more in Section 5.2.2.3, where we attribute part of the increase to screens with multiple questions; we believe some respondents moved on without answering the second question on these screens, possibly not seeing it initially, but some did come back to answer it.

**Table 11: Percent of Respondents that Changed an Answer after Clicking "Previous", by Cohort and Device within Cohort**

| Cohort | Device | Number of Respondents who changed an answer after clicking "Previous" | | Percent of Respondents who changed an answer after clicking "Previous" | | Difference (2021 – 2019) |
|---|---|---|---|---|---|---|
| | | 2019 | 2021 | 2019 | 2021 | |
| New Cohort | Smartphone | 3,400 | 4,400 | 82.7 (1.7) | 84.8 (1.0) | 2.1 |
| | Tablet | 1,300 | 400 | 85.4 (1.9) | 83.6 (3.0) | -1.8 |
| | Computer/Other | 20,000 | 20,500 | 82.5 (0.6) | 85.8 (0.6) | 3.3 |
| | **Overall** | **24,500** | **25,000** | **82.7 (0.5)** | **85.6 (0.5)** | **2.9** |
| Old Cohort | Smartphone | 3,500 | 4,300 | 78.7 (1.9) | 82.5 (0.5) | 3.8 |
| | Tablet | 1,500 | 500 | 76.3 (1.9) | 78.9 (2.6) | 2.6 |
| | Computer/Other | 22,500 | 24,000 | 76.8 (0.7) | 79.9 (1.2) | 3.1 |
| | **Overall** | **27,500** | **29,000** | **77.0 (0.6)** | **82.0 (0.5)** | **5.0** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

### 5.1.8 Overall Links Clicked

While a respondent is completing the survey instrument, they are presented with optional resources embedded as URL links in the top and bottom banners of the survey instrument (such as FAQs or a Privacy statement). Appendix E.7 describes the links that were available to respondents; Appendix B.9 presents images of the top and bottom banners.

Table 12 reports the percent of respondents who clicked on a hyperlink while completing the survey. For both cohorts, the 2021 overall rates were lower than was seen in 2019. This can be partially attributed to the limitation in the 2021 data, discussed in Section 4, where not all hyperlink clicks were correctly recorded; however, there were also fewer links on the top and bottom banners in 2021 than 2019, which could also partially explain the decrease.

However, smartphone users clicked more links in 2021 than 2019; 8.1 percent of new cohort smartphone respondents clicked at least one link and 5.8 percent of old cohort respondents did. Additional analysis revealed that approximately 90 percent of all smartphone clicks were on either Accessibility, Privacy or Security, which were the three links located in the bottom

banner. For computer users, the links to Accessibility, Privacy or Security accounted for only 10 percent of the links clicked. This suggests that the structure of the mobile interface contributed to the prevalence of links clicked; smartphone respondents likely activated links inadvertently due to their position on the bottom right of the screen.

**Table 12: Overall Links Clicked Rate, by Cohort and Device within Cohort**

| Cohort | Device | Number of Respondents who clicked a Link | | Percent of Respondents who clicked a Link | | Difference (2021 – 2019) |
|---|---|---|---|---|---|---|
| | | 2019 | 2021 | 2019 | 2021 | |
| New Cohort | Smartphone | 100 | 650 | 1.8 (0.4) | 8.1 (0.7) | 6.3 |
| | Tablet | 60 | (D) | 1.8 (0.7) | (D) | (D) |
| | Computer/Other | 2,100 | 800 | 7.4 (0.3) | 2.5 (0.2) | -4.9 |
| | **Overall** | **2,300** | **1,500** | **6.1 (0.3)** | **3.6 (0.2)** | **-2.5** |
| Old Cohort | Smartphone | 90 | 550 | 1.9 (0.4) | 5.8 (0.5) | 3.9 |
| | Tablet | 50 | (D) | 2.1 (0.4) | (D) | (D) |
| | Computer/Other | 2,100 | 700 | 5.1 (0.2) | 1.4 (0.1) | -3.7 |
| | **Overall** | **2,300** | **1,300** | **4.4 (0.2)** | **2.2 (0.1)** | **-2.2** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are shown in parentheses.
(D) Suppressed for disclosure avoidance.

### 5.1.9 Overall “Help” Usage

A new feature was added to select screens in the web instrument in 2021: screen-specific “Help” text. If a high percentage of respondents accessed “Help” text on a given screen, it suggests that the question on that screen was cognitively difficult or was presented in a way that was not intuitive to the respondent. Figure 15 in Appendix B shows how the “Help” link appeared to respondents.

Table 13 shows the percent of respondents who opened a “Help” link at least once: about ten percent of new cohort respondents and six percent of old cohort respondents. New cohort tablet users were much less likely to access “Help” than were respondents who used other devices.

**Table 13: Overall Help Rate, by Cohort and Device within Cohort**

| Cohort | Device | Number of Respondents | Overall Help Rate |
|---|---|---|---|
| New Cohort | Smartphone | 8,300 | 9.2 (0.8) |
| | Tablet | 450 | 4.3 (1.4) |
| | Computer/Other | 34,000 | 10.2 (0.3) |
| | **Overall** | **42,500** | **9.9 (0.3)** |
| Old Cohort | Smartphone | 10,500 | 6.9 (0.6) |
| | Tablet | 800 | 6.6 (1.6) |
| | Computer/Other | 49,000 | 5.8 (0.2) |
| | **Overall** | **60,500** | **6.0 (0.2)** |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

Table 14 shows the average number of "Help" links that were opened, for respondents who opened at least one. Respondents in both cohorts clicked "Help" an average of 1.4 times. Only old cohort tablet users had an average rate (1.9 clicks), which was noticeably different from other device users.

**Table 14: Average Help per Respondent, by Cohort and Device within Cohort**

| Cohort | Device | Number of Respondents who clicked at least one "Help" link | Average Number of "Help" clicks |
|---|---|---|---|
| New Cohort | Smartphone | 900 | 1.4 (0.1) |
| | Tablet | 50 | 1.4 (0.2) |
| | Computer/Other | 4,400 | 1.5 (<0.1) |
| | **Overall** | **5,300** | **1.4 (<0.1)** |
| Old Cohort | Smartphone | 650 | 1.3 (0.1) |
| | Tablet | 50 | 1.9 (0.3) |
| | Computer/Other | 3,600 | 1.4 (<0.1) |
| | **Overall** | **4,300** | **1.4 (<0.1)** |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Minor additive discrepancies are due to rounding. Standard errors are in parentheses.

## 5.2 Screen-level Performance Metrics

The following screen-level analyses will demonstrate:

- whether changes to the 2021 instrument were successful at addressing issues seen in the 2019 instrument, and
- which screens had notable paradata results in the 2021 NSCG web instrument.

### 5.2.1 Assessment of Changes to 2021 Instrument

In the following sections, we will discuss what changes were made to the survey instrument in advance of the 2021 data collection, why the changes were made, and the relevant paradata results from 2021 that illustrate the impact of the change.

#### 5.2.1.1 Hours worked per week (B_HRSWK)

The question that captures how many hours a week the respondent typically worked (B_HRSWK) was adjusted between the 2019 and 2021 survey cycles . In 2019, it had a high percentage of changed answers that occurred after a "Previous" click, in both cohorts (see Table 15). After further investigation, it was hypothesized that respondents were providing answers based on *hours per day* instead of *hours per week* (Neufelder et al., 2020). As a result, the textbox label was changed from "Hours" to "hours per week" in the 2021 instrument (see Appendix B.5).

Table 15 shows that there was a decrease, for both cohorts, in the percent of respondents that made a change on B_HRSWK following a "Previous" click from 2019 to 2021, suggesting this change helped address the issue. In the 2021 new cohort, 42.2 percent of changed answers occurred after a "Previous" click (down from 59.0 percent). In the 2021 old cohort, it was 50.0 percent (down from 69.7 percent). While these decreases meant that B_HRSWK no longer had one of the five highest results in 2021 as it had in 2019, it did remain near the top. However, this screen, and write-ins in general, appear to be more problematic than they likely are due to how answer change rates are calculated for write-in questions.[11]

---

[11] When answering a write-in field, the paradata will only identify a change to the field if the respondent clicks outside the box, and then puts the cursor back in the box. Additionally, if the respondent leaves the write-in box and then comes back to it, even if they changed everything that they had entered in the write-in field, the instrument would only record one change on that question. As a result, the total number of changed answers on questions with write-in fields is generally small; this number is the denominator for the "Percent of Changed Answers after a 'Previous' click" metric. As a result, it is common for this metric to be large for write-in questions.

Additionally, B_HRSWK was one of about twenty that offered screen-specific "Help" text in the 2021 instrument. Table 15 shows the percentage of all "Help" clicks that occurred on this screen; while the results show that the "Help" text was utilized in 2021, it was not one of the screens with the most-frequently accessed "Help" text. Since there was no "Help" text in 2019, we do not have a benchmark to compare this metric against.

**Table 15. Notable Paradata Metrics for Hours Worked Per Week (B_HRSWK)**

| Paradata Metric of Note | Cohort | 2019 | | 2021 | |
|---|---|---|---|---|---|
| | | Estimate | Screen Rank for this Estimate | Estimate | Screen Rank for this Estimate |
| Percent of Changed Answers that were after "Previous" | New | 59.0 (4.2) | 7 | 42.2 (3.2) | 19 |
| | Old | 69.7 (3.0) | 3 | 50.0 (3.2) | 12 |
| Percent of All "Help" Text Clicks | New | † | † | 4.3 (0.6) | 8 |
| | Old | † | † | 6.5 (0.8) | 5 |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
† Not Applicable. "Help" text was not available in 2019.

#### 5.2.1.2 Impact of Revisions to the Education Series

In 2021, some questions about the same topic were combined onto one screen, where in 2019 they had been on separate screens. Notably for the new cohort, the 2021 screen capturing the respondent's most recent degree information (N_MRD) contained a series of questions that had been on separate screens in the 2019 instrument. On the 2021 screen, new cohort respondents were asked to provide:

- the name and address of the college or university where they earned their most recent degree (N_MRDGSCH, which has five items: three write-in fields and two drop-down boxes),
- the date the degree was awarded (N_MRDATE, which has two items, both of which are drop-down boxes), and
- the primary field of study for the degree (N_MRMAV, which is a single write-in field).

The same three questions were asked again in the new cohort if a respondent had more than one degree, to capture information for up to five degrees, and the same format was used for these additional degrees as was used for N_MRD. In the old cohort, respondents were only asked to provide educational degree information if they had recently obtained a new degree

(O_MOST_RECENT_DEGREE) or had not previously provided information on a bachelor's degree (O_BA_DEGREE).

The decision to combine questions onto one screen was driven partly by a 2019 finding that the screens capturing information about the respondent's most recent degree had high rates of "Previous" clicks. Table 16 shows that in 2019, five of the seven screens capturing a respondent's most recent degree information were in the top ten screens for percent of "Previous" clicks recorded in the entire instrument; in 2021, only one screen appeared in the top ten for this metric (N_NMRNEDX, which had not changed from the 2019 version). Specifically, 5.1 percent of all 2019 "Previous" clicks occurred on the screens N_MRDGSCH, N_MRDATE, and N_MRMAV; the 2021 screen N_MRD with those three questions accounted for only 1.1 percent of all 2021 "Previous" clicks. This suggests that respondents were in fact backtracking to get context or for another reason; placing the questions on the same screen provided the necessary information so respondents did not need to back up in the instrument.

**Table 16. Percent of "Previous" Clicks for Screens Capturing Most Recent Degree Information**

| Year | Screen (in the order asked in the survey) | Percent of all "Previous" clicks | Screen Rank for this Estimate |
|---|---|---|---|
| 2019 | *School of most recent degree (N_MRDGSCH)* [a] | 1.4 (0.1) | 14 |
| | *Date of most recent degree (N_MRDATE)* [a] | 2.1 (0.1) | 3 |
| | Type of degree for most recent degree (N_MRDG) | 1.6 (0.1) | 7 |
| | *Field of most recent degree (N_MRMAV)* [a] | 1.6 (0.1) | 8 |
| | Specific field of study (N_NMRMEDX) | 1.5 (0.1) | 10 |
| | Have second major (N_MRMVI) | 1.8 (0.1) | 5 |
| | Field of second major (N_MRMIV) | 0.7 (0.1) | 46 |
| 2021 | Type of degree for most recent degree (N_MRDG) | 1.1 (0.1) | 25 |
| | *Most recent degree information (N_MRD)* [a] | 1.2 (0.1) | 23 |
| | Specific field of study (N_NMRMEDX) | 1.7 (0.1) | 5 |
| | Have second major (N_MRMVI) | 1.3 (0.1) | 18 |
| | Field of second major (N_MRMIV) | 0.6 (0.1) | 71 |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
a. The 2021 screen N_MRD contained the three questions N_MRDGSCH, N_MRDATE, and N_MRMAV.

However, while the prevalence of "Previous" clicks decreased from 2019 to 2021, there was an increase in the prevalence of error messages, especially on the most recent degree screen

(N_MRD). In both 2019 and 2021, an error message would appear on this screen if, when the respondent hit the "Next" button, both a U.S. state and a foreign country were selected on N_MRDGSCH, or if either month or year were left blank on N_MRDATE[12]; thus, all the error messages were associated with items that use a drop-down box to capture the response data. Table 17 shows that in 2019, the screen N_MRDATE generated an error message for 3.6 percent of respondent visits to that screen while N_MRDGSCH only produced an error message on 0.2 percent of respondent visits; in 2021, the screen asking for the school, date, and field of study for the respondent's most recent degree generated an error message on 6.0 percent of respondent visits. The subsequent 2021 screens N_D2 and N_D3 had lowered rates of error messages (3.0 and 3.2 respectively) suggesting that some respondents learned after receiving an error message on N_MRD and were able to avoid triggering a subsequent error message.

**Table 17. Percent of Respondent Visits with an Error Message on Screens Capturing Degree Information in the New Cohort**

| Year | Screen (in the order asked in the survey) | Percent of Respondent Visits with an Error Message | Screen Rank for this Estimate |
|---|---|---|---|
| 2019 | Date of most recent degree (N_MRDATE) | 3.6 (0.2) | 5 |
| | School of most recent degree (N_MRDGSCH) | 0.2 (<0.1) | 47 |
| | Date of second most recent degree (N_D2DATE) | 3.2 (0.4) | 6 |
| | School of second most recent degree (N_D2DGSCH) | 0.1 (<0.1) | 52 |
| | Date of third most recent degree (N_D3DATE) | 3.0 (0.6) | 8 |
| | School of third most recent degree (N_D2DGSCH) | 0.1 (<0.1) | 53 |
| 2021 | Most recent degree information (N_MRD)[a] | 6.0 (0.3) | 3 |
| | Second most recent degree information (N_D2) | 3.0 (0.3) | 7 |
| | Third most recent degree information (N_D3) | 3.2 (0.6) | 6 |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
a. The 2021 screen N_MRD contained the three questions N_MRDGSCH, N_MRDATE, and N_MRMAV.

Table 35 in Appendix F.5 shows that the questions N_MRDGSCH and N_MRDATE accounted for 16 percent of all error messages in 2019 but 29 percent of all error messages in 2021 (when they appeared together on the screen N_MRD).

[12] In both 2019 and 2021, the error message that appeared on any rendition of date of degree said, "Please specify the month and year that your degree was awarded." In 2021, a second sentence was added to the content of the error message: "If you do not remember the exact date the degree was awarded, please provide your best estimate."

Additionally, in 2019, the question asking for the name and address of the respondent's most recent college or university (N_MRDGSCH) was noted to have the largest percentage of the instrument's changed answers, 5.4 percent (Neufelder et al., 2020). There was also a high percentage of changed answers seen on this question in 2021, specifically on the state and country drop-down items (see Table 45 in Appendix F.7.2). We expect this question will continue to elicit a large percentage of changed answers because of the variety of ways respondents can navigate to their answer.[13]

#### 5.2.1.3 Respondent Contact Information (B_CONTACT)

In previous survey cycles, the respondent contact information screen (B_CONTACT) had a high percentage of error messages and a high percentage of changed answers. A slight edit was made to the screen between 2019 and 2021: the "Retype Email" field was relabeled to read "Confirm Email." In both 2019 and 2021, an error message was displayed if the respondent's answer in the Email Address field did not match the answer for Retype Email / Confirm Email. The error message read, "Please verify that the email address was entered correctly."

Table 18 shows the percent of changed answers and percent of error messages that were recorded on the respondent contact information screen (B_CONTACT) in both the 2019 and 2021 paradata. In 2019, the respondent contact information screen (B_CONTACT) had the most changed answers and the most error messages of any screen in both cohorts. In 2021, it still had high percentages in each metric, but the percent of respondent visits with an error message had fallen by roughly half from 2019 to 2021. This suggests that the label revision on the email address field was helpful. The B_CONTACT screen is similar to N_MRD in that it will likely continue to elicit a large percentage of changed answers due to the multiple data capture fields on the screen, including multiple drop-down fields.

