# Exhibit 5

Dr. Freeman's May 30, 2025 request for the ACS SOGI Test (Cognitive Testing) Report

Request - DOC-CEN-2025-000402



## Requester Details

To modify request details please update your requester profile or contact the our office for assistance.

**Jonathan Freeman**
Columbia University
1180 Amsterdam Avenue
Schermerhorn Hall
New York, NY 10027
Phone 617-283-9272
jon.freeman@columbia.edu

Requester Default Category: Educational or Non-Commercial Scientific

## Request Details

| | |
|---|---|
| Date Requested | 05/30/2025 |
| Status | Closed |

## General Information

| | |
|---|---|
| Action Office | CEN |
| Action Office Instructions | United States |
| Request Type | CEN FOIA |
| Requester Category | Educational or Non-Comme |

## Shipping Address

| | | | |
|---|---|---|---|
| Street1 | 1180 Amsterdam Avenue | Street2 | Schermerhorn Hall |
| City | New York | State | New York |
| State (Other) | | Country | United States |
| Zip Code | 10027 | | |

## Request Information

Description

I hereby request a copy of all non-data elements within the American Community Survey (ACS) Sexual Orientation and Gender Identity (SOGI) Cognitive Testing Report, produced by RTI International in or around November 2024. This request excludes any data tables, verbatim respondent quotes, or other data elements that may be protected from disclosure under Title 13.

If the Disclosure Review Board has not yet evaluated the report's data elements for disclosure risk, I request the release of all non-data narrative content. Because the data and non-data elements of the report are reasonably segregable, I request that all non-exempt, non-data elements be segregated and released pursuant to 5 U.S.C. § 552(b).

The report in question describes the scientific outcomes of cognitive testing that are factual and non-deliberative in nature and therefore not protected by Exemption 5. If any portions of the report do contain predecisional or deliberative material, such as internal policy recommendations, I request that all reasonably segregable factual portions be released under this request.

Date Range for Record Search: From(mm/dd/yyyy)

To (mm/dd/yyyy)

Description Document

Add Attachment

**Fee Information**

Willing Amount ($)

20.00

Fee Waiver Requested

Add Attachment

Fee Waiver Request Reason

Willing to Pay All Fees

**Expedite Information**

Expedite Requested

Add Attachment

Expedite Reason

## Privacy Act Statement

The collection, maintenance, and disclosure of this information is governed by the Privacy Act (PA) of 1974 (5 U.S.C. § 552a).

**AUTHORITY**: Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C.§ 552a, as amended.

**PURPOSE**: The primary purpose for providing the requested information on this form is to request access to information under the FOIA and/or PA, or amendment or correction of records under the PA. The Department of Commerce (Department) uses the information to grant or deny your request.

**ROUTINE USES**: The Department will use the information collected to identify records responsive to a FOIA and/or PA request, and to provide copies of records to the requester. The information provided may be disclosed to another agency (a) with interest in the record in connection with a referral of a FOIA request to that agency for its views or decisions on disclosure or (b) to consult with and obtain recommendations concerning matters on which the agency has specialized experience or particular competence that may be useful to Department in making required determinations under the FOIA or (c) to a debt collection agency to collect outstanding debts owed to the Department for fees associated with processing FOIA and combined FOIA and PA requests. Department may also include some information in a publicly available log of FOIA requests.

The information will be maintained, and any disclosures will be made in accordance with the Department's Privacy Act system of records notice DEPT-5, Freedom of Information Act and Privacy Act Request Records, available at: www.commerce.gov/opog/privacy/SORN/SORN-DEPT-5.

**DISCLOSURE**: Furnishing the requested information is voluntary; however, failure to provide the requested information may result in a delay or inability of the Department to process your FOIA and combined FOIA and PA requests.