# Exhibit 6

Census Bureau's response to Dr. Freeman's
May 30, 2025 request for the ACS SOGI Test
(Cognitive Testing) Report

UNITED STATES DEPARTMENT OF COMMERCE
U.S. Census Bureau
Washington, DC 20233-0001

June 18, 2025

Jonathan Freeman
Columbia University
1180 Amsterdam Avenue
Schermerhorn Hall
New York, New York 10027
Jon.freeman@columbia.edu

Dear Johnathan Freeman:

This letter is in response to your Freedom of Information Act (FOIA), Title 5, United States Code, Section 552, request submitted May 20, 2025, to the U.S. Census Bureau's FOIA Office. We received your request in this office on May 30, 2025. We have assigned to it DOC-CEN-2025-000402 and are responding under the FOIA to your request for:

1. Copy of all non-data elements within the American Community Survey (ACS) Sexual Orientation and Gender Identity (SOGI) Cognitive Testing Report, produced by RTI International in or around November 2024. This request excludes any data tables, verbatim respondent quotes, or other data elements that may be protected from disclosure under Title 13.

2. If the Disclosure Review Board has not yet evaluated the report's data elements for disclosure risk, I request the release of all non-data narrative content. Because the data and non-data elements of the report are reasonably segregable, I request that all non-exempt, non-data elements be segregated and released pursuant to 5 U.S.C. § 552(b).

We are unable to release these pursuant to FOIA Exemption 3, Title 5 United States Code Section 552(b) (3). Please be aware that information responsive to your request, contains information that is protection by Title 13, United States Code, Section 9, which requires that census records be used solely for statistical purposes and makes these records confidential. Exemption (b) (3) of the FOIA exempts from disclosure, records or portions of records that are made confidential by statute. Accordingly, to that extent that we have withheld documents from you, we must deny your request containing Title 13 protected information.

Based on the above information, this constitutes a denial of your request. You have the right to appeal this denial of the FOIA request. An appeal must be received within 90 calendar days of the date of this response letter. Address your appeal to the following office:

Assistant General Counsel for Employment, Litigation, and Information
Room 5896
U.S. Department of Commerce,
14th and Constitution Avenue, N.W.
Washington, D.C. 20230

An appeal may also be sent by e-mail to FOIAAppeals@doc.gov. The appeal should include a copy of the original request and initial denial, if any. All appeals should include a statement of the reasons why the records requested should be made available and why the adverse determination was in error. The appeal letter, the envelope and the e-mail subject line should be clearly marked "Freedom of Information Act Appeal."

The e-mail and Office are monitored only on working days during normal business hours (8:30 a.m. to 5:00 p.m., Eastern Time, Monday through Friday). FOIA appeals posted to the e-mail box or Office after normal business hours will be deemed received on the next normal business day. If the 90th calendar day for submitting an appeal falls on a Saturday, Sunday or legal public holiday, an appeal received by 5:00 p.m., Eastern Time, the next business day will be deemed timely.

In addition, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS
College Park, Maryland 20740-6001
e-mail at ogis@nara.gov
telephone at 202-741-5770; toll free at 1 877-684-6448
facsimile at 202-741-5769

Please contact Helen Abraham or Shauvez Bennett of my staff by telephone at 301-763-2127 or by email at census.efoia@census.gov if you have any questions regarding your request.

Sincerely,

SHAUVEZ BENNETT

Digitally signed by SHAUVEZ BENNETT
Date: 2025.06.18 13:16:16 -04'00'

for
Jean M. McKenzie
Freedom of Information Act/Privacy Act Officer
Chief, Freedom of Information Act Office