# Exhibit 8

Dr. Freeman's July 21, 2025 request for the ACS SOGI Test (Field Testing) Data

Request - DOC-CEN-2025-000470

Create Appeal | Inbox (0) | Compose Message | Sent Messages | Back

## Requester Details

To modify request details please update your requester profile or contact the our office for assistance.

**Jonathan Freeman**
Columbia University
1180 Amsterdam Avenue
Schermerhorn Hall
New York, NY 10027
Phone 617-283-9272
jon.freeman@columbia.edu

Requester Default Category: Educational or Non-Commercial Scientific

## Request Details

| | |
|---|---|
| Date Requested | 07/21/2025 |
| Status | Closed |

## General Information

| | |
|---|---|
| Action Office | CEN |
| Action Office Instructions | United States |
| Request Type | CEN FOIA |
| Requester Category | Educational or Non-Comme |

## Shipping Address

| | | | |
|---|---|---|---|
| Street1 | 1180 Amsterdam Avenue | Street2 | Schermerhorn Hall |
| City | New York | State | New York |
| State (Other) | | Country | United States |
| Zip Code | 10027 | | |

## Request Information

Description

I hereby request copies of the following two internal data files related to the American Community Survey (ACS) Sexual Orientation and Gender Identity (SOGI) Test, which are currently or were previously in possession by Elizabeth Poehler (elizabeth.poehler@census.gov) and Donna Daily (donna.m.daily@census.gov):

Self-Response File (CSV or JSON format) – This file contains individual-level deidentified self-response data from ACS SOGI Test respondents. Each row corresponds to a respondent, and each column corresponds to an individual survey item.

Web Paradata File (CSV or JSON format) – This file contains individual-level deidentified web paradata from ACS SOGI Test respondents. Each row corresponds to a timestamp (concatenated across respondents), and each column represents web navigation-related information through the survey.

The requested records should be reviewed by the Disclosure Review Board (DRB) before production to ensure compliance with Title 13 protections, consistent with prior Census FOIA productions (e.g., DOC-CEN-2024-000449 and DOC-CEN-2024-000487).

These records are purely factual and non-deliberative in nature and are therefore not protected by Exemption 5. Additionally, please note that Executive Order 14168 does not constitute a valid legal basis for redacting gender identity data from the requested files. Under FOIA, an agency may only withhold records under Exemption 3 if a statute—not an executive order—explicitly prohibits disclosure. Courts have repeatedly held that executive policy changes do not override statutory FOIA obligations. See, e.g., Milner v. Department of the Navy, 562 U.S. 562 (2011); Center for Biological Diversity v. U.S. Army Corps of Engineers, 941 F.3d 1288 (11th Cir. 2019).

Date Range for Record Search: From(mm/dd/yyyy) | To (mm/dd/yyyy)

Description Document: Add Attachment

## Fee Information

Willing Amount ($): 20.00

Fee Waiver Requested: ☐ Add Attachment

Fee Waiver Request Reason:

Willing to Pay All Fees: ☑

## Expedite Information

Expedite Requested: ☐ Add Attachment

Expedite Reason:

## Privacy Act Statement

The collection, maintenance, and disclosure of this information is governed by the Privacy Act (PA) of 1974 (5 U.S.C. § 552a).

**AUTHORITY**: Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C.§ 552a, as amended.

**PURPOSE**: The primary purpose for providing the requested information on this form is to request access to information under the FOIA and/or PA, or amendment or correction of records under the PA. The Department of Commerce (Department) uses the information to grant or deny your request.

**ROUTINE USES**: The Department will use the information collected to identify records responsive to a FOIA and/or PA request, and to provide copies of records to the requester. The information provided may be disclosed to another agency (a) with interest in the record in connection with a referral of a FOIA request to that agency for its views or decisions on disclosure or (b) to consult with and obtain recommendations concerning matters on which the agency has specialized experience or particular competence that may be useful to Department in making required determinations under the FOIA or (c) to a debt collection agency to collect outstanding debts owed to the Department for fees associated with processing FOIA and combined FOIA and PA requests. Department may also include some information in a publicly available log of FOIA requests.

The information will be maintained, and any disclosures will be made in accordance with the Department's Privacy Act system of records notice DEPT-5, Freedom of Information Act and Privacy Act Request Records, available at: www.commerce.gov/opog/privacy/SORN/SORN-DEPT-5.

**DISCLOSURE**: Furnishing the requested information is voluntary; however, failure to provide the requested information may result in a delay or inability of the Department to process your FOIA and combined FOIA and PA requests.