# Exhibit 9

Census Burea's response to Dr. Freeman's
July 21, 2025 request for the ACS SOGI Test
(Field Testing) Data

**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Census Bureau**
Washington, DC 20233-0001

August 1, 2025

Jonathan Freeman
Columbia University
1180 Amsterdam Avenue
Schermerhorn Hall
New York, NY 10027
Jon.freeman@columbia.edu

Dear Jonathan Freeman:

This letter is in response to your Freedom of Information Act (FOIA), Title 5, United States Code, Section 552, request submitted July 21, 2025, to the U.S. Census Bureau's FOIA Office. We received your request in this office on July 21, 2025. We have assigned to it tracking number DOC-CEN-2025-000470 and are responding under the FOIA to your request for:

> *I hereby request copies of the following two internal data files related to the American Community Survey (ACS) Sexual Orientation and Gender Identity (SOGI) Test, which are currently or were previously in possession by Elizabeth Poehler (elizabeth.poehler@census.gov) and Donna Daily (donna.m.daily@census.gov):*
>
> *Self-Response File (CSV or JSON format) – This file contains individual-level deidentified self-response data from ACS SOGI Test respondents. Each row corresponds to a respondent, and each column corresponds to an individual survey item.*
>
> *Web Paradata File (CSV or JSON format) – This file contains individual-level deidentified web paradata from ACS SOGI Test respondents. Each row corresponds to a timestamp (concatenated across respondents), and each column represents web navigation-related information through the survey.*

We are unable to release these pursuant to FOIA Exemption 3, Title 5 United States Code Section 552(b) (3). Please be aware that information responsive to your request, contains information that is protected by Title 13, United States Code, Section 9, which requires that census records be used solely for statistical purposes and makes these records confidential. Exemption (b)(3) of the FOIA exempts from disclosure, records or portions of records that are made confidential by statute, this includes deidentified self-response data. Accordingly, to that extent that we have withheld documents from you, we must deny your request containing Title 13 protected information.

Based on the above information, this constitutes a denial of your request. You have the right to appeal this denial of the FOIA request. An appeal must be received within 90 calendar days of the date of this response letter. Address your appeal to the following office:

Assistant General Counsel for Employment, Litigation, and Information
Room 5896
U.S. Department of Commerce,
14th and Constitution Avenue, N.W.
Washington, D.C. 20230

An appeal may also be sent by e-mail to FOIAAppeals@doc.gov. The appeal should include a copy of the original request and initial denial, if any. All appeals should include a statement of the reasons why the records requested should be made available and why the adverse determination was in error. The appeal letter, the envelope and the e-mail subject line should be clearly marked "Freedom of Information Act Appeal."

The e-mail and Office are monitored only on working days during normal business hours (8:30 a.m. to 5:00 p.m., Eastern Time, Monday through Friday). FOIA appeals posted to the e-mail box or Office after normal business hours will be deemed received on the next normal business day. If the 90th calendar day for submitting an appeal falls on a Saturday, Sunday or legal public holiday, an appeal received by 5:00 p.m., Eastern Time, the next business day will be deemed timely.

In addition, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS
College Park, Maryland 20740-6001
e-mail at ogis@nara.gov
telephone at 202-741-5770; toll free at 1 877-684-6448
facsimile at 202-741-5769

Please contact Shauvez Bennett of my staff by telephone at 301-763-2127 or by e-mail at census.efoia@census.gov if you have any questions regarding your request.

Sincerely,

JEAN MCKENZIE

Digitally signed by JEAN MCKENZIE
Date: 2025.08.01 14:25:23 -04'00'

Jean M. McKenzie

United States® Census Bureau

Freedom of Information Act/Privacy Act Officer
Chief, Freedom of Information Act Office