```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JONATHAN B. FREEMAN,                                               :
:
Plaintiff,                                                         :
:          25-cv-7834 (LJL)
-v-                                                                :
:              ORDER
U.S. CENSUS BUREAU, et al.,                                        :
:
Defendants.                                                        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Notwithstanding the Standing Order entered by Chief Judge Swain on October 1, 2025, *see* No. 25-mc-433, Dkt. No. 2 (S.D.N.Y. Oct. 1, 2025), the initial pretrial conference in this matter will proceed as currently scheduled on October 16, 2025, at 11:00 AM.

SO ORDERED.

Dated: October 14, 2025
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge