```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JONATHAN B. FREEMAN,                                               :
                                                                   :
                            Plaintiff,                             :
                                                                   :      25-cv-07834 (LJL)
          -v-                                                      :
                                                                   :      AMENDED ORDER
U.S. CENSUS BUREAU ET AL,                                          :
                                                                   :
                            Defendants.                            :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025

LEWIS J. LIMAN, United States District Judge:

      Notwithstanding the Standing Order entered by Chief Judge Swain on October 1, 2025, see No. 25-mc-433, Dkt. No. 2 (S.D.N.Y. Oct. 1, 2025), the initial pretrial conference in this matter will proceed as currently scheduled on October 16, 2025, however it will begin at 4:00PM. Parties are reminded to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

      SO ORDERED.

Dated: October 14, 2025
      New York, New York

                                                          LEWIS J. LIMAN
                                            United States District Judge