```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JONATHAN B. FREEMAN,                                               :
                                                                   :
                        Plaintiff,                                 :
                                                                   :        25-cv-7834 (LJL)
        -v-                                                        :
                                                                   :        ORDER
U.S. CENSUS BUREAU, et al.,                                        :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  The Court held an initial pretrial conference in this matter today, October 16, 2026. As indicated on the record at the conference, the stay in this case entered pursuant to Chief Judge Swain's Standing Order, *see* No. 25-mc-433, Dkt. No. 2 (S.D.N.Y. Oct. 1, 2025), is hereby lifted so that the following briefing schedule may be set: Defendants have until December 15, 2025, to file their answer and to move for summary judgment. Plaintiff shall cross-move for summary judgment and file his opposition to Defendants' motion for summary judgment by January 9, 2026. Defendants' response to Plaintiff's cross-motion and their reply brief in further support of their motion for summary judgment are due January 23, 2026. Plaintiff's reply in further support of his cross-motion for summary judgment is due January 30, 2026.

  Notwithstanding the above-mentioned briefing schedule, Defendants may file a motion with the Court by December 8, 2025, seeking an extension of the deadlines for good cause.

  SO ORDERED.

Dated: October 16, 2025
   New York, New York           _____
                      LEWIS J. LIMAN
                      United States District Judge