

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 8, 2025

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Freeman v. U.S. Census Bureau*, No. 25 Civ. 7834 (LJL)

Dear Judge Liman:

      This Office represents Defendants U.S. Census Bureau and U.S. Department of Commerce in the above-referenced case. We write respectfully to request an extension of Defendants' deadline to file their answer and motion for summary judgment, from December 15, 2025, to January 12, 2026. Plaintiff consents to this request.

      On October 16, 2025, the Court held an initial pretrial conference in this matter. The Court ordered that Defendants have until December 15, 2025, to file their answer and to move for summary judgment, and provided Defendants until December 8, 2025, to seek an extension of this and other briefing deadlines. Dkt. No. 23. As discussed at the initial pretrial conference, the government shutdown, during which this case was stayed pursuant to the Chief Judge's standing order, was ongoing at the time of the conference. The shutdown ended on November 12, 2025. During the shutdown, this Office was unable to work with agency counsel on this matter. Accordingly, Defendants require additional time to file their answer and motion for summary judgment. As noted above, Plaintiff consents to the requested extension.

      The parties propose that the full briefing schedule be as follows:

- Defendants have until January 12, 2026, to file their answer and to move for summary judgment.

- Plaintiff shall cross-move for summary judgment and file his opposition to Defendants' motion for summary judgment by February 9, 2026.

- Defendants' response to Plaintiff's cross-motion and their reply brief in further support of their motion for summary judgment are due February 23, 2026.

- Plaintiff's reply in further support of his cross-motion for summary judgment is due March 3, 2026.

We thank the Court for its consideration of this request.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney for the
                Southern District of New York

By:  s/ *Rachael Doud*
    RACHAEL DOUD
    Assistant United States Attorney
    86 Chambers St., 3rd Floor
    New York, New York  10007
    (212) 637-2699

cc:   All counsel of record (via ECF)