JAY CLAYTON
United States Attorney for the
Southern District of New York
By: RACHAEL DOUD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2699
E-mail: rachael.doud@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN B. FREEMAN,<br><br>　　　　　　Plaintiff,<br><br>　– versus –<br><br>UNITED STATES CENSUS BUREAU and UNITED STATES DEPARTMENT OF COMMERCE,<br><br>　　　　　　Defendants. | Civil Action No. 25-7834 (LJL)<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants United States Census Bureau and United States Department of Commerce's Motion for Summary Judgment and the Declaration of Elizabeth Poehler, Defendants, by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move this Court for an order granting summary judgment in Defendants' favor under Rule 56 of the Federal Rules of Civil Procedure in this Freedom of Information Act ("FOIA") case, on the grounds that Defendants conducted adequate searches and properly withheld records pursuant to one or more of FOIA's exemptions.

Dated: January 12, 2026
      New York, New York

                                            Respectfully submitted,

                                            JAY CLAYTON
                                            United States Attorney
                                            Southern District of New York

By:    <u>*/s/ Rachael Doud*</u>
           RACHAEL DOUD
           Assistant United States Attorney
           86 Chambers Street, Third Floor
           New York, New York 10007
           Telephone: (212) 637-2699
           E-mail: rachael.doud@usdoj.gov