By: DANIEL A. MCGRATH
Senior Oversight Counsel
P.O. Box 34553
Washington, D.C. 20043
Tel.: (202) 812-7824
E-mail: dmcgrath@democracyforward.org

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN B. FREEMAN, PH.D.,<br><br>Plaintiff,<br><br>*– versus –*<br><br>UNITED STATES CENSUS BUREAU et al,<br><br>Defendants. | Civil Action No. 25-7834 (LJL)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiff Jonathan B. Freeman's Motion for Summary Judgment and the Declaration of Expert Philip D. Leclerc, Plaintiff, by his attorneys, Democracy Forward Foundation, hereby move this Court for an order granting summary judgment in Plaintiff's favor under Rule 56 of the Federal Rules of Civil Procedure in this Freedom of Information Act ("FOIA") case and denying Defendants' motion for summary judgment, on the grounds that Defendants have not carried their burden to withhold in full records responsive to Plaintiff's FOIA requests.

This filing is also Plaintiff's Opposition to Defendants' Motion for Summary Judgment. Defendants have consented to a thirty-page limit for the accompanying Memorandum. Under Local Rule

56.1, Plaintiff has not included a statement of material facts as this is a FOIA matter.

Dated: February 9, 2026

Respectfully submitted,

*/s/ Daniel A. McGrath*_________
Daniel A. McGrath (S.D.N.Y. Bar No. 5541198)
Amy C. Vickery (N.Y. Bar No. 5942271)†
Anisha Hindocha (D.C. Bar No 1725159)*
Robin Thurston (D.C. Bar No. 7268942)*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 812-7824
dmcgrath@democracyforward.org
avickery@democracyforward.org
ahindocha@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

† *S.D.N.Y. pro hac vice forthcoming*
**Admitted pro hac vice*