UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN B. FREEMAN, PH.D.,<br><br>Plaintiff,<br><br>– *versus* –<br><br>UNITED STATES CENSUS BUREAU et al,<br><br>Defendants. | Civil Action No. 25-7834 (LJL) |

## **[PROPOSED] ORDER**

Plaintiff's motion for summary judgment is GRANTED and Defendants' motion for summary judgment is DENIED.

Defendants are hereby ORDERED to reprocess the responsive records in this matter within 30 days, and to take all reasonable steps to segregate non-exempt information, including through the use of redaction and reasonable confidentiality measures.

Dated: _____        _____
  New York, New York                                                           Lewis J. Liman
                                                                     United States District Judge