

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 18, 2026

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Freeman v. U.S. Census Bureau*, No. 25 Civ. 7834 (LJL)

Dear Judge Liman:

      This Office represents Defendants U.S. Census Bureau and U.S. Department of Commerce in the above-referenced case. We write respectfully to request an extension of Defendants' deadline to file their response to Plaintiff's cross-motion for summary judgment and reply in further support of their motion for summary judgment, which is currently due by February 23, 2026. Plaintiff filed his cross-motion for summary judgment and opposition to Defendants' motion for summary judgment on February 9, 2026, and Defendants require additional time to respond due to the need to consult with agency counsel and the press of business of the undersigned. Accordingly, Defendants respectfully request that the Court extend Defendants' deadline from February 23, 2026, to March 2, 2026, and likewise extend Plaintiff's deadline to file his reply in further support of his cross-motion for summary judgment by one week, from March 3, 2026, to March 10, 2026. Plaintiff consents to this request. Defendants previously requested an extension of the deadline to file their motion for summary judgment, which was granted. The parties do not currently have any scheduled appearances before the Court.

      We thank the Court for its consideration of this request.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney for the
      Southern District of New York

By:  s/ *Rachael Doud*
      RACHAEL DOUD
      Assistant United States Attorney
      86 Chambers St., 3rd Floor
      New York, New York 10007
      (212) 637-2699

cc:    All counsel of record (via ECF)