---

[13] For example, respondents could use the scroll bar within the drop-down list, they could start typing their answer, or they could use the arrow keys to move through the list. A respondent who lives in Oklahoma might type "O" and initially land on "Ohio", then use the arrow key or continue typing to move to "Oklahoma", which would be recorded as a changed answer. When there is a lengthy list of possible response options, it is not uncommon for respondents to land on an intermediate answer en route to their final answer, which then is recorded as a changed answer.

**Table 18. Notable Paradata Metrics for Respondent Contact Information (B_CONTACT)**

| Paradata Metric of Note | Cohort | 2019 | | 2021 | |
|---|---|---|---|---|---|
| | | Estimate | Screen Rank for this Estimate | Estimate | Screen Rank for this Estimate |
| Percent of Changed Answers | New | 6.0 (0.2) | 1 | 5.7 (0.2) | 2 |
| | Old | 9.0 (0.2) | 1 | 8.9 (0.2) | 1 |
| Percent of Respondent Visits with an Error Message | New | 5.0 (0.3) | 3 | 2.4 (0.1) | 9 |
| | Old | 4.6 (0.2) | 3 | 2.3 (0.2) | 4 |
| Percent of Error Messages | New | 21.6 (1.2) | 1 | 11.5 (0.7) | 2 |
| | Old | 28.5 (1.0) | 1 | 26.7 (1.5) | 1 |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

#### 5.2.1.4 Grid questions

Section 2 discussed how the appearance of grid questions was inadvertently changed from 2019 to 2021. The next two tables will show how the change impacted paradata results in 2021 compared to 2019.

Table 19 and Table 20 document the rate of changed answers for each question that was presented in a grid format. All but one grid question had a higher percent of respondent visits with a changed answer in 2021 than in 2019. This suggests that respondents had more difficulty marking their response for a given row when there were not visual lines to orient them, leading to mis-clicks, and thus, changed answers.

**Table 19: Rate of Changed Answers for Grid Questions in 2021 and 2019, New Cohort**

| Question Description (Question) | Number of Rows in the Grid | | Percent of Respondent Visits with a Changed Answer | | Difference (2021-2019) |
|---|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 | |
| Satisfaction with aspects of job (B_SATINTRO) | 9 | 9 | † | 29.9 (0.5) | † |
| Work activities (B_WAINTRO) | 14 | 14 | 25.7 (0.5) | 29.4 (0.6) | 3.7 |
| Reasons currently enrolled (B_ACINTRO) | 9 | 9 | 27.6 (2.1) | 26.3 (1.8) | -1.3 |
| Reasons for working fewer than 35 hours (B_PJINTRO)* | 7 | 11 | 15.2 (1.1) | 25.5 (1.4) | 10.3 |
| Reasons working outside field of study (B_NRINTRO) | 7 | 7 | 18.0 (1.1) | 23.0 (1.2) | 5.0 |
| Importance of job factors (B_FACINTRO) | 9 | 9 | † | 22.1 (0.4) | † |
| Reasons for taking community college courses (N_CCINTRO) | 10 | 10 | 16.5 (0.7) | 20.0 (0.6) | 3.5 |
| Reasons for changing job (B_CHINTRO)* | 9 | 11 | 15.7 (1.0) | 18.1 (0.9) | 2.4 |
| Technical expertise required (B_MGINTRO) | 3 | 3 | 12.5 (0.4) | 17.3 (0.4) | 4.8 |
| Reasons for coming to the U.S. (B_CMINTRO) | 5 | 6 | 10.6 (0.8) | 16.8 (1.2) | 6.2 |
| Available job benefits (BFTINTRO) * | 4 | 5 | 8.9 (0.3) | 15.8 (0.4) | 6.9 |
| Reasons for having certification or license (B_CLICINTRO) | 6 | 6 | 13.5 (0.7) | 15.3 (0.7) | 1.8 |
| Reasons for work-related training (B_WTRINTRO) | 7 | 7 | 12.6 (0.6) | 14.4 (0.5) | 1.8 |
| Time periods taking community college courses (N_CSINTRO) | 5 | 5 | 12.1 (0.6) | 14.1 (0.5) | 2.0 |
| Reasons for not working (B_NWINTRO)* | 8 | 10 | 11.1 (0.7) | 14.0 (0.6) | 2.9 |
| Spouse’s job required bachelor’s degree (B_SPINTRO) | 3 | 3 | 9.3 (0.4) | 11.9 (0.5) | 2.6 |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
* Denotes the screens that had additional questions in 2021 to capture pandemic-related information.
† Not Applicable. SATINTRO and FACINTRO were not calculated at the question-level in 2019. Only item-level information is available.

**Table 20: Rate of Changed Answers for Grid Questions in 2021 and 2019, Old Cohort**

| Question Description (Question) | Number of Rows in the Grid | | Percent of Respondent Visits with a Changed Answer | | Difference (2021-2019) |
|---|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 | |
| Reasons to obtain degree (O_MRREA) | 9 | 9 | 27.0 (2.8) | 34.3 (3.0) | 7.3 |
| Work activities (B_WAINTRO) | 14 | 14 | 25.7 (0.5) | 28.6 (0.5) | 2.9 |
| Satisfaction with aspects of job (B_SATINTRO) | 9 | 9 | † | 27.5 (0.4) | † |
| Reasons currently enrolled (B_ACINTRO) | 9 | 9 | 22.3 (2.1) | 26.7 (2.1) | 4.4 |
| Reasons for working fewer than 35 hours (B_PJINTRO)* | 7 | 11 | 12.5 (0.9) | 24.1 (1.1) | 11.6 |
| Reasons for coming to the U.S. (B_CMINTRO) | 6 | 6 | 12.1 (1.2) | 21.2 (2.6) | 9.1 |
| Reasons for changing job (B_CHINTRO)* | 9 | 11 | 15.3 (0.8) | 21.1 (1.0) | 5.8 |
| Importance of job factors (B_FACINTRO) | 9 | 9 | † | 20.9 (0.4) | † |
| Reasons working outside field of study (B_NRINTRO) | 7 | 7 | 17.3 (1.0) | 19.2 (1.1) | 1.9 |
| Technical expertise required (B_MGINTRO) | 3 | 3 | 13.7 (0.4) | 16.5 (0.3) | 2.8 |
| Reasons for work-related training (B_WTRINTRO) | 7 | 7 | 11.9 (0.4) | 14.7 (0.5) | 2.8 |
| Available job benefits (BFTINTRO)* | 4 | 5 | 8.0 (0.3) | 14.5 (0.3) | 6.5 |
| Reasons for having certification or license (B_CLICINTRO) | 6 | 6 | 12.7 (0.5) | 14.1 (0.6) | 1.4 |
| Reasons for not working (B_NWINTRO)* | 8 | 10 | 9.2 (0.6) | 13.2 (0.7) | 4.0 |
| Spouse's job required bachelor's degree (B_SPINTRO) | 3 | 3 | 9.9 (0.4) | 11.0 (0.4) | 1.1 |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
* Denotes the screens that had additional questions in 2021 to capture pandemic-related information.
† Not Applicable. SATINTRO and FACINTRO were not calculated at the question-level in 2019. Only item-level information is available.

### 5.2.2 Additional Screen-level Findings

This section discusses additional findings that were considered notable; some issues have been mentioned in previous analyses and are known to be problematic. As a result, the 2023 NSCG Bridge Panel is testing changes to some of these screens, which will be noted in this section when applicable.

#### 5.2.2.1 Association of Breakoffs with High Completion Time

In the 2021 NSCG web instrument, there was an association between screens with a high proportion of survey breakoffs also having high completion times, as shown in Table 21. Respondents who are half-heartedly completing the survey may be more likely to abandon it once they encounter a burdensome question. The burdensome question could be a multi-part question (such as B_EMINFO), an open-ended write-in (such as B_OCPRV), a lengthy list involving a cognitive task (such as B_WAINTRO), or a series of multiple questions (such as CERT_LICENSE_ONE).

In 2021, the screen with the highest percent of breakoffs in both cohorts captured the name and address information about the respondent's principal employer (B_EMINFO). The EMINFO screen had a median completion time of 48 seconds for new cohort respondents and 46 seconds for old cohort respondents; these completion times were among the ten longest completion times for each cohort. This screen was the first that asked for a significant amount of information from the respondent; it has also had relatively high completion times and high breakoff rates in past survey cycles.

The screen with the second most breakoffs in each cohort was an open-ended write-in asking for a description of the respondent's duties on their principal job (B_OCPRV). Screens with open-ended responses often have longer response times due to the time it takes to type relative to selecting a response option. The screen asking about a respondent's work activities (B_WAINTRO), which showed a list of 14 work activities that the respondent was asked to mark yes or no to performing on their job, also had a large portion of the survey breakoffs and the third longest response time. Both of these screens had high completion times in 2019, as shown in Appendix F.3.[14]

---

[14] Additional 2021 breakoff results are found in Appendix F.4; we are unable to make direct comparisons between the 2019 and 2021 breakoff rates though. New information was received in 2022 regarding how the paradata are recorded. As such, the breakoff screen was manually identified in many cases in 2021 to obtain the correct one.

**Table 21. Screens with High Breakoffs and Completion Times**

| Screen Description (Screen Name) | Cohort | Percent of all Breakoffs in this Cohort | Screen Breakoff Rank | Median Completion Time, in seconds | Screen Completion Time Rank |
|---|---|---|---|---|---|
| Principal employer information (B_EMINFO) | New | 10.3 (1.1) | 1 | 48 (<1) | 9 |
| | Old | 9.6 (1.5) | 1 | 46 (<1) | 5 |
| Description of principal job (B_OCPRV) | New | 6.4 (1.1) | 2 | 41 (<1) | 11 |
| | Old | 5.6 (1.2) | 2 | 44 (1) | 7 |
| Work activities (B_WAINTRO) | New | 4.0 (0.7) | 5 | 56 (<1) | 3 |
| | Old | 4.7 (1.1) | 3 | 56 (<1) | 3 |
| Most recent certification or license (CERT_LICENSE_ONE) | New | 3.1 (0.6) | 6 | 54 (2) | 4 |
| | Old | 4.2 (0.9) | 4 | 53 (1) | 4 |
| Most recent degree information (N_MRD) | New | 2.8 (0.4) | 8 | 60 (<1) | 1 |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

The 2023 Bridge Panel provides an opportunity for us to learn more about these questions and how to improve them. Specifically, the following content will be tested in the 2023 Bridge Panel:

- B_EMINFO will have revised question wording and introductory text,
- B_OCPRV will have revised question wording,
- B_WAINTRO will have two additional work activity options,
- CERT_LICENSE_ONE will look as it did in 2021,
- N_MRD will contain two questions instead of three; N_MRMAV will be asked on a subsequent screen in conjunction with N_MRMVI and N_MRMIV.

#### 5.2.2.2 Categorization of Principal Employer (B_NEDTP)

The question B_NEDTP collects a broad categorization of the respondent's principal employer, under categories such as "Private Sector Employee" or "Government Employee." This question was flagged by numerous paradata metrics, as shown in Table 22. Notably, in both cohorts, this

question had the third-most changed answers of all questions (see Appendix 0)[15] and also accounted for a larger portion of the changed answers in 2021 than it had in 2019. In 2021, 2.6 percent of all the new cohort respondents' changed answers occurred on this question, up from 1.9 percent in 2019. In the old cohort, B_NEDTP accounted for 3.5 percent of the 2021 changed answers, an increase from 2.7 percent in 2019. In both cohorts, this screen also had a high percentage of all respondent visits that included at least one changed answer, with a notable increase from 2019. In 2021, about 24 percent of respondents in each cohort changed their answer to B_NEDTP, an increase of about 10 percentage points over the 2019 results.

In addition, B_NEDTP had the second most "Help" clicks of any screen. Additional research shows that about half of the respondents who used the "Help" feature on B_NEDTP then changed their answer.

**Table 22. Notable Paradata Metrics for Categorization of Principal Employer (B_NEDTP)**

| Paradata Metric of Note | Cohort | Estimate | Screen Rank for this Estimate | Increase in Estimate since 2019 |
|---|---|---|---|---|
| Percent of All Changed Answers | New | 2.6 (0.1) | 3 | 0.7 |
| | Old | 3.5 (0.1) | 3 | 0.8 |
| Percent of Respondent Visits with a Changed Answer | New | 24.1 (0.5) | 5 [a] | 9.9 |
| | Old | 23.2 (0.4) | 5 [a] | 9.4 |
| Percent of All "Help" Text Clicks | New | 16.0 (1.2) | 2 | NA |
| | Old | 19.6 (1.5) | 2 | NA |
| Percent of Respondent Visits with "Help" Text Rendered | New | 2.5 (0.2) | 2 | NA |
| | Old | 1.8 (0.1) | 2 | NA |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
a. The ranking process did not consider multi-part questions and considered "Select all that apply" questions as one question.

Qualitative insights into this question showed that self-employed respondents and those employed by contracting organizations were among those uncertain about how to respond (Stringer et al, 2022). This qualitative finding makes sense since B_NEDTP asks for a description

[15] To try to identify the survey questions with the highest changed answer rates outside of the multi-part questions, we used a hybrid approach to identify a second set of items with high changed answer rates. If a question could be rephrased as a "select all that apply" type question (i.e., Yes/No grids), we combined the item-level changed answers to determine a changed answer rate for the entire question. Otherwise, all other survey items were considered individually to determine the top rates.

of the principal employer, but the response option headings describe an individual (such as "Self Employed"). In the 2023 Bridge Panel, there will be modified question wording and response option wording, plus a new sentence of instructional text.

#### 5.2.2.3 Interaction of "Previous" button clicks and changed answers after a "Previous" click

There were numerous places in the instrument where a large number of "Previous" clicks on one screen corresponded to a large number of changed answers on the screen before it. These include:

- The screen capturing a broad job category (B_N2OCPRX2) and then the screen capturing the specific job category (B_N2OCPRX)
- The screen asking both how many employees the principal employer had and if the employer was a new business (EM_SIZE_NEWBUS) followed by the screen asking whether the employer was an educational institution (EMPLOYEE_EDUC)
- The screen asking if the respondent has an associate degree (N_ASDGRI), and then if so, the screen asking what school they received that degree from (N_CCSCH)

Each of these combinations will be discussed in more detail in the next three sections. Additional results for "Previous" click metrics are in Appendix F.6 while additional results for changed answers after a "Previous" click are in Appendix F.8.

##### 5.2.2.3.1 Broad Job Category and Specific Job Category (B_N2OCPRX2 and B_N2OCPRX)

Table 23 shows that in both cohorts, the screen capturing the respondent's specific principal job category (B_N2OCPRX) had the largest share of all "Previous" clicks in the instrument, more than double the number of "Previous" clicks of any other screen in each cohort (see Appendix F.5). Respondents visit the specific job category screen if their answer on B_N2OCPRX2 (collecting a broad job category) activates the skip pattern to collect more information on B_N2OCPRX. In some situations, respondents may want to return to B_N2OCPRX2 in order to select a different broad job category (as instructed by the italicized text on B_N2OCPRX) if the items on the list of specific jobs fail to describe their occupation/job (Reiser et al., 2018). As seen in Table 23, 40.1 percent of all changed answers on B_N2OCPRX2 came after a "Previous" click for the new cohort and 37.4 percent of the old cohort. The specific job category screen has been reported to have a high percent of "Previous" clicks in prior NSCG survey cycles, so this result is not surprising (Neufelder et al., 2020; Reeves et al., 2018).

This section of the report is particularly interested in the screens where a large number of "Previous" clicks on one screen corresponded to a large number of changed answers on the screen before it. Thus, Table 23 (and the subsequent tables in this section) will only show the metric for "Previous" clicks in regard to the later question in the series and will only show the metric for changes after a "Previous" click associated with the initial screen in a series.

Table 23 also shows that both the broad and specific job category screens were in the top ten screens for percentage of all error messages. On both screens, an error message appeared if the question was not answered. In 2021, the respondent could close the error message pop-up and continue without answering the question. However, in 2019, both screens had a hard edit and respondents would continue to get an error message if they kept trying to go forward without answering. Table 35 and Table 36 in Appendix F.5 show that the percent of error messages on the broad job category (B_N2OCPRX2) decreased in both cohorts but the percent of error messages on the specific job category screen (B_N2OCPRX) increased in both cohorts.

**Table 23. Select Paradata Metrics: Job Category**

| Screen and Cohort | Percent of All Error Messages | | Percent of All Changes After a "Previous" Click | | Percent of All "Previous" Clicks | |
|---|---|---|---|---|---|---|
| | Estimate | Rank | Estimate | Rank | Estimate | Rank |
| **B_N2OCPRX2 (Broad job)** | | | | | | |
| New Cohort | 3.6 (0.4) | 8 | 40.1 (1.3) | 18 | - | - |
| Old Cohort | 5.1 (0.5) | 7 | 37.4 (1.1) | 18 | - | - |
| **B_N2OCPRX (Specific job)** | | | | | | |
| New Cohort | 2.9 (0.4) | 9 | - | - | 5.1 (0.2) | 1 |
| Old Cohort | 4.4 (0.6) | 9 | - | - | 6.7 (0.2) | 1 |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
- Indicates a metric that is not relevant to report in this table.

In the 2023 Bridge Panel, a new functionality will be tested that uses an accordion-style design to nest the specific job category options under the associated broad job category, on the same screen.

#### 5.2.2.3.2 Educational Institution and New Business (EMPLOYEE_EDUC and B_NEWBUS)

The EMPLOYEE_EDUC screen asked, "Was your principal employer an educational institution?"; if the respondent said their employer was an educational institution, they were asked to describe the type of educational institution on the same screen. The EMPLOYEE_EDUC screen

came after the EM_SIZE_NEWBUS screen, which collected both how many employees the principal employer had, and if the employer was a new business. Topically, these questions are not intrinsically related. However, in 2021, B_NEWBUS had been combined onto the same screen with the preceding question B_EMSIZE (employer size) for the first time. While reviewing data during 2021 data collection, an unusually high item nonresponse rate (INR) was noted in the web instrument for B_NEWBUS. We believe that the INR is connected to this paradata result; a lot of respondents moved on without answering the second question on these screens, possibly not seeing it initially, but some did come back to answer it.[16] Due to the high INR, the questions will be on their own screens in 2023.[17] However, the 2023 NSCG Bridge Panel will continue to include these questions on the same screen with improved spacing. In 2021, the spacing between these questions was not ideal and in 2023, we seek to determine if the spacing was the driver behind the item nonresponse.

Table 24 shows the association of a large amount of "Previous" clicks on EMPLOYEE_EDUC corresponding with a large amount of changed answers following a "Previous" click on the preceding screen, B_NEWBUS.

**Table 24. Select Paradata Metrics: New Business Screen**

| Screen and Cohort | Percent of All Changes After a "Previous" Click | | Percent of All "Previous" Clicks | |
|---|---|---|---|---|
| | Estimate | Rank | Estimate | Rank |
| **Is employer a new business (B_NEWBUS)** | | | | |
| New Cohort | 67.2 (2.4) | 4 | - | - |
| Old Cohort | 70.6 (2.5) | 5 | - | - |
| **Employer as educational institution (EMPLOYEE_EDUC)** | | | | |
| New Cohort | - | - | 2.1 (0.1) | 3 |
| Old Cohort | - | - | 2.9 (0.1) | 3 |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
- Indicates a metric that is not relevant to report in this table.

[16] It is hypothesized that respondents got accustomed to seeing one question on a page, answering it, and hitting "Next"; when conditioned to this pattern and moving quickly, respondents might have seen the second question as they were hitting "Next" and so came back to it, but this is just a hypothesis as no qualitative research was done.
[17] A similar issue was seen with the question capturing how many professional associations the respondent belonged to (B_PRMBR). That is, in 2021, B_PRMBR was combined onto the same screen as the preceding question (B_PROMTGI, which asked whether the respondent attended any professional meetings in the last 12 months) but had an unusually high item nonresponse rate. Paradata results suggest some respondents did return from the next screen to answer B_PRMBR but, like B_NEWBUS, a number did not.

#### 5.2.2.3.3 Associate Degree and School Granting Associate Degree (N_ASDGRI and N_CCSCH)

Another notable connection between a screen with a high rate of "Previous" clicks and a screen with a high rate of changes after a "Previous" click is the combination of N_ASDGRI and N_CCSCH; these screens ask if the respondent has an associate degree, and then if so, what school did they receive that degree from, respectively. These changes after a "Previous" click are specifically a change from "Yes" (sending the respondent down a path to provide more information about an associate degree) to "No". In 2019, N_ASDGRI had the fifth highest percent of respondents who changed an answer after "Previous" in the new cohort, so this finding is consistent with past cycles (Neufelder et al., 2020).

**Table 25. Select Paradata Metrics: Associate Degree Info**

| Screen and Cohort | Percent of All Changes After a "Previous" Click | | Percent of Respondent Visits with a Previous Click | |
|---|---|---|---|---|
| | Estimate | Rank | Estimate | Rank |
| **Has Associate degree (N_ASDGRI)** | | | | |
| New Cohort | 52.8 (2.0) | 10 | - | - |
| **School of Associate degree (N_CCSCH)** | | | | |
| New Cohort | - | - | 13.8 (0.7) | 12 |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
- Indicates a metric that is not relevant to report in this table.

In the 2023 Bridge Panel, if the respondent indicates that they have an associate degree on N_ASDGRI, then N_CCSCH will appear below it on the same screen.

## 6. Summary and Recommendations

The 2021 NSCG paradata analysis shows that a continued investment in optimizing the survey for mobile devices is warranted, given the increased use of smartphones by respondents. New cohort cases that used a smartphone had the highest breakoff rate of any device and had a higher breakoff rate than their 2019 counterparts, suggesting the mobile optimization could continue to be improved.

Smartphone users also had the highest rate of links clicked of any device; these clicks came predominantly from the links presented on the right side of the bottom banner of the survey instrument, which was unlike the distribution of links by other device users. We believe that smartphone users were clicking the links accidentally, so we recommend moving the links on

the bottom banner to the left side of the instrument for 2023 for mobile devices.[18] This is also consistent with the web survey design guidelines issued by the Census Bureau's Data Ingest and Collection for the Enterprise (DICE) program (Davis, Feuer, Olmsted Hawala, Holland, Horwitz, Katz, Lakhe, Miller, Nichols, Rivas & Schulzetenberg, 2022).

The percent of respondents who changed an answer while completing the survey was higher in 2021 than in 2019, which is due in part to the addition of questions and response options related to the coronavirus pandemic. The average number of answers that a respondent changed was also higher in 2021 than in 2019. Additionally, the inadvertent removal of alternate highlighting of the rows in grid questions also contributed to the increase in changed answers from 2019 to 2021; the 2019 grid question format will be reinstated for the 2023 NSCG.

Perhaps the biggest change to the 2021 instrument was the restructuring of the education series for the new cohort. Reordering and combining some questions reduced respondents' need to click "Previous" and look back at a prior screen. However, there was a higher prevalence of error messages, notably when capturing a respondent's most recent degree information in the new cohort that is attributed to the question asking for the date of the degree. The error messages could be due to too much content on the screen, the spacing around the items, or a combination of those two factors.

One question that appeared to be more problematic in 2021 than it had been in 2019 was the categorization of the respondent's principal employer (B_NEDTP). This question had a noticeably higher rate of changed answers in 2021 than in 2019; it also had one of the highest occurrences of "Help" text being accessed in the 2021 instrument. Cognitive testing suggested this question was particularly difficult for people employed by contracting organizations (Stringer et al., 2022). No changes will be made to this question in the production 2023 instrument but instructional text for contractors will be tested in the Bridge Panel. We also recommend further research into how respondents are answering this question.

There was an association between screens with high completion times also having a high proportion of breakoffs; B_EMINFO, B_WAINTRO, and CERT_LICENSE_ONE all appeared in the top five screens for at least one cohort in both median completion time and proportion of breakoffs. CERT_LICENSE_ONE, specifically, should be monitored in 2023 to determine if

[18] This change was not implemented into 2023 NSCG because of Centurion policy (Centurion is a web developer contracted with the Census Bureau). All of their surveys look the same in mobile view. If the recommendation came from a usability angle, then they would change it, but they cannot move the banner for one survey.

adjusting the spacing between questions on this screen has a positive impact on the breakoff rate. If the breakoff rate does not improve, it is possible that having these four questions on one screen is overwhelming and would benefit from limiting it to two or three questions on a screen. Broadly though, the correlation of completion time and breakoffs demonstrates the importance of only asking respondents for mission-critical information and to consider respondent burden when developing screen content.

One survey question that could be modified in future cycles is N_ASDGRI, which has consistently had a high rate of changed answers after a "Previous" click. While further research could confirm how respondents are changing their answer, an initial suggestion would be to add emphasis on the word "associate" in the question text in case respondents are reading too quickly and missing that key concept.

Some screens appear problematic but their paradata results are inevitable given the structure of the instrument. Examples of this are screens that contain write-in fields, lengthy lists of questions, or dropdown boxes.

- Write-in fields do not capture all changes made on the screen; this results in a small denominator for answer changes and thus an inflated rate of changes after a "Previous" click.
- Screens with lengthy lists of sub-questions, such as the screen capturing a respondent's work activities (B_WAINTRO), require time to read. There is also an increased likelihood of changed answers as the respondent naturally reconsiders their answer to an earlier item in conjunction with answering a subsequent item.
- For dropdown questions, such as those collecting a state or country, it is not uncommon for respondents to briefly land on a response that is not their intended final response, though this gets flagged as a changed answer in the paradata. Some screens have multiple dropdowns, including those capturing principal employer information (B_EMINFO), school information (N_MRD), and contact information (B_CONTACT).

Analyzing the web paradata continues to yield valuable insight into how respondents are engaging with the survey instrument. Results show that the survey experience could be improved for respondents, especially when using a mobile device. Improvements could be made by simplifying the survey instrument and designing complicated screens specifically for mobile devices.

## 7. References

Basdeo, N., Reeves, R., Satisky, B. (2022). *2021 National Survey of College Graduates Bridge Panel Analysis Plan.*

Davis, M., Feuer, S., Olmsted Hawala, E., Holland, T., Horwitz, R., Katz, J., Lakhe, S., Miller, L., Nichols, E., Rivas, A., & Schulzetenberg, A. (2022). *Web Design Guidelines for Census Bureau Surveys.*

Demographic Statistical Methods Division Survey Methodology Area. (Ongoing). *2017 NSCG Screenshots Active Pages with Corrections for NSF.* Available upon request.

Hernández-Viver, A., Reeves, R., Misra, J., Vetting, S., Horwitz, R., & Tancreto, J. (2017). *Web survey paradata analysis for the 2015 National Survey of College Graduates*.

Neufelder, J., Bottini, C., Reeves, R., Horwitz, R., & Tancreto, J. (2020). *Results from the Web Survey Paradata Analysis for the 2019 National Survey of College Graduates*.

Nichols, E.M., Falcone, B., & Figueroa, I. (2018). *Redesigning Grids in the Mobile-Optimized National Survey of College Graduates: Results of a Usability Evaluation.* Suitland: Center for Survey Measurement.

Reeves, R., Misra, J., Horwitz, R., & Tancreto, J. (2018). *Results from the Web survey paradata analysis for the 2017 National Survey of College Graduates*.

Reiser, C., Horwitz, R., Holland, T., Hernández-Viver, A., Vetting, S., & Tancreto, J. (2018). *Web Enhancement and Mobile Optimization for the 2017 National Survey of College Graduates.*

Satisky, B., Reeves, R., Basdeo, N. (2023). *2021 National Survey of College Graduates Bridge Panel Analysis Results*

Stringer, M.C., Sloan, R., Heimel, S., Trahey, S., Reeves, R. (2022). *2022 National Survey of College Graduates Cognitive Interviewing Final Report.*

Vetting, S., Bray, R., Hernández-Viver, A., Horwitz, R., Reiser, C., & Tancreto, J. (2016). *Web survey paradata analysis for the 2013 National Survey of College Graduates.*

## Appendix A. Brief Background of Smartphone Usage in Prior NSCG Survey Cycles

The initial NSCG paradata analysis from 2013 showed that respondents were generally able to navigate the instrument well. The survey was not yet optimized for completion on a mobile device, so respondents who used a smartphone had longer average completion times than respondents using other devices.[19] The breakoff rate for smartphone users was also twice that of other respondents, and respondents who used a smartphone had the highest percentage of error messages rendered (Vetting, Bray, Hernández-Viver, Horwitz, Reiser & Tancreto, 2016). However, only two percent of logins were from a smartphone, while ten percent were from a tablet, and the rest of the logins were from a desktop, laptop, or other device. These results were similar for both new and old cohort respondents.

The paradata analysis from 2015 NSCG showed that smartphone use had increased; five percent of new cohort respondents used a smartphone and four percent of old cohort respondents did. Tablet usage remained around ten percent, comparable to the rate observed in the 2013 paradata. As seen in 2013, smartphone respondents had longer completion times, higher breakoff rates, higher error message rates, and a greater frequency of links clicked than respondents who used other devices, across both cohorts (Hernández-Viver, Reeves, Misra, Vetting, Horwitz & Tancreto , 2017).

Numerous enhancements were made to the NSCG web instrument in advance of the 2017 survey cycle, including introducing a mobile-optimized instrument. These changes were timely as the percentage of respondents who used a smartphone was higher than ever before; in 2017, nine percent of new cohort respondents and seven percent of old cohort respondents used a smartphone (Reeves, Misra, Horwitz & Tancreto, 2018). The paradata analysis of the 2017 NSCG showed that the changes made to the instrument had a substantial, positive impact on both the overall and screen-level paradata measures.

The 2019 analysis showed that the updates made in advance of the 2017 survey cycle continued to be successful. No further enhancements were made for the 2019 NSCG. As seen with each cycle, the percentage of respondents who used a smartphone continued to increase, up to 14 percent of the respondents in each cohort (Neufelder, Bottini, Reeves, Horwitz & Tancreto, 2020).

[19] Optimization means that the screens automatically readjusted in size and in design depending on the display size of the device.

## Appendix B. Selected Screenshots of NSCG Web Instrument Screens

### B.1 Educational Background Screens (N_MRD, etc.)

Between 2019 and 2021, multiple changes were made to the series of questions that capture a respondent's educational degree information (Figure 2). One change was that the question MRDG (type of degree) was the first question asked in 2021 about a specific degree, while in 2019 it had come after questions about the school and date when the degree was earned. A second change was that three questions (MRDGSCH, MRDATE, MRMAV) appeared together on one screen in 2021 (Figure 3) after being on separate screens in 2019 (Figure 4, Figure 5, and Figure 6). All other questions appeared on their own screen in both 2019 and 2021.

**Figure 2. Order of Questions to Capture Most Recent Degree Information**

| 2019 Order | 2021 Order |
|---|---|
| **BSDGN**: How many degrees do you have? | **BSDGN**: How many degrees do you have? |
| **MRDGSCH:** School of most recent degree? | **MRDG**: Type of most recent degree? |
| **MRDATE:** Month and year of degree? | **MRDGSCH:** School of most recent degree? |
| **MRDG:** Type of most recent degree? | **MRDATE:** Month and year of degree? |
| **MRMAV:** Field of study write-in | **MRMAV:** Field of study write-in |
| ***NMRMEDX2***: *Field of study radio buttons (if needed)* | ***NMRMEDX2***: *Field of study radio buttons (if needed)* |
| **MRMVI:** Second major? | **MRMVI:** Second major? |
| **MRMIV**: *Second major write-in (if yes)* | **MRMIV**: *Second major write-in (if yes)* |
| ***NMRNEDX2:*** *Second major radio buttons (if needed)* | ***NMRNEDX2:*** *Second major radio buttons (if needed)* |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey

**Figure 3. 2021 NSCG screen N_MRD (N_MRDGSCH/N_MRDATE/N_MRMAV)**




Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey

**Figure 4. 2019 NSCG screen D8N1A (MRDGSCH)**




Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

**Figure 5. 2019 NSCG screen D8N1B (MRDATE)**




Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

**Figure 6. 2019 NSCG screen D8N1D1 (MRAV)**




Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

## B.2 Appearance of Grid Questions

**Figure 7. Example of the 2021 NSCG Grid Question, Desktop Rendering (B_WAINTRO)**



The next question is about your work activities on your principal job. Which of the following work activities occupied at least 10 percent of your time during a typical work week on this job?

*Select Yes or No for each item.*

*Please refer to your principal job held during the week of February 1, 2021.*

| | Yes | No |
|---|---|---|
| Accounting, finance, contracts | ○ | ○ |
| Basic research–study directed toward gaining scientific knowledge primarily for its own sake | ○ | ○ |
| Applied research–study directed toward gaining scientific knowledge to meet a recognized need | ○ | ○ |
| Development–using knowledge gained from research for the production of materials, devices | ○ | ○ |
| Design of equipment, processes, structures, models | ○ | ○ |
| Computer programming, systems or applications development | ○ | ○ |
| Human resources–including recruiting, personnel development, training | ○ | ○ |
| Managing or supervising people or projects | ○ | ○ |
| Production, operations, maintenance (e.g., chip production, operating lab equipment) | ○ | ○ |
| Professional services (e.g., health care, counseling, financial services, legal services) | ○ | ○ |
| Sales, purchasing, marketing, customer service, public relations | ○ | ○ |
| Quality or productivity management | ○ | ○ |
| Teaching | ○ | ○ |
| Other activity, *specify* | ○ | ○ |

‹ Previous   Next ›

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey

**Figure 8. Example of a 2019 NSCG Grid Question, Desktop Rendering (A22 WAINTRO)**



**A24. The next question is about your work activities on your principal job. Which of the following work activities occupied at least 10 percent of your time during a <u>typical</u> work week on this job?**

*Please refer to the principal job you held during the week of February 1, 2019.*

*Select Yes or No for each item.*

| | Yes | No |
|---|---|---|
| Accounting, finance, contracts | ○ | ○ |
| Basic research--study directed toward gaining scientific knowledge primarily for its own sake | ○ | ○ |
| Applied research--study directed toward gaining scientific knowledge to meet a recognized need | ○ | ○ |
| Development--using knowledge gained from research for the production of materials, devices | ○ | ○ |
| Design of equipment, processes, structures, models | ○ | ○ |
| Computer programming, systems or applications development | ○ | ○ |
| Human resources-including recruiting, personnel development, training | ○ | ○ |
| Managing or supervising people or projects | ○ | ○ |
| Production, operations, maintenance (e.g., chip production, operating lab equipment) | ○ | ○ |
| Professional services (e.g., health care, counseling, financial services, legal services) | ○ | ○ |
| Sales, purchasing, marketing, customer service, public relations | ○ | ○ |
| Quality or productivity management | ○ | ○ |
| Teaching | ○ | ○ |
| Other activity, *Specify* | ○ | ○ |

Previous Next

Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

**Figure 9. Example of the 2021 NSCG Grid Question, Mobile Device Rendering (B_WAINTRO)**

**The next question is about your work activities on your principal job. Which of the following work activities occupied at least 10 percent of your time during a typical work week on this job?**

*Select Yes or No for each item.*

*Please refer to your principal job held during the week of February 1, 2021.*

**1. Accounting, finance, contracts**
◯ Yes
◯ No

**2. Basic research—study directed toward gaining scientific knowledge primarily for its own sake**
◯ Yes
◯ No

**3. Applied research–study directed toward gaining scientific knowledge to meet a recognized need**
◯ Yes
◯ No

**4. Development—using knowledge gained from research for the production of materials, devices**
◯ Yes
◯ No

**5. Design of equipment, processes, structures, models**
◯ Yes
◯ No

**6. Computer programming, systems or applications development**
◯ Yes
◯ No

**7. Human resources—including recruiting, personnel development, training**
◯ Yes
◯ No

**8. Managing or supervising people or projects**
◯ Yes
◯ No

**9. Production, operations, maintenance (e.g., chip production, operating lab equipment)**
◯ Yes
◯ No

**10. Professional services (e.g., health care, counseling, financial services, legal services)**
◯ Yes
◯ No

**11. Sales, purchasing, marketing, customer service, public relations**
◯ Yes
◯ No

**12. Quality or productivity management**
◯ Yes
◯ No

**13. Teaching**
◯ Yes
◯ No

**14. Other activity, *specify***
◯ Yes
◯ No

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey

A screenshot of WAINTRO is not available from the 2019 NSCG mobile instrument, but it would have appeared similar to this image of N_CCINTRO from the 2019 NSCG instrument.

**Figure 10. Example of a 2019 NSCG Grid Question, Mobile Device Rendering (N_CCINTRO)**



**Part D - Education Background**

**D5. Thinking back to the time(s) you attended community college, for which of the following reasons did you take community college courses?**

*Select Yes or No for each item.*

| | Yes | No |
|---|---|---|
| To earn college credits while still attending high school | ○ | ○ |
| To complete an associate's degree | ○ | ○ |
| To prepare for college/increase chance of acceptance to a 4-year college or university | ○ | ○ |
| To earn credits for a bachelor's degree | ○ | ○ |
| For financial reasons (e.g., cost of a 4-year school) | ○ | ○ |

Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

## B.3 Categorization of Principal Employer (B_NEDTP)

### Figure 11. 2021 NSCG Screen B_NEDTP


Which one of the following best describes your principal employer during the week of February 1, 2021? Help

SELF EMPLOYED or a BUSINESS OWNER
- ○ Non-incorporated business, professional practice, or farm
- ○ Incorporated business, professional practice, or farm

PRIVATE SECTOR EMPLOYEE
- ○ For-profit company or organization
- ○ Non-profit organization (including tax-exempt and charitable organizations)

GOVERNMENT EMPLOYEE
- ○ Local government (e.g., city, county, school district)
- ○ State government (including state colleges/universities)
- ○ U.S. military service, active duty, or Commissioned Corps (e.g., USPHS, NOAA)
- ○ U.S. Federal government (e.g., civilian employee)
- ○ Another type of employee, *specify*

‹ Previous | Next ›

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey

### Figure 12. 2019 NSCG Screen A11 (B_NEDTP)


A13. Which one of the following best describes your principal employer during the week of February 1, 2019?

SELF EMPLOYED or a BUSINESS OWNER
- ○ in a non-incorporated business, professional practice, or farm
- ○ in an incorporated business, professional practice, or farm

PRIVATE SECTOR employee
- ○ in a for-profit company or organization
- ○ in a non-profit organization (including tax-exempt and charitable organizations)

GOVERNMENT employee
- ○ in a local government (e.g., city, county, school district)
- ○ in a state government (including state colleges/universities)
- ○ in the U.S. military service, active duty or Commissioned Corps (e.g., USPHS, NOAA)
- ○ in the U.S. Federal government (e.g., civilian employee)
- ○ Another type of employee, *Specify*

Previous | Next

Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey
Note: The question numbers on the web instrument (such as A13) were designed to correspond with the question numbers on the paper instrument. That number does not always match the number assigned to the question in the web instrument specification and output in the paradata (such as A11) because the questions don't match one-to-one from paper to web.

## B.4 Broad Job Category Screen (B_N2OCPRX2)

### Figure 13. 2021 NSCG Screen B_N2OCPRX2


**Considering the principal job you held during the week of February 1, 2021, please review the list below and select the broad job category that best describes the kind of work you were doing.**

*Consultants or Research Associates/Assistants/Analysts, select the category that comes closest to your field of work.*

- Biological/Life Sciences
- Clerical/Administrative Support Occupations
- Clergy and Other Religious Workers
- Computer Occupations
- Counselors
- Engineering Technologists/Technicians/Surveyors
- Engineers and Architects
- Farmers, Foresters and Fisherman
- Health Occupations
- Lawyers, Judges
- Librarians, Archivists, Curators
- Managers/Supervisors, First-Line
- Managers (people who manage other managers)
- Management-Related Occupations
- Mathematical Scientists
- Physical Scientists
- Sales and Marketing Occupations
- Service Occupations, Except Health
- Social Scientists
- Social Workers
- Teachers/Professors
- Other Occupations

Previous Next

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey

### Figure 14. 2019 NSCG Screen A16 (N2OCPRX)


A18. **Please review the list below and select the broad job category that best describes the kind of work you were doing on the principal job you held on February 1, 2017.**

*Note: Consultants or Research Associates/Assistants/Analysts, select the category that comes closest to your field of work.*

*Select one answer.*

- Health Occupations
- Lawyers, Judges
- Sales and Marketing Occupations
- Physical Scientists
- Clerical/Administrative Support Occupations
- Engineers and Architects
- Other Occupations
- Mathematical Scientists
- Service Occupations, Except Health
- Managers/Supervisors, First-Line
- Social Workers
- Teachers/Professors
- Management-Related Occupations
- Librarians, Archivists, Curators
- Biological/Life Scientists
- Computer Occupations
- Engineering Technologists/Technicians/Surveyors
- Social Scientists
- Managers (people who manage other managers)
- Clergy and other religious workers
- Counselors
- Farmers, Foresters and Fishermen

Previous Next

Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

### B.5 Hours Worked Per Week (B_HRSWK)

Figure 15 shows how the screen-specific "Help" text was added to questions in the 2021 instrument.

**Figure 15. 2021 NSCG screen B_HRSWK**




Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey

**Figure 16. 2019 NSCG screen A29 (HRSWK)**




Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

## B.6 Salary Based on 52 Weeks (WEEKS_YEAR)

**Figure 17. 2021 NSCG screen WEEKS_YEAR**




Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey

**Figure 18. 2019 NSCG screen A28 (WKSYR)**




Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

**Figure 19. 2019 NSCG screen A28A (WKSLYR)**




Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

## B.7 Contact Information (B_CONTACT)

**Figure 20. 2021 NSCG Screen B_CONTACT**




Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey

**Figure 21. 2019 NSCG Screen E27 (CONTACT)**




Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

## B.8 Working Fewer Than 35 Hours a Week (PJ)

**Figure 22. 2021 NSCG Screen PJ (PJWTFT/PJINTRO)**

Did you want to work 35 or more hours per week on your principal job?

- ○ Yes
- ○ No

Why did you usually work fewer than 35 hours?

*Select Yes or No for each item.*

| | Yes | No |
|---|---|---|
| Previously retired or semi-retired | ○ | ○ |
| Student | ○ | ○ |
| Family responsibilities due to the coronavirus pandemic (e.g. childcare, eldercare) | ○ | ○ |
| Family responsibilities unrelated to the coronavirus pandemic | ○ | ○ |
| Full-time job not available due to the coronavirus pandemic | ○ | ○ |
| Full-time job not available unrelated to the coronavirus pandemic | ○ | ○ |
| Hours or work reduced due to the coronavirus pandemic | ○ | ○ |
| Hours or work reduced unrelated to the coronavirus pandemic | ○ | ○ |
| Held more than one job | ○ | ○ |
| Did not need or want to work more hours | ○ | ○ |
| Other reason, *specify* | ○ | ○ |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey

**Figure 23. 2019 NSCG Screen PJWTFT**



A33. **Did you want to work 35 or more hours per week on your principal job?**

○ Yes
◉ No

Previous | Next

Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

**Figure 24. 2019 NSCG Screen PJINTRO**



**A34. For which of the following reasons did you usually work fewer than 35 hours per week on the principal job you held during the week of February 1, 2019?**

*Select Yes or No for each item.*

| | Yes | No |
|---|---|---|
| Previously retired or semi-retired | ○ | ○ |
| Student | ○ | ○ |
| Family responsibilities | ○ | ○ |
| Full-time job not available | ○ | ○ |
| Held more than one job | ○ | ○ |
| Did not need or want to work more hours | ○ | ○ |
| Other reason, *Specify* | ○ | ○ |

Previous | Next

Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

## B.9 Links in the Top and Bottom Banners

**Figure 25. 2021 NSCG Top Banner, Desktop Rendering**




Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey

**Figure 26. 2021 NSCG Bottom Banner, Desktop Rendering**




Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey

No screenshots exist of the 2021 production instrument on a smartphone.

**Figure 27. 2019 NSCG Top Banner, Desktop Rendering**




Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

**Figure 28. 2019 NSCG Bottom Banner, Desktop Rendering**




Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

No screenshots exist of the 2019 instrument on a smartphone.

## Appendix C. Glossary of Notable 2021 NSCG Web Instrument Screens

Table 26 provides a description of the screens that are mentioned in this report. Screens are presented in the order that respondents would encounter them in the survey instrument.

**Table 26. Glossary of Notable NSCG Questions**

| 2021 Screen Name | 2021 Question (if different from screen name) | 2019 Screen Name | Description |
|---|---|---|---|
| *Sample Person Verification Screens* | | | |
| B_VERIFYNAME | | VerifyName | Confirm name |
| B_VERIFYNAMEA | | VerifyNameA | Correct name |
| B_VERIFYNAMEB | | VerifyNameB | Capture name |
| B_VERIFYDOB | | VerifyDOB | Collect date of birth |
| O_VERIFYSCHOOLA | | VerifySchoolA | Confirm school information |
| B_RESIDE | | E6 | Confirm residence in the U.S. |
| *Part A - Employment Status* | | | |
| B_WRKG | | A1 | Working status |
| B_WKPROBE2 | | A1B | Probe for reasons not working |
| B_LOOKWK | | A2 | Look for work |
| B_NWINTRO | | A3 | Reasons for not working |
| B_LAST_JOB | B_LWDATE | A4A | Date last worked |
| B_LAST_JOB | B_OCLSTT | A5 | Last job title |
| B_OCLSTV | | A6 | Description of last job |
| B_FTPRTYR | | A8A | Year of retirement |
| B_EMINFO | | A8B | Principal employer information |
| B_NEDTP | | A11 | Categorization of principal employer |
| EM_SIZE_NEWBUS | B_NEWBUS | A12X | Is employer a new business |
| EMPLOYEE_EDUC | B_EMED | A12 | Employer is educational institution |

| 2021 Screen Name | 2021 Question (if different from screen name) | 2019 Screen Name | Description |
|---|---|---|---|
| EMPLOYEE_EDUC | B_EDTP | A13 | Type of educational institution |
| B_N2OCPRX2 | | A16 | Broad principal job category |
| B_N2OCPRX | | A16A | Specific principal job category |
| B_OCPRV | | A15 | Description of principal job |
| B_MGINTRO | | A17 | Technical expertise required |
| FOD_JOB_RELATED | B_NRINTRO | A20 | Reasons working outside field of study |
| B_WAINTRO | | A22 | Work activities |
| B_WAPRI | | A23 | Primary work activity |
| B_SATINTRO | | A26X | Satisfaction with aspects of job |
| B_SALARY | | A27 | Annual salary |
| B_SALCOV1 | | † | Pandemic's effect on salary |
| B_SALEFF | | † | Salary reflects effect of pandemic |
| B_SALINC | | † | Amount salary increased due to pandemic |
| WEEKS_YEAR | B_WKSYR | A28 | Salary based on 52 weeks |
| WEEKS_YEAR | B_WKSLYR | A28A | Salary based on 52 weeks |
| B_HRSWK | | A29 | Hours worked per week |
| PJ | PJWTFT | A30 | Want to work 35 hours or more |
| PJ | PJINTRO | A31 | Reasons worked fewer than 35 hours |
| BFTINTRO | | A35 | Available job benefits |
| B_TELEW | | † | Required or allowed to telecommute/work remotely |

| 2021 Screen Name | 2021 Question (if different from screen name) | 2019 Screen Name | Description |
|---|---|---|---|
| B_FSINTRO | | A37X | Federal agencies supporting work |
| B_EARN | | A38 | Total earned income |
| B_EARNPRB | | A38A | Total earned income range |
| B_ERNINC | | † | Amount income increased due to pandemic |
| CERT_LICENSE | B_CLICNMBR | A40X | Number of certifications or licenses |
| CERT_LICENSE_ONE | B_CLICNME | A41 | Name of most recent certification or license |
| CERT_LICENSE_ONE | B_CLICYR | A42 | Year of most recent certification or license |
| CERT_LICENSE_ONE | B_CLICKND | A44 | Field of most recent certification or license |
| CERT_LICENSE_ONE | B_CLICISS | A43 | Issuer of most recent certification or license |
| B_CLICINTRO | | A45 | Reasons for having certification or license |
| *Part B – Past Employment* | | | |
| B_WRKGP | | B1 | Working both two years ago and now |
| B_CHINTRO | | B3 | Reasons for changing job |
| *Part C – Other Work-Related Experiences* | | | |
| B_WTRINTRO | | C2 | Reasons for work-related training |
| SOCIETY_ASSOCIATION | B_PROMTGI | C4 | Attendance at professional meetings |
| SOCIETY_ASSOCIATION | B_PRMBR | C5 | Number of professional associations |
| FACINTRO | | C6 | Importance of job factors |
| *Part D – Education Background* | | | |
| N_HSSTV | | D2N | Location of high school |

| 2021 Screen Name | 2021 Question (if different from screen name) | 2019 Screen Name | Description |
|---|---|---|---|
| N_CSINTRO | | commcollege_a | Time periods taking community college courses |
| N_CCINTRO | | commcollege_b | Reasons for taking community college courses |
| N_CCPRI | | commcollege_d | Primary reason for community college courses |
| N_ASDGRI | | D4N | Has associate degree |
| N_CCSCH | | D5N | School of associate degree |
| N_BSDGRI | | D6N | Have Bachelor's degree |
| N_BSDGN | | D7N | Number of degrees |
| N_MRDG | | D8N1C | Type of degree for most recent degree |
| N_MRD | N_MRDGSCH | D8N1A | School of most recent degree |
| N_MRD | N_MRDATE | D8N1B | Date of most recent degree |
| N_MRD | N_MRMAV | D8N1D1 | Field of most recent degree |
| N_NMRMEDX | | D8N1E1B | Specific field of study for most recent degree |
| N_MRMVI | | D8N1D2I | Have second major |
| N_MRMIV | | D8N1D2 | Field of second major |
| N_D2 | N_D2DGSCH | D8N2A | School of second most recent degree |
| N_D2 | N_D2DATE | D8N2B | Date of second most recent degree |
| N_D2 | N_D2MAV | D8N2D1 | Field of second most recent degree |
| N_DGCHK2 | | D8N2DG | Degree check after second degree |

| 2021 Screen Name | 2021 Question (if different from screen name) | 2019 Screen Name | Description |
|---|---|---|---|
| N_D3 | N_D3DGSCH | D8N3A | School of third most recent degree |
| N_D3 | N_D3DATE | D8N3B | Date of third most recent degree |
| N_D3 | N_D3MAV | D8N3D1 | Field of third most recent degree |
| N_DGCHK3 | | D8N3DG | Degree check after third degree |
| N_D4 | N_D4DGSCH | D8N4A | School of fourth most recent degree |
| N_D4 | N_D4DATE | D8N4B | Date of fourth most recent degree |
| N_D4 | N_D4MAV | D8N4D1 | Field of fourth most recent degree |
| N_D5 | N_D5DGSCH | D8N5A | School of fifth most recent degree |
| N_D5 | N_D5DATE | D8N5B | Date of fifth most recent degree |
| N_D5 | N_D5MAV | D8N5D1 | Field of fifth most recent degree |
| O_BA_DEGREE | O_BADGSCH | D71B | School of bachelor's degree |
| O_BA_DEGREE | O_BADATE | D71C | Date of bachelor's degree |
| O_BA_DEGREE | O_BAMAV | D71D | Field of bachelor's degree |
| O_MOST_RECENT_DEGREE | O_MRDGSCH | D6 | School of most recent degree |
| O_MOST_RECENT_DEGREE | O_MRDATE | D5 | Date of most recent degree |
| O_MOST_RECENT_DEGREE | O_MRMAV | D3 | Field of most recent degree |
| B_UGFINTRO | | D8 | Undergraduate degree financing |
| B_UGLOANOWE | | finsupport_c | Undergraduate financing amounts |

| 2021 Screen Name | 2021 Question (if different from screen name) | 2019 Screen Name | Description |
|---|---|---|---|
| ENROLLED_DEGREE_FOS | B_ACEDV | D12 | Primary field of study, currently enrolled degree |
| B_ACINTRO | | D14 | Reasons currently enrolled |
| *Part E – Demographics* | | | |
| B_SPINTRO | | E3 | Spouse's job required bachelor's degree |
| B_CHTOT | | E5 | Count of dependents |
| N_EDMOM | | E6A | Mother's education |
| N_EDDAD | | E6B | Father's education |
| RACEINTRO | | E21 | Race |
| BIRTHDATE | | E13X | Collect date of birth |
| B_DIFALL | | E24 | Degree of difficulty |
| B_DIFAGE | | E26 | Age when difficulty began |
| B_CONTACT | | E27 | Respondent contact information |
| THANK_YOU | | thank_you | Final screen |

† Not Applicable. Screens were not in the 2019 instrument.

**Appendix D. Changes in Error Messages (2019 to 2021)**

Some minor wording changes were made to the error messages between survey cycles, which we do not expect to influence the paradata metrics. However, the following changes to error messages could explain some changes and results that are seen in the 2021 paradata metrics.

- In 2019, the screen A1 (WRKG) could produce two soft edits to a respondent if they persisted in not answering the question, before being taken to a survey-ending screen (NOWRK). This process was reduced to one soft edit in 2021 (B_WRKG), before being taken to a survey-ending screen (CRIT).
- In 2019, all screens asking about either a broad or specific job category had hard edits. Respondents could not continue forward in the survey until they answered the questions. In 2021, these screens had soft edits instead. These screens (with 2021 screen names) are B_N2OCLSTX2, B_N2OCLSTX, B_N2OCPRX2, and B_N2OCPRX.
- In 2019, all screens that asked for a degree's field of study had a hard edit. These became soft edits in 2021. This change applies to all 2021 screen names with suffixes of -EDX or -EDX2.
- In 2019, the screen B_CHTOT (with five response fields) required a number to be entered (between 0 and 10) for each of the five fields; otherwise, a hard edit message was displayed. In 2021, this screen only checked that the total number of children reported (the sum of all five fields) was not greater than 10; if it was, than a soft edit message was displayed.
- Additionally, on the 2019 screens that asked for an open-ended response describing the respondent's "kind of work" (screens A6 (OCLSTV) and A15 (OCPRV)), there was a soft edit that was not implemented as intended; respondents who refused to answer this question experienced functionality akin to a hard edit here instead of a soft edit. That programming was corrected for 2021 so it should have performed as expected (B_OCLSTV and B_OCPRV in 2021).

The error messages appeared in boxes similar to those shown below. Hard edit messages were enclosed in a light red box with a black circled exclamation point on the left. Soft edit messages were enclosed in a light-yellow box with a black triangled exclamation point on the left.

**Figure 29. Sample 2021 NSCG Edit Messages**



## Appendix E. 2021 NSCG Detailed Formulas for Paradata Measures

### E.1 Device Use

Three device categories will be used for this analysis: smartphones, tablets, and computers/other devices (such as game consoles).

$$[1]\ \text{Percent of Logins using Each Device} = \frac{\text{Number of logins using device x}}{\text{Total number of logins}} \times 100$$

In Formula 2, "X" represents the smallest device ever used, where smartphone is smaller than a tablet, and a tablet is smaller than a computer.

$$[2]\ \text{Respondent Device Use Rate} = \frac{\text{Number of respondents using device x}}{\text{Number of respondents}} \times 100$$

### E.2 Logins

This research examines how many times respondents logged into the survey before either completing or abandoning it.

$$[3]\ \text{Percent of Logins per Respondent} = \frac{\text{Number of respondents with x login(s)}}{\text{Number of respondents who successfully logged in}} \times 100$$

### E.3 Breakoffs

A breakoff occurs when a respondent logs into the survey but does not complete it. Specifically, this means that a respondent did not click "Next" on either the Contact Information screen (B_CONTACT) or the Preferred Mode screen (B_SMODEP). If a respondent leaves the survey on a particular screen but returns later and submits the survey, they are not included in the breakoff rates.

$$[4]\ \text{Overall Breakoff Rate} = \frac{\text{Total number of respondents that had a breakoff}}{\text{Number of respondents that successfully logged in}} \times 100$$

$$[5]\ \text{Percent of Breakoffs by Screen} = \frac{\text{Number of breakoffs on screen x}}{\text{Total number of respondents that had a breakoff}} \times 100$$

$$[6]\ \text{Percent of Respondent Visits with Breakoff} = \frac{\text{Number of breakoffs on screen x}}{\text{Number of respondents that visited the screen}} \times 100$$

### E.4 Error Messages

Error messages indicate to respondents that they need to either correct an invalid response or answer a skipped question.

$$[7]\ \text{Overall Error Message Rate} = \frac{\text{Number of respondents that received an error message}}{\text{Number of respondents}} \times 100$$

$$[8]\ \text{Average Errors per Respondent} = \frac{\text{Number of errors rendered in the survey}}{\text{Number of respondents that received one or more errors}}$$

$$[9]\ \text{Percent of Error Messages by Screen} = \frac{\text{Number of errors rendered on screen x}}{\text{Number of errors rendered in the survey}} \times 100$$

$$[10]\ \text{Percent of Respondent Visits with an Error Message} = \frac{\text{Number of respondents with errors rendered on screen x}}{\text{Number of respondents that visited screen x}} \times 100$$

### E.5 "Previous" Button Clicks

The "Previous" button allows the respondent to return to the prior screen. Respondents generally use the "Previous" button to verify or change a prior response, or to check the context of the previous question before answering the current one. "Previous" button clicks and changed answers to a survey question can both indicate respondent confusion with the question, especially when a changed answer occurs after a "Previous" button click.

The "Previous" button looked different in 2021 than in 2019.

**Figure 30. 2021 NSCG Previous Button**




Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey

**Figure 31. 2019 NSCG Previous Button**




Source: U.S. Census Bureau, 2019 National Survey of College Graduates Web Survey

$$[11]\ \text{Overall "Previous" Click Rate} = \frac{\text{Number of respondents that used the "Previous" button}}{\text{Number of respondents}} \times 100$$

$$[12]\ \text{Mean Number of "Previous" Clicks per Respondent}$$

$$= \frac{\text{Number of "Previous" button clicks}}{\text{Number of respondents that used the "Previous" button}}$$

$$[13]\ \text{Percent of "Previous" Clicks by Screen} = \frac{\text{Number of "Previous" clicks on screen x}}{\text{Number of "Previous" button clicks}} \times 100$$

$$[14]\ \text{Percent of Respondent Visits with a "Previous" Click}$$

$$= \frac{\text{Number of respondents with "Previous" button clicks on screen x}}{\text{Number of respondents that visited screen x}} \times 100$$

### E.6 Changed Answers

Changed answers to a survey question are calculated at the item-level and are defined by a respondent doing any of the following:

- Deselects a checkbox that was originally selected (multi-part questions and standalone checkboxes)
- Reselects a standalone checkbox after deselecting it
- Selects an additional checkbox after a previous click (multi-part questions)
- Chooses a different radio button than originally chosen
- Enters a different write-in answer than originally entered
- Chooses a different dropdown option than originally chosen

$$[15]\ \text{Changed Answer after Clicking "Previous" Rate} = \frac{\text{Number of changed answers after clicking "Previous"}}{\text{Number of "Previous" button clicks}} \times 100$$

$$[16]\ \text{Percent of Respondents that Changed an Answer after Clicking "Previous"} = \frac{\begin{array}{c}\text{Number of respondents that changed}\\ \text{an answer after clicking "Previous"}\end{array}}{\text{Number of respondents that clicked "Previous"}} \times 100$$

$$[17]\ \text{Percent of Changed Answers on the Question after Clicking "Previous"} = \frac{\text{Number of changed answers on question x after clicking "Previous"}}{\text{Number of changed answers on question x}} \times 100$$

[18] Percent of Respondents that Changed an Answer on the Question after Clicking “Previous”

$$= \frac{\begin{array}{c}\text{Number of respondents that changed}\\ \text{an answer on question x after clicking "Previous"}\end{array}}{\text{Number of respondents that changed an answer on question x}} \times 100$$

$$[19]\ \text{Overall Changed Answer Rate} = \frac{\text{Number of respondents that changed one or more answers}}{\text{Number of respondents}} \times 100$$

$$[20]\ \text{Mean Number of Changed Answers per Respondent} = \frac{\text{Number of changed answers}}{\begin{array}{c}\text{Number of respondents that}\\ \text{changed one or more answers}\end{array}}$$

$$[21]\ \text{Percent of Changed Answers by Screen} = \frac{\text{Number of changed answers on each question}}{\text{Number of changed answers throughout the survey}} \times 100$$

$$[22]\ \text{Percent of Respondent Visits with a Changed Answer} = \frac{\text{Number of respondents with changed answer}}{\text{Number of respondents that visited the question}} \times 100$$

### E.7 Links Clicked

While a respondent is completing the survey instrument, they are presented with optional resources embedded as URL links in the top and bottom banners of the survey instrument. Appendix B.9 presents images of the banners as seen in both 2019 and 2021.

In 2021, the embedded link resources were:

- FAQ
- Help Desk
- Instructions
- Accessibility
- Privacy
- Security

Additionally, respondents had the opportunity to follow links to websites (such as www.census.gov and www.nsf.gov/statistics/srvygrads) from the FAQ website or the final page of the survey instrument. These websites, plus the links in the banner, are considered collectively in this analysis. An additional link for "Burden Statement" was presented in 2019 but was removed for the 2021 survey cycle.

The formulas for the "Links Clicked" analysis are:

$$[23]\ \text{Overall Links Clicked Rate} = \frac{\text{Number of respondents that clicked any link}}{\text{Number of respondents}} \times 100$$

$$[24]\ \text{Mean Links Clicked per Respondent} = \frac{\text{Number of clicks on any link}}{\text{Number of respondents that clicked any link}}$$

$$[25]\ \text{Percent of Total Clicks on Each Link by Screen} = \frac{\text{Number of clicks on any link on each screen}}{\text{Total number of clicks on any link}} \times 100$$

$$[26]\ \text{Percent of Respondents that Clicked on Any Link by Screen}$$

$$= \frac{\text{Number of respondents that clicked on any link}}{\text{Number of respondents that visited the screen}} \times 100$$

### E.8 Completion Time: Overall and by Screen

Only respondents who complete the survey in one session were included in the overall completion time measures. Overall completion times are calculated by taking the difference between the time the respondent submits the questionnaire and the time they log in,[20] or the difference between the time that the respondent exited the last screen and the time they entered the first screen.[21] Screen-level completion time is the difference between when the respondent first clicked "Next" on the page and when the respondent first entered the page.

[27] Geometric Mean Completion Time[22]

$$= \left(\prod(Timestamp_{submit\ or\ next} - Timestamp_{login\ or\ screen\ entry})\right)^{\frac{1}{n}}$$

[28] Median Completion Time

$$= \text{Median}\ (\text{Timestamp}_{\text{submit or next}} - \text{Timestamp}_{\text{login or screen entry}})$$

[20] Type = "login" in the paradata.

[21] For respondents who do record a login (less than 0.05 percent of all respondents), or those that record a negative completion time using login and submit times, we used client-side data to calculate their completion times (i.e., the difference between when they exit the last screen and enter the first screen).

[22] While we initially planned to report this metric, in conducting preliminary analysis we discovered that the data were not normally distributed, which is a necessary assumption to meet in order to use this formula.

### E.9 Screen-Specific Help Text

[29] $\text{Overall Help Rate} = \frac{\text{Number of respondents that opened a Help link}}{\text{Number of respondents}} \times 100$

[30] $\text{Average Help per Respondent} = \frac{\text{Number of Help links opened in the survey}}{\text{Number of respondents that opened one or more Help links}}$

[31] $\text{Percent of Help Text Clicks by Screen} = \frac{\text{Number of Help links opened on screen x}}{\text{Number of Help links opened in the survey}} \times 100$

[32] Percent of Respondent Visits with Help Text Rendered

$$= \frac{\text{Number of respondents who opened a Help link on screen x}}{\text{Number of respondents that visited screen x}} \times 100$$

### E.10 Variance Estimator

[33] $Var(y) = \frac{4}{k}\sum_{r=1}^{k}(y_r - y_0)^2,$

Where:

$y$ = the survey estimate of interest
$k$ = the number of replicates
$r$ = the replicate number
$y_r$ = the survey estimate using the replicate weights from replicate r
$y_o$ = the survey estimate using the full sample weights

## Appendix F. Additional Results

This appendix presents additional tables and graphs.

### F.1 Respondent Visits to a Screen

The following histograms show how many screens had a large number of respondent visits and how many had a relatively small number of visits, for each cohort. These graphs illustrate why it is important to analyze both the number of times that a paradata action occurred on a given screen in relation to the total number of times the action occurred throughout the instrument (which will tend to flag frequently-visited screens) as well as analyzing the proportion of respondents that engaged in an action in relation to the number of respondents that visited that screen (which will allow infrequently-visited screens to be flagged).

Figure 32 shows the distribution of respondent visits to the 178 screens in the new cohort web instrument. Due to skip patterns and breakoffs, not all cases saw every screen. There were 68 screens in the new cohort survey instrument (38 percent of all screens) that were seen by fewer than 5,000 cases. Similarly, 89 screens (exactly half the new cohort screens) were seen by fewer than 10,000 cases. For the new cohort, this means that half of the screens in the survey instrument were seen by 25 percent or fewer of all respondents.

**Figure 32. Distribution of New Cohort Screens by Number of Respondent Visits**




Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata

Figure 33 shows the distribution of respondent visits to the 136 screens in the old cohort web instrument. There were 60,500 cases that logged in to the old cohort survey instrument. There were 53 screens (39 percent of all screens) that were seen by fewer than 5,000 cases. 71 screens (52 percent of all screens) were seen by fewer than 15,000 respondents. Similar to the new cohort, this means that about half of the screens in the survey instrument were only seen by 25 percent or fewer of all respondents.

**Figure 33. Distribution of Old Cohort Screens by Number of Respondent Visits**




Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata

## F.2 Logins

Table 27 shows how many times a respondent logged in before completing the survey. This table does not include respondents who broke off before completing the survey. The respondents who completed the survey in one login were then included in subsequent metrics about survey completion time.

**Table 27. Logins Per Respondents**

| Cohort | Count of Logins | Number of Respondents | | Percent of Respondents | | Difference (2021 – 2019) |
|---|---|---|---|---|---|---|
| | | 2019 | 2021 | 2019 | 2021 | |
| New Cohort | 1 | 29,500 | 34,300 | 89.4 (0.3) | 87.4 (0.3) | -2.0 |
| | 2 | 3,400 | 4,300 | 8.9 (0.3) | 10.4 (0.3) | 1.5 |
| | 3 | 500 | 700 | 1.2 (0.1) | 1.7 (0.1) | 0.5 |
| | 4 | 150 | 150 | 0.3 (0.1) | 0.3 (0.1) | 0.0 |
| | 5 or more | 60 | 80 | 0.1 (<0.1) | 0.1 (<0.1) | 0.0 |
| | **TOTAL** | **33,700** | **39,500** | **100.0** | **100.0** | |
| Old Cohort | 1 | 43,500 | 53,000 | 92.0 (0.3) | 91.2 (0.2) | -0.8 |
| | 2 | 3,500 | 4,600 | 6.8 (0.2) | 7.5 (0.2) | 0.7 |
| | 3 | 500 | 650 | 0.9 (0.1) | 1.1 (0.1) | 0.2 |
| | 4 | 100 | 100 | 0.2 (<0.1) | 0.2 (<0.1) | 0.0 |
| | 5 or more | 50 | 50 | 0.1 (<0.1) | 0.1 (<0.1) | 0.0 |
| | **TOTAL** | **47,700** | **58,500** | **100.0** | **100.0** | |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

### F.3 Completion Time

Table 28 and Table 29 show the screens that had the highest median completion times in 2021; they also show what the median completion time for those screens had been in 2019. For the screen that captured a description of the respondent's last job (B_OCLSTV), the median completion time was shorter in 2021 than it had been in 2019, for both cohorts; this may be attributable to a wording change made between survey cycles that shortened the question by removing the reference date.

These tables both include the 2021 screen PJ, which was a screen that combined the B_PJWTFT (want to work 35 hours or more) and B_PJINTRO (reasons for working fewer than 35 hours) questions for the first time. This screen had the largest nominal increase in completion time of any screen in the top ten; new cohort respondents took approximately 14 seconds longer in 2021 than they did in 2019 and old cohort respondents took 15 seconds longer. The PJINTRO question did have four more response options in 2021 than it had in 2019, plus the visual formatting of the screen might have caused the respondent to spend more time lining up their answers. Visual images of both the 2021 and 2019 questions are provided in Appendix B.8.

**Table 28. Highest Median Screen Completion Times, New Cohort**

| Screen Description (Screen) | Median Completion Time, in seconds | | |
|---|---|---|---|
| | 2019 Equivalent | 2021 | Difference (2021 – 2019) |
| Most recent degree information (N_MRD) | 58 (<1)* | 60 (<1) | 2 |
| Description of last job (B_OCLSTV) | 72 (2) | 60 (2) | -12 |
| Work activities (B_WAINTRO) | 57 (<1) | 56 (<1) | -1 |
| Most recent certification or license (CERT_LICENSE_ONE) | 53 (<1)* | 54 (2) | 1 |
| Fourth most recent degree information (N_D4) | 49 (1)* | 52 (3) | 3 |
| Fifth most recent degree information (N_D5) | 53 (4) * | 52 (9) | -1 |
| Second most recent degree information (N_D2) | 50 (<1) * | 51 (1) | 1 |
| Third most recent degree information (N_D3) | 48 (1) * | 50 (1) | 2 |
| Principal employer information (B_EMINFO) | 44 (0.4) | 48 (<1) | 4 |
| Why worked fewer than 35 hours a week (PJ) | 31 (<1) * | 45 (<1) | 14 |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
*The questions that were on this 2021 screen appeared on individual screens in 2019. This completion time result is a sum of the individual 2019 median screen completion times. The standard error of a sum of independent random variables is the square root of the sum of the variances.

**Table 29. Highest Median Screen Completion Times, Old Cohort**

| Screen Description (Screen) | Median Completion Time, in seconds | | |
|---|---|---|---|
| | 2019 Equivalent | 2021 | Difference (2021 – 2019) |
| Bachelor's degree information (O_BA_DEGREE) [a] | 59 (9) * | 72 (2) | 13 |
| Description of last job (B_OCLSTV) | 67 (2) | 60 (1) | -7 |
| Work activities (B_WAINTRO) | 55 (<1) | 56 (<1) | 1 |
| Most recent certification or license (CERT_LICENSE_ONE) | 51 (<1) * | 53 (1) | 2 |
| Principal Employer Information (B_EMINFO) | 42 (<1) | 46 (<1) | 4 |
| Most recent degree information (O_MOST_RECENT_DEGREE) | 56 (1) * | 45 (1) | -11 |
| Why worked fewer than 35 hours a week (PJ) | 29 (<1) * | 44 (1) | 15 |
| Description of principal job (B_OCPRV) | 46 (1) | 44 (<1) | -2 |
| Respondent contact information (B_CONTACT) | 37 (<1) | 38 (<1) | 1 |
| Date last worked and last job title (B_LAST_JOB) | 36 (<1) * | 38 (1) | 2 |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
* The questions that were on this 2021 screen appeared on individual screens in 2019. This completion time is a sum of the individual 2019 median screen completion times. The standard error of a sum of independent random variables is the square root of the sum of the variances.
[a] Due to a programming oversight, fewer respondents were pathed to O_BA_DEGREE in 2019 than should have been.

Figure 34 shows the distribution of median completion time on the screens in the new cohort web instrument. There were 19 screens with a completion time of 30 seconds or longer.

**Figure 34. Distribution of New Cohort Screens by Median Completion Time**




Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata

Figure 35 shows the distribution of median completion time for the screens in the old cohort web instrument. There were 12 screens with a completion time of 30 seconds or longer.

**Figure 35. Distribution of Old Cohort Screens by Median Completion Time**




Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata

### F.4 Breakoffs

Table 30 and Table 31 show the screens with the most breakoffs in 2021. We are unable to make direct comparisons to 2019 breakoff rates as the breakoff screen was manually identified in many cases in 2021 to obtain the correct screen. In 2019, we were unaware that the paradata do not record all actions when a respondent leaves the survey without hitting the "Save and Exit" button.

**Table 30. Screens with the Highest Percentage of Breakoffs, New Cohort**

| Screen Description (Screen Name) | Number of Cases with a Breakoff on this Screen | Percent of Breakoffs |
|---|---|---|
| Principal employer information (B_EMINFO) | 400 | 10.3 (1.1) |
| Description of principal job (B_OCPRV) | 200 | 6.4 (1.1) |
| Collect date of birth (B_VERIFYDOB) | 150 | 4.2 (0.7) |
| Total earned income write-in (B_EARN) | 100 | 4.1 (0.8) |
| Work activities (B_WAINTRO) | 150 | 4.0 (0.7) |
| **TOTAL** | **3,200** | **100.0** |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

**Table 31. Screens with the Highest Percentage of Breakoffs, Old Cohort**

| Screen Description (Screen Name) | Number of Cases with a Breakoff on this Screen | Percent of Breakoffs |
|---|---|---|
| Principal employer information (B_EMINFO) | 200 | 9.6 (1.5) |
| Description of principal job (B_OCPRV) | 100 | 5.6 (1.2) |
| Work activities (B_WAINTRO) | 90 | 4.7 (1.1) |
| Most recent certification or license (CERT_LICENSE_ONE) | 60 | 4.2 (0.9) |
| Undergraduate financing amounts (B_UGLOANOWE) | 30 | 3.8 (1.1) |
| **TOTAL** | **1,700** | **100.0** |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

Table 32 and Table 33 show the screens with the highest percent of respondent visits to that screen ending in a breakoff. In both cohorts, the screen B_VERIFYNAMEB had the highest percent of respondent visits with a breakoff.

**Table 32: Screens with Highest Percent of Respondent Visits ending in Breakoff, New Cohort**

| Screen Description (Screen) | Number of Respondent Visits | Percent |
|---|---|---|
| Capture name (B_VERIFYNAMEB) | 150 | 1.8 (0.8) |
| Principal employer information (B_EMINFO) | 36,000 | 1.1 (0.1) |
| Most recent certification or license (CERT_LICENSE_ONE) | 11,000 | 0.8 (0.1) |
| Description of principal job (B_OCPRV) | 35,000 | 0.7 (0.1) |
| Total earned income range (B_EARNPRB) | 3,300 | 0.7 (0.4) |
| Date last worked and last job title (B_LAST_JOB) | 5,900 | 0.6 (0.2) |
| Work activities (B_WAINTRO) | 35,000 | 0.5 (0.1) |
| Total earned income write-in (B_EARN) | 36,500 | 0.5 (0.1) |
| Correct name (B_VERIFYNAMEA) | 2,300 | 0.4 (0.3) |
| Reasons for changing job (B_CHINTRO) | 8,000 | 0.4 (0.2) |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

**Table 33: Screens with Highest Percent of Respondent Visits ending in Breakoff, Old Cohort**

| Screen Description (Screen) | Number of Respondent Visits | Percent |
|---|---|---|
| Capture name (B_VERIFYNAMEB) | 150 | 1.6 (0.9) |
| Bachelor’s degree information (O_BA_DEGREE) | 3,300 | 0.9 (0.4) |
| Correct name (B_VERIFYNAMEA) | 3,300 | 0.4 (0.3) |
| Most recent certification or license (CERT_LICENSE_ONE) | 18,000 | 0.4 (0.1) |
| Principal employer information (B_EMINFO) | 50,000 | 0.4 (0.1) |
| Number of certifications or licenses (B_CLICNMBR) | 750 | 0.3 (0.3) |
| First visa information (FIRST_US_VISA) | 1,200 | 0.3 (0.2) |
| Date last worked and last job title (B_LAST_JOB) | 9,400 | 0.2 (0.1) |
| Description of last job (B_OCLSTV) | 9,200 | 0.2 (0.1) |
| Description of principal job (B_OCPRV) | 49,500 | 0.2 (0.1) |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

### F.5 Error Messages

Table 34 shows that new cohort respondents who encountered an error message had an average of 1.4 error messages generated in both 2019 and 2021. Old cohort respondents generated an average of 1.1 error messages in 2021, a slight decrease from the 2019 average of 1.2 error messages.

**Table 34: Mean Number of Error Messages per Respondent, by Cohort and Device within Cohort**

| Cohort | Device | Mean Number of Error Messages | | Difference (2021 – 2019) |
|---|---|---|---|---|
| | | 2019 | 2021 | |
| **New Cohort** | Smartphone | 1.4 (0.1) | 1.4 (0.1) | <0.1 |
| | Tablet | 1.3 (0.1) | 1.3 (0.1) | <0.1 |
| | Computer/Other | 1.4 (<0.1) | 1.4 (<0.1) | <0.1 |
| | **Overall** | **1.4 (<0.1)** | **1.4 (<0.1)** | **<0.1** |
| **Old Cohort** | Smartphone | 1.1 (<0.1) | 1.2 (<0.1) | 0.1 |
| | Tablet | 1.2 (<0.1) | 1.1 (0.1) | -0.1 |
| | Computer/Other | 1.2 (<0.1) | 1.1 (<0.1) | -0.1 |
| | **Overall** | **1.2 (<0.1)** | **1.1 (<0.1)** | **-0.1** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

In 2021, there were 44 new cohort screens where an error message was activated, and 35 screens in the old cohort. The following tables will show which screens had the most error messages.

**Table 35: Screens with the Highest Percent of Error Messages, in New Cohort**

| Screen Description (Screen Name) | Number of Error Messages | | Percent of All Error Messages | |
|---|---|---|---|---|
| | **2019** | **2021** | **2019** | **2021** |
| Most recent degree information (N_MRD) | 1,200* | 2,600 | 15.8 (1.0)* | 29.1 (1.1) |
| Respondent contact information (B_CONTACT) | 1,600 | 950 | 21.6 (1.2) | 11.5 (0.7) |
| Collect date of birth (B_VERIFYDOB) | 800 | 500 | 9.2 (0.7) | 6.0 (0.6) |
| Description of principal job (B_OCPRV) | 400 | 650 | 4.1 (0.5) | 5.9 (0.5) |
| Have Bachelor's degree (N_BSDGRI) | 450 | 600 | 6.9 (1.4) | 5.6 (0.5) |
| Radio buttons for field of most recent degree (N_NMRMEDX2) | 150 | 450 | 1.9 (0.5) | 4.8 (0.5) |
| Second most recent degree information (N_D2) | 400* | 450 | 5.0 (0.5)* | 4.4 (0.4) |
| Broad principal job category (B_N2OCPRX2) | 650 | 400 | 7.5 (1.3) | 3.6 (0.4) |
| Specific principal job category (B_N2OCPRX) | 250 | 300 | 2.2 (0.5) | 2.9 (0.4) |
| Confirm residence in the U.S. (B_RESIDE) | 50 | 300 | 1.0 (0.3) | 2.8 (0.3) |
| **Total** | **8,100** | **9,300** | **100.0** | **100.0** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
*This screen was presented as individual questions in 2019 so this screen-level result for 2019 is a sum of the parts. The standard error of a sum of independent random variables is the square root of the sum of the variances.

**Table 36: Screens with the Highest Percent of Error Messages, in Old Cohort**

| Screen Description (Screen Name) | Number of Error Messages | | Percent of All Error Messages | |
|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 |
| Respondent contact information (B_CONTACT) | 2,200 | 1,300 | 28.5 (1.0) | 26.7 (1.5) |
| Complete other degree (O_TCDGCMP) | 600 | 550 | 7.4 (0.6) | 10.7 (1.0) |
| Login screen (LOGIN) | 250 | 400 | 2.7 (0.4) | 8.3 (0.7) |
| Confirm school information (O_VERIFYSCHOOLA) | 70 | 350 | 2.1 (0.6) | 6.8 (0.8) |
| Confirm residence in the U.S. (B_RESIDE) | 250 | 250 | 4.8 (0.6) | 6.1 (0.7) |
| Description of principal job (B_OCPRV) | 250 | 400 | 2.0 (0.3) | 5.6 (0.6) |
| Broad principal job category (B_N2OCPRX2) | 450 | 300 | 5.5 (0.8) | 5.1 (0.5) |
| Bachelor's degree information (O_BA_DEGREE) | (D) [a] | 500 | (D) [a] | 4.9 (0.6) |
| Specific principal job category (B_N2OCPRX) | 200 | 250 | 2.5 (0.4) | 4.4 (0.6) |
| Working status (B_WRKG) | 200 | 200 | 2.7 (0.4) | 3.3 (0.5) |
| **Total** | **7,900** | **5,200** | **100.0** | **100.0** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
(D) Suppressed for disclosure avoidance.
[a] Due to a programming oversight in 2019, fewer respondents were pathed to O_BA_DEGREE than should have been.

**Table 37: Questions with Highest Rate of Error Messages in 2021, New Cohort**

| Screen Description (Screen Name) | Number of Respondents with an Error on this screen | | Percent of Respondent Visits with an Error Message | | Difference (2021-2019) |
|---|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 | |
| Collect date of birth (BIRTHDATE) | 50 | 20 | 60.7 (11.3) | 100.0 (0.0) | 29.3 |
| Capture name (B_VERIFYNAMEB) | (D) | (D) | (D) | (D) | (D) |
| Most recent degree information (N_MRD) | † | 2,600 | † | 6.0 (0.3) | - |
| Fourth most recent degree information (N_D4) | † | (D) | † | (D) | - |
| Specific field of study for second major (N_ND2NEDX2) | (D) | 20 | (D) | 3.7 (1.6) | (D) |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
(D) Suppressed for disclosure avoidance.
† Not Applicable. There were three questions on this 2021 screen, which all appeared on separate screens in 2019.
- This metric could not be calculated.

**Table 38: Questions with Highest Rate of Error Messages in 2021, Old Cohort**

| Screen Description (Screen Name) | Number of Respondents with an Error on this screen | | Percent of Respondent Visits with an Error Message | | Difference (2021-2019) |
|---|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 | |
| Bachelor's degree information (O_BA_DEGREE) | † | 450 | † | 11.8 (1.3) | - |
| Second field of study for second major (O_BANEDX2) | (D) | (D) | (D) | (D) | (D) |
| Most recent degree information (O_MOST_RECENT_DEGREE) | † | 90 | † | 3.4 (0.9) | - |
| Respondent contact information (B_CONTACT) | 2, 200 | 1,300 | 4.6 (0.2) | 2.3 (0.2) | -2.3 |
| Specific field of study (O_BAMEDX2) | (D) | 30 | (D) | 1.1 (0.4) | (D) |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
(D) Suppressed for disclosure avoidance.
† Not Applicable. There were three questions on this 2021 screen, which all appeared on separate screens in 2019.
- This metric could not be calculated.

### F.6 "Previous" Clicks

Table 39 and Table 40 show which screens had the most "Previous" clicks in 2021; Table 39 presents results from the new cohort and Table 40 presents results from the old cohort.

**Table 39: Screens with the Highest Percent of "Previous" Clicks, in New Cohort**

| Screen Description (Screen Name) | Number of Previous Clicks | | Percent of All Previous Clicks | |
|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 |
| Specific principal job category (B_N2OCPRX) | 5,200 | 7,700 | 4.0 (0.2) | 5.1 (0.2) |
| Pandemic's effect on salary (B_SALCOV1) | † | 2,800 | † | 2.1 (0.1) |
| Employer as educational institution (EMPLOYEE_EDUC) | † | 2,300 | † | 2.1 (0.1) |
| Age when difficulty began (B_DIFAGE) | 1,600 | 2,000 | 1.6 (0.1) | 1.7 (0.1) |
| Specific field of study for most recent degree (N_NMRMEDX) | 1,800 | 2,100 | 1.5 (0.1) | 1.7 (0.1) |
| Working but had previously retired (B_FTPRET) | 1,400 | 1,800 | 1.2 (0.1) | 1.6 (0.1) |
| Amount borrowed and owed for graduate degree (B_GRLOANOWE) | 3,700 | 2,000 | 3.3 (0.1) | 1.6 (0.1) |
| **Total** | **113,000** | **125,000** | **100.0** | **100.0** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
† Not Applicable. B_SALCOV1 was not in the 2019 instrument. EMPLOYEE_EDUC was two screens in 2019 and a "Previous" click brought respondents to a screen that also was two screens in 2019; therefore, it is difficult to make comparisons across cycles.

**Table 40: Screens with the Highest Percent of "Previous" Clicks, in Old Cohort**

| Screen Description (Screen Name) | Number of Previous Clicks | | Percent of All Previous Clicks | |
|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 |
| Specific principal job category (B_N2OCPRX) | 6,400 | 9,000 | 6.3 (0.3) | 6.7 (0.2) |
| Pandemic's effect on salary (B_SALCOV1) | † | 3,300 | † | 2.9 (0.1) |
| Employer as educational institution (EMPLOYEE_EDUC) | † | 3,200 | † | 2.9 (0.1) |
| Age when difficulty began (B_DIFAGE) | 1,900 | 2,600 | 2.3 (0.1) | 2.4 (0.1) |
| Salary based on 52 weeks (WEEKS_YEAR) | † | 2,500 | † | 2.4 (0.1) |
| Pandemic's effect on earned income (B_ERNCOV1) | † | 2,700 | † | 2.4 (0.1) |
| Total earned income write-in (B_EARN) | 2,000 | 2,500 | 2.0 (0.1) | 2.2 (0.1) |
| Amount borrowed and owed for graduate degree (B_GRLOANOWE) | 3,400 | 2,600 | 4.0 (0.2) | 2.2 (0.1) |
| Work supported by the federal government (B_GOVSUP) | 1,600 | 2,400 | 1.7 (0.1) | 2.2 (0.1) |
| **Total** | **85,000** | **114,000** | **100.0** | **100.0** |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
† Not Applicable. B_SALCOV1 was not in the 2019 instrument. EMPLOYEE_EDUC was two screens in 2019 and a "Previous" click brought respondents to a screen that also was two screens in 2019; therefore, it is difficult to make comparisons across cycles. A "Previous" click on WEEKS_YEAR in 2021 could return respondents to one of four different screens, none of which were in the 2019 instrument, therefore results are not comparable.

Table 41 shows the new cohort screens with the highest percent of respondent visits where the respondent clicked the "Previous" button to return to the prior screen; old cohort results are in Table 42. B_VERIFYNAMEB had the highest rate among new cohort screens, at 25.7 percent, though a relatively small number of respondents saw that screen.

**Table 41: Screens with Highest Rate of Previous Clicks in 2021, New Cohort**

| Screen Description (Screen) | Number of Respondent Visits with a Previous Click | | Percent of Respondent Visits with a Previous Click | | Difference (2021-2019) |
|---|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 | |
| Capture Name (B_VERIFYNAMEB) | 30 | 30 | 23.2 (7.3) | 25.7 (8.1) | 2.5 |
| Number of certifications or licenses (B_CLICNMBR) | 800 | 150 | 4.8 (0.3) | 20.5 (3.1) | 15.7 |
| Amount income increased due to pandemic (B_ERNINC) | † | 700 | † | 20.0 (1.5) | † |
| Year of retirement (B_FTPRTYR) | 300 | 400 | 16.4 (1.7) | 18.7 (1.8) | 2.3 |
| Federal agencies supporting work (B_FSINTRO) | 500 | 800 | 11.8 (1.3) | 16.7 (1.2) | 4.9 |
| Type of degree for fourth degree (N_D4DG) | 40 | 60 | 5.9 (2.2) | 16.7 (3.7) | 10.8 |
| Currently enrolled degree field of study (B_ACEDV) | 80 | (D) | 2.5 (0.8) | (D) | (D) |
| Bachelor's degree check (N_BACHK) | 250 | (D) | 10.4 (1.1) | (D) | (D) |
| Field of second major (N_MRMIV) | 750 | 750 | 15.9 (1.2) | 14.8 (1.2) | -1.1 |
| Amount salary increased due to pandemic (B_SALINC) | † | 90 | † | 14.8 (3.2) | † |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
† Not Applicable
(D) Suppressed for disclosure avoidance.
- This metric could not be calculated.

**Table 42: Screens with Highest Rate of Previous Clicks in 2021, Old Cohort**

| Screen Description (Screen) | Number of Respondent Visits with a Previous Click | | Percent of Respondent Visits with a Previous Click | | Difference (2021-2019) |
|---|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 | |
| Currently enrolled degree field of study (B_ACEDV) | 70 | (D) | 4.1 (0.9) | (D) | (D) |
| Number of certifications or licenses (B_CLICNMBR) | 550 | 200 | 3.3 (0.3) | 30.5 (3.3) | 27.2 |
| Field of second major (O_BAMIV) | (D) | 150 | (D) | 19.9 (3.1) | (D) |
| Amount income increased due to pandemic (B_ERNINC) | † | 900 | † | 18.2 (1.2) | † |
| Federal agencies supporting work (B_FSINTRO) | 650 | 1,100 | 10.6 (0.8) | 17.0 (1.0) | 6.4 |
| Year of retirement (B_FTPRTYR) | 450 | 550 | 14.2 (1.4) | 16.3 (1.2) | 2.1 |
| Amount salary increased due to pandemic (B_SALINC) | † | 100 | † | 15.0 (2.3) | † |
| Specific field of study (O_NMRMEDX2) | 150 | 100 | 19.3 (2.7) | 13.2 (4.2) | -6.1 |
| Specific principal job category (B_N2OCPRX) | 3,800 | 5,400 | 10.5 (0.4) | 11.7 (0.3) | 1.2 |
| Salary reflects effect of pandemic (B_SALEFF) | † | 1,300 | † | 11.1 (0.6) | † |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
(D) Suppressed for disclosure avoidance.
† Not Applicable
- This metric could not be calculated.

### F.7 Changed Answers

The concept of changed answers can be assessed at either a screen-level, a question-level, or an individual survey item-level. Survey questions that have multiple fields (such as B_CONTACT or B_EMINFO, which collect address information) will typically generate more changed answers because there are more opportunities for respondents to make a change.

#### F.7.1 Percent of Changed Answers, Screen-level

Table 43 and Table 44 show the screens in each cohort that had the most changed answers of each screen. The screens that collected address information (N_MRD, B_CONTACT, B_EMINFO, N_D2, and N_VERIFYACS) accounted for large portions of the changed answers.

**Table 43: Screens with Highest Percent of Changed Answers, New Cohort**

| Screen Description (Screen Name) | Number of Changed Answers | | Percent of All Changed Answers | |
|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 |
| Most recent degree information (N_MRD) | 28,000* | 46,000 | 7.4 (0.3)* | 8.7 (0.4) |
| Respondent contact information (B_CONTACT) | 23,500 | 32,000 | 6.0 (0.2) | 5.7 (0.2) |
| Principal employer information (B_EMINFO) | 18,500 | 34,000 | 4.6 (0.2) | 5.6 (0.2) |
| Work activities (B_WAINTRO) | 16,000 | 21,500 | 3.6 (0.1) | 3.5 (0.1) |
| Undergraduate degree financing (B_UGFINTRO) | 11,500 | 16,000 | 2.9 (0.1) | 2.7 (0.1) |
| Second most recent degree information (N_D2) | 8,900 | 17,000 | 2.1 (0.1) | 2.6 (0.1) |
| Categorization of principal employer (B_NEDTP) | 7,200 | 14,000 | 1.9 (0.1) | 2.6 (0.1) |
| Degree of difficulty (B_DIFALL) | 10,500 | 12,500 | 3.2 (0.1) | 2.5 (0.1) |
| Broad principal job category (B_N2OCPRX2) | 12,000 | 16,500 | 2.6 (0.1) | 2.2 (0.1) |
| County and state of residence when completed ACS (N_VERIFYACS) | 600 | 11,000 | 0.2 (<0.1) | 2.2 (0.1) |
| **Total** | **392,000** | **572,000** | **100.0** | **100.0** |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
*This screen was presented as individual questions in 2019 so this screen-level result for 2019 is a sum of the parts. The standard error of a sum of independent random variables is the square root of the sum of the variances.

**Table 44: Screens with Highest Percent of Changed Answers, Old Cohort**

| Screen Description (Screen Name) | Number of Changed Answers | | Percent of All Changed Answers | |
|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 |
| Respondent contact information (B_CONTACT) | 32,000 | 46,000 | 9.0 (0.2) | 8.9 (0.2) |
| Principal employer information (B_EMINFO) | 25,500 | 45,000 | 6.5 (0.2) | 7.9 (0.3) |
| Work activities (B_WAINTRO) | 19,500 | 27,500 | 5.0 (0.1) | 5.0 (0.1) |
| Undergraduate degree financing (B_UGFINTRO) | 15,500 | 22,500 | 4.5 (0.1) | 4.1 (0.1) |
| Degree of difficulty (B_DIFALL)* | 13,000 | 16,500 | 4.4 (0.1) | 3.6 (0.1) |
| Categorization of principal employer (B_NEDTP) | 8,300 | 17,500 | 2.7 (0.1) | 3.5 (0.1) |
| Broad principal job category (B_N2OCPRX2) | 14,500 | 20,000 | 3.5 (0.1) | 3.2 (0.1) |
| Undergraduate financing amounts (B_UGLOANOWE)* | 12,000 | 14,000 | 3.6 (0.1) | 3.0 (0.1) |
| Technical expertise required (B_MGINTRO) | 7,400 | 12,000 | 2.3 (0.1) | 2.6 (0.1) |
| Primary work activity (B_WAPRI) | 10,500 | 14,000 | 2.5 (0.1) | 2.2 (0.1) |
| **Total** | **356,000** | **533,000** | **100.0** | **100.0** |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
*These screens were calculated as individual questions in 2019 so this screen-level result for 2019 is a sum of the parts. The standard error of a sum of independent random variables is the square root of the sum of the variances.

### F.7.2 Percent of Changed Answers, Item-level

Table 45 documents the survey items that had the most changed answers within each cohort. Questions that are formatted as a dropdown box tend to have a high rate of changed answers. State and country dropdowns (N_MRDGST, B_EMSTATE, N_MRCOUNTRY, N_VERIFYACS_STATE and B_STATE) appear frequently in the top ten items with changed answers and explain the high percent of changed answers seen on the screens N_MRD, B_CONTACT and B_EMINFO.

**Table 45: Percent of Changed Answers by Item, by Cohort**

| NEW COHORT | | OLD COHORT | |
|---|---|---|---|
| **Item Description (Item)** | **2021 Estimate (N=572,000)** | **Item Description (Item)** | **2021 Estimate (N=533,000)** |
| State of most recent degree (N_MRDGST) | 3.0 (0.1) | Undergraduate degree financing (B_UGFINTRO) | 4.1 (0.1) |
| Undergraduate degree financing (B_UGFINTRO) | 2.7 (0.1) | State address of principal employer (B_EMSTATE) | 4.0 (0.1) |
| Categorization of principal employer (B_NEDTP) | 2.6 (0.1) | Categorization of principal employer (B_NEDTP) | 3.5 (0.1) |
| State address of principal employer (B_EMSTATE) | 2.4 (0.1) | Broad principal job category (B_N2OCPRX2) | 3.2 (0.1) |
| Broad principal job category (B_N2OCPRX2) | 2.2 0.1) | Primary work activity (B_WAPRI) | 2.2 (0.1) |
| Country of most recent degree (N_MRCOUNTRY) | 1.7 (0.4) | Required or allowed to telecommute/work remotely (B_TELEW) | 2.1 (0.1) |
| Primary work activity (B_WAPRI) | 1.6 (0.1) | Preferred mode for future surveys (B_SMODEP) | 2.1 (0.1) |
| Required or allowed to telecommute/work remotely (B_TELEW) | 1.5 (<0.1) | Amount borrowed for undergraduate degree (B_UGLOANR) | 2.0 (0.1) |
| State component of address from ACS response (N_VERIFYACS_STATE) | 1.5 (0.1) | State address in respondent contact information (B_STATE) | 2.0 (0.1) |
| Year of most recent degree (N_MRYR) | 1.4 (0.1) | Home phone number in respondent contact information (B_HOMEPHONE) | 1.9 (0.1) |
| | **100.0** | | **100.0** |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

One item that appears in the list of old cohort items with the most changes (Table 45) is B_HOMEPHONE, the write-in field on the respondent contact information screen that captures

the respondent’s home phone number. The items with the most changed answers tend to not be write-in fields, so this finding was surprising. In 2021, the contact screen presented the write-in field for home phone number first, followed by cell phone number (Figure 20). The 2023 bridge panel will present the cell phone field first, followed by a write-in field to capture “Home Phone Number (if different from cell phone number).” Analysis from 2023 will show how the rate of changed answers differed between the bridge panel and production instruments for this screen.

### F.7.3 Percent of Changed Answers, Question-level

Table 46 and Table 47 show the hybrid questions (as defined in Section 5.2.2.2) with the highest percent of all changed answers for the new and old cohorts, respectively.

**Table 46: Questions with Highest Percent of Changed Answers, New Cohort**

| Question Description (Question) | Number of Changed Answers | | Percent of Changed Answers | |
|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 |
| Work activities (B_WAINTRO) | 16,000 | 21,500 | 3.6 (0.1) | 3.5 (0.1) |
| Undergraduate degree financing (B_UGFINTRO) | 11,500 | 16,000 | 2.9 (0.1) | 2.7 (0.1) |
| Categorization of principal employer (B_NEDTP) | 7,200 | 14,000 | 1.9 (0.1) | 2.6 (0.1) |
| Broad principal job category (B_N2OCPRX2) | 12,000 | 16,500 | 2.6 (0.1) | 2.2 (0.1) |
| Technical expertise required (B_MGINTRO) | 5,800 | 9,400 | 1.6 (0.1) | 1.8 (<0.1) |
| **Total** | **392,000** | **572,000** | **100.0** | **100.0** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

**Table 47: Questions with Highest Percent of Changed Answers, Old Cohort**

| Question Description (Question) | Number of Changed Answers | | Percent of Changed Answers | |
|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 |
| Work activities (B_WAINTRO) | 19,500 | 27,500 | 5.0 (0.1) | 5.0 (0.1) |
| Undergraduate degree financing (B_UGFINTRO) | 15,500 | 22,500 | 4.5 (0.1) | 4.1 (0.1) |
| Categorization of principal employer (B_NEDTP) | 8,300 | 17,500 | 2.7 (0.1) | 3.5 (0.1) |
| Broad principal job category (B_N2OCPRX2) | 14,500 | 20,000 | 3.5 (0.1) | 3.2 (0.1) |
| Technical expertise required (B_MGINTRO) | 7,400 | 12,000 | 2.3 (0.1) | 2.6 (0.1) |
| **Total** | **356,000** | **533,000** | **100.0** | **100.0** |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

### F.7.4 Rate of Changed Answers

**Table 48 and**

Table 49 present the questions (excluding multi-part questions) with the highest percent of respondent visits where the respondent changed an answer on that item.

**Table 48: Questions with Highest Rate of Changed Answers in 2021, New Cohort**

| Question Description (Question) | Number of Changed Answers | | Percent of Respondent Visits with a Changed Answer | | Difference (2021-2019) |
|---|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 | |
| Work activities (B_WAINTRO) | 9,000 | 11,500 | 25.7 (0.5) | 29.4 (0.6) | 3.7 |
| Reasons currently enrolled (B_ACINTRO) | 500 | 1,100 | 27.6 (2.1) | 26.3 (1.8) | -1.3 |
| Reasons worked fewer than 35 hours (B_PJINTRO) | 600 | 1,000 | 15.2 (1.1) | 25.5 (1.4) | 10.3 |
| Primary reason for community college courses (N_CCPRI) | 2,700 | 3,000 | 26.6 (0.9) | 25.4 (0.8) | 1.2 |
| Categorization of principal employer (B_NEDTP) | 4,700 | 8,700 | 14.2 (0.4) | 24.1 (0.5) | 9.9 |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

**Table 49: Questions with Highest Rate of Changed Answers in 2021, Old Cohort**

| Question Description (Question) | Number of Respondent Visits with a Changed Answer | | Percent of Respondent Visits with a Changed Answer | | Difference (2021-2019) |
|---|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 | |
| Reasons to obtain degree (O_MRREA) | 500 | 700 | 27.0 (2.8) | 34.3 (3.0) | 7.3 |
| Work activities (B_WAINTRO) | 11,500 | 15,500 | 25.7 (0.5) | 28.6 (0.5) | 2.9 |
| Reasons currently enrolled (B_ACINTRO) | 600 | 850 | 22.3 (2.1) | 26.7 (2.1) | 4.4 |
| Reasons worked fewer than 35 hours (B_PJINTRO) | 700 | 1,300 | 12.5 (0.9) | 24.1 (1.1) | 11.6 |
| Categorization of principal employer (B_NEDTP) | 5,700 | 11,500 | 13.8 (0.4) | 23.2 (0.4) | 9.4 |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

### F.8 Changed Answers After Previous Clicks

Table 50 and Table 51 show the survey questions with the highest percent of changed answers after a “Previous” click, among new cohort and old cohort respondents, respectively. Questions are only reported if at least 15 people saw the question. These tables show, of all changed answers on a given survey question, what percent occurred after a “Previous” click. Survey questions with high percentages for this metric are likely those where respondents believe they answered the question fine initially (i.e., they did not need to change the answer while on the page initially) but something about the following screen made them return to this question and change their answer. This metric also includes respondents who left the screen without answering the question and returned to respond for the first time.

**Table 50: Questions with the Highest Percent of Changed Answers Happening after a "Previous" Click, New Cohort**

| Question Description (Question) | Number of Changed Answers after clicking "Previous" | | Percent of Changed Answers that were after "Previous" | | Difference (2021 – 2019) |
|---|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 | |
| Number of professional associations (B_PRMBR) | 300 | 900 | 53.1 (5.1) | 78.6 (3.0) | 25.5 |
| Number of certifications or licenses (B_CLICNMBR) | 250 | 400 | 55.0 (5.2) | 77.2 (3.1) | 22.2 |
| Number of degrees (N_BSDGN) | 600 | 550 | 67.3 (3.5) | 70.0 (4.5) | 2.7 |
| Is employer a new business (B_NEWBUS) | 150 | 1,200 | 21.4 (4.1) | 67.2 (2.4) | 45.8 |
| Degree check after third degree (N_DGCHK3) | 30 | 80 | 53.5 (13.8) | 61.8 (12.4) | 8.3 |
| Currently enrolled degree field of study (B_ACEDV) | 20 | 50 | 39.2 (22.3) | 56.4 (11.5) | -17.2 |
| Second major field of study for second degree (N_D2MIV) | 20 | 30 | 48.2 (17.6) | 54.2 (14.3) | 6.0 |
| Count of dependents (B_CHTOT) | 450 | 650 | 52.4 (4.3) | 52.9 (4.6) | 0.5 |
| Has Associate degree (N_ASDGRI) | 1,200 | 1,700 | 51.1 (2.7) | 52.8 (2.0) | 1.7 |
| Amount income increased due to pandemic (B_ERNINC) | † | 30 | † | 52.1 (11.9) | † |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
† Not Applicable

**Table 51: Questions with the Highest Percent of Changed Answers Happening after a "Previous" Click, Old Cohort**

| Question Description (Question) | Number of Changed Answers after clicking "Previous" | | Percent of Changed Answers that were after "Previous" | | Difference (2021 – 2019) |
|---|---|---|---|---|---|
| | 2019 | 2021 | 2019 | 2021 | |
| Number of certifications or licenses (B_CLICNMBR) | 300 | 650 | 60.4 (4.0) | 85.7 (2.1) | 25.3 |
| Number of professional associations (B_PRMBR) | 350 | 1,200 | 68.2 (4.7) | 84.9 (1.8) | 16.7 |
| Primary field of study, most recent degree (O_MRMAV) | 30 | 30 | 71.9 (8.9) | 83.6 (9.4) | 11.7 |
| Primary field of study, currently enrolled degree (B_ACEDV) | 20 | 40 | 85.0 (9.5) | 81.3 (9.1) | -3.7 |
| Is employer a new business (B_NEWBUS) | 100 | 2,200 | 13.3 (2.5) | 70.6 (2.5) | 57.3 |
| Probe for reasons not working (B_WKPROBE2) | 300 | 600 | 47.4 (4.4) | 60.8 (4.3) | 13.4 |
| Have bachelor's degree check (O_NOBACHK) | (D) | 300 | (D) | 56.6 (6.2) | (D) |
| Specific field of study for current degree (B_NACEDX2) | 100 | 150 | 25.7 (5.3) | 53.9 (8.6) | 28.2 |
| Count of dependents (B_CHTOT) | 800 | 1,100 | 51.7 (3.6) | 53.4 (3.4) | 1.7 |
| Annual salary (B_SALARY) | 850 | 1,200 | 51.5 (3.3) | 50.6 (2.6) | -0.9 |

Source: U.S. Census Bureau, 2019 and 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.
(D) Suppressed for disclosure avoidance.

### F.9 Help Text

On all screens where "Help" text was provided, the "Help" text was accessed at least once.[23] For each screen where "Help" text appeared, Table 52 and Table 53 show what percent of "Help" text clicks occurred on that screen. Since "Help" text was used for the first time in 2021, these tables provide a baseline for how often the "Help" text was used on all screens.

**Table 52: Percent of "Help" Text Clicks by Screen, New Cohort**

| Screen Description (Screen) | Estimate (N=8,300) |
|---|---|
| Working status (B_WRKG) | 24.0 (1.3) |
| Categorization of principal employer (B_NEDTP) | 16.0 (1.2) |
| Degree of difficulty (B_DIFALL) | 7.7 (0.7) |
| Salary based on 52 weeks (WEEKS_YEAR) | 7.4 (0.6) |
| Have second major (N_MRMVI) | 6.3 (0.6) |
| Working both two years ago and now (B_WRKGP) | 5.4 (0.6) |
| Gender (B_GENDER) | 4.8 (0.5) |
| Hours worked per week (B_HRSWK) | 4.3 (0.6) |
| Confirm name (B_VERIFYNAME) | 3.2 (0.5) |
| Race (RACEINTRO) | 2.9 (0.4) |
| Dual citizen (B_CTZDUAL) | 2.9 (0.4) |
| Mother's education (N_EDMOM) | 2.9 (1.0) |
| Marital status (B_MARSTA) | 2.4 (0.5) |
| Hispanic origin (HISPCAT) | 2.2 (0.4) |
| Age when difficulty began (B_DIFAGE) | 2.0 (0.4) |
| Look for work (B_LOOKWK) | 1.1 (0.3) |
| Citizenship status (B_CTZUSIN) | 1.0 (0.2) |
| Second major for second degree (N_D2MVI) | 0.9 (0.3) |
| Father's education (N_EDDAD) | 0.9 (0.3) |
| Was spouse working (B_SPOWK) | 0.8 (0.3) |
| Veteran status (B_VETSTAT) | 0.6 (0.2) |
| Second major for third degree (N_D3MVI) | 0.1 (0.1) |
| Second major for fourth degree (N_D4MVI) | <0.1 (<0.1) |
| | **100.0** |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

**Table 53: Percent of "Help" Text Clicks by Screen, Old Cohort**

| Screen Description (Screen) | Estimate (N=5,800) |
|---|---|
| Working status (B_WRKG) | 20.8 (1.3) |
| Categorization of principal employer (B_NEDTP) | 19.6 (1.5) |
| Degree of difficulty (B_DIFALL) | 10.7 (1.0) |
| Salary based on 52 weeks (WEEKS_YEAR) | 10.6 (1.0) |
| Hours worked per week (B_HRSWK) | 6.5 (0.8) |
| Working both two years ago and now (B_WRKGP) | 6.2 (0.6) |
| Age when difficulty began (B_DIFAGE) | 5.8 (0.8) |
| Dual citizen (B_CTZDUAL) | 4.7 (0.5) |
| Complete other degree (O_TCDGCMP) | 2.9 (0.4) |
| Confirm name (B_VERIFYNAME) | 2.4 (0.4) |
| Marital status (B_MARSTA) | 2.1 (0.4) |
| Citizenship status (B_CTZUSIN) | 1.9 (0.5) |
| Race (RACEINTRO) | 1.8 (0.3) |
| Look for work (B_LOOKWK) | 1.8 (0.4) |
| Was spouse working (B_SPOWK) | 0.9 (0.3) |
| Veteran status (B_VETSTAT) | 0.8 (0.3) |
| Second major for bachelor's degree (O_BAMVI) | 0.4 (0.1) |
| Hispanic origin (HISPCAT) | <0.1 (<0.1) |
| | **100.0** |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

Table 54 shows the screens with the highest percent of respondent visits that included a click on the screen's "Help" link. Using this metric, B_NEDTP and B_WRKG appear again as problematic screens for respondents in both cohorts. In the old cohort, the screen that captured a respondent's race (RACEINTRO) was only asked of respondents who had not provided a race in a previous survey cycle. That screen had the largest percent of respondent visits where "Help" text was rendered, 7.6 percent. These respondents who looked at the "Help" text might not have been able to find a race category that they identified with.

[23] No old cohort respondents were presented with B_GENDER, so no old cohort respondents accessed the "Help" on that screen. While "Help" was technically also available on N_D5MVI, fewer than 100 respondents were presented with that screen and those respondents had already had four opportunities to access "Help" for that concept if needed.

**Table 54: Percent of Respondent Visits with "Help" Text Rendered**

| NEW COHORT | | | OLD COHORT | | |
|---|---|---|---|---|---|
| **Screen Description (Screen)** | **Number** | **Percent** | **Screen Description (Screen)** | **Number** | **Percent** |
| Working status (B_WRKG) | 1,700 | 3.2 (0.2) | Race (RACEINTRO) | 100 | 7.6 (1.5) |
| Categorization of principal employer (B_NEDTP) | 1,000 | 2.5 (0.2) | Categorization of principal employer (B_NEDTP) | 850 | 1.8 (0.1) |
| Salary based on 52 weeks (WEEKS_YEAR) | 650 | 1.4 (0.1) | Working status (B_WRKG) | 1,000 | 1.6 (0.1) |
| Degree of difficulty (B_DIFALL) | 550 | 1.2 (0.1) | Salary based on 52 weeks (WEEKS_YEAR) | 600 | 1.1 (0.1) |
| Working both two years ago and now (B_WRKGP) | 450 | 1.1 (0.1) | Age when difficulty began (B_DIFAGE) | 200 | 1.0 (0.1) |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are in parentheses.

### F.10 Links Clicked

The most common screens on which a link was clicked are shown in Table 55, by cohort. The very last screen in the web instrument, THANK_YOU, had the most clicks of any screen in both cohorts. On the THANK_YOU screen, respondents were shown links to websites such as www.census.gov and www.nsf.gov/statistics/srvygrads.

The second and third highest screens where links were clicked, however, were at the start of the survey (B_VERIFYDOB, B_EMINFO and B_WRKG).

**Table 55: Screens where a Link was Clicked, by Cohort**

| NEW COHORT | | OLD COHORT | |
|---|---|---|---|
| **Screen Description (Screen)** | **2021 Estimate (N = 1,900)** | **Screen Description (Screen)** | **2021 Estimate (N = 1,500)** |
| Final screen (THANK_YOU) | 25.3 (2.5) | Final screen (THANK_YOU) | 37.8 (3.5) |
| Collect birthdate (B_VERIFYDOB) | 7.1 (1.5) | Principal employer information (B_EMINFO) | 2.9 (0.9) |
| Principal employer information (B_EMINFO) | 5.6 (1.2) | Working status (B_WRKG) | 2.3 (1.3) |
| Respondent contact information (B_CONTACT) | 2.9 (0.8) | Respondent contact information (B_CONTACT) | 2.3 (0.5) |
| Location of high school (N_HSSTV) | 2.2 (0.7) | Confirm school information (O_VERIFYSCHOOLA) | 2.2 (1.4) |
| | **100.0** | | **100.0** |

Source: U.S. Census Bureau, 2021 National Survey of College Graduates Web Survey Paradata
Note: Standard errors are shown in parentheses.

**Appendix G. Index of Survey Screens and Items with Notable Paradata Results**


B_ACEDV ... 96, 105, 106
B_ACINTRO... 39, 40, 103
B_CHINTRO ... 39, 40, 89
B_CHTOT ... 105, 106
B_CLICINTRO ... 39, 40
B_CLICNMBR ... 89, 96, 97, 105, 106
B_CMINTRO ... 39, 40
B_CONTACT...38, 86, 91, 92, 93, 98, 99, 110
  B_HOMEPHONE ... 100
  B_STATE ... 100
B_CTZDUAL ... 107, 108
B_CTZUSIN ... 107, 108
B_DIFAGE ... 94, 95, 107, 108, 109
B_DIFALL ... 98, 99, 107, 108, 109
B_EARN ... 88, 89, 95
B_EARNPRB ... 69, 89
B_EMINFO...42, 85, 86, 88, 89, 98, 99, 110
  B_EMSTATE ... 100
B_ERNCOV1... 95
B_ERNINC... 69, 96, 97, 105
B_FACINTRO... 39, 40
B_FSINTRO ... 69, 96, 97
B_FTPRET ... 94
B_FTPRTYR ... 67, 96, 97
B_GENDER... 107
B_GOVSUP ... 95
B_GRLOANOWE ... 94, 95
B_HRSWK ... 34, 107, 108
B_LAST_JOB ... 86, 89
B_LOOKWK... 67, 107, 108
B_MARSTA ... 107, 108
B_MGINTRO ... 39, 40, 99, 102
B_N2OCPRX... 45, 94, 95, 97
B_N2OCPRX2...45, 91, 92, 98, 99, 100, 102
B_NACEDX2... 106
B_NEDTP ... 43, 98, 99, 100, 102, 103, 107, 108, 109
B_NEWBUS... 46, 105, 106
B_NRINTRO ... 39, 40, 68
B_NWINTRO... 39, 40, 67
B_OCLSTV... 85, 86, 89

B_OCPRV ........ 42, 86, 88, 89, 91, 92
B_PJINTRO ........ 39, 40, 103
B_PRMBR ........ 105, 106
B_RESIDE ........ 91, 92
B_SALARY ........ 106
B_SALCOV1 ........ 94, 95
B_SALEFF ........ 68, 97
B_SALINC ........ 68, 96, 97
B_SATINTRO ........ 39, 40
B_SMODEP ........ 100
B_SPINTRO ........ 39, 40
B_SPOWK ........ 107, 108
B_TELEW ........ 100
B_UGFINTRO ........ 98, 99, 100, 102
B_UGLOANOWE ........ 88, 99
B_UGLOANR ........ 100
B_VERIFYDOB ........ 88, 91, 110
B_VERIFYNAME ........ 107, 108
B_VERIFYNAMEA ........ 89
B_VERIFYNAMEB ........ 89, 93, 96
B_VETSTAT ........ 107, 108
B_WAINTRO ........ 39, 40, 42, 85, 86, 88, 89, 98, 99, 102, 103
B_WAPRI ........ 68, 99, 100
B_WKPROBE2 ........ 106
B_WRKG ........ 107, 108, 109, 110
B_WRKGP ........ 107, 108, 109
B_WTRINTRO ........ 39, 40, 69
BFTINTRO ........ 39, 40
BIRTHDATE ........ 93
CERT_LICENSE_ONE ........ 42, 85, 86, 88, 89
EMPLOYEE_EDUC ........ 46, 94, 95
FIRST_US_VISA ........ 89
HISPCAT ........ 107, 108
LOGIN ........ 92
N_ASDGRI ........ 47, 105
N_BACHK ........ 96
N_BSDGN ........ 105
N_BSDGRI ........ 91
N_CCINTRO ........ 39
N_CCPRI ........ 103
N_CCSCH ........ 47
N_CSINTRO ........ 39, 70
N_D2 ........ 85, 98
N_D2MIV ........ 105

N_D2MVI ........ 107
N_D3 ........ 36, 85
N_D3MVI ........ 107
N_D4 ........ 85
N_D4DG ........ 96
N_D4MVI ........ 107
N_D5 ........ 85
N_EDDAD ........ 107
N_EDMOM ........ 107
N_HSSTV ........ 110
N_MRD ........ 35, 36, 42, 85, 91, 93, 98
  N_MRCOUNTRY ........ 100
  N_MRDGST ........ 100
  N_MRYR ........ 100
N_MRDG ........ 35, 36
N_MRMIV ........ 35, 96
N_MRMVI ........ 35, 107
N_ND2NEDX2 ........ 93
N_NMRMEDX ........ 94
N_NMRNEDX ........ 35
N_VERIFYACS ........ 98
  N_VERIFYACS_STATE ........ 100
O_BA_DEGREE ........ 86, 89, 93
O_BAMEDX2 ........ 93
O_BAMIV ........ 97
O_BAMVI ........ 108
O_MOST_RECENT_DEGREE ........ 86, 93
O_MRMAV ........ 106
O_MRREA ........ 40, 103
O_NMRMEDX2 ........ 97
O_NOBACHK ........ 106
O_TCDGCMP ........ 92, 108
O_VERIFYSCHOOLA ........ 92, 110
PJ screen ........ 85, 86
RACEINTRO ........ 107, 108, 109
THANK_YOU ........ 110
WEEKS_YEAR ........ 95, 107, 108, 109