

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 26, 2026

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:    *Freeman v. U.S. Census Bureau*, No. 25 Civ. 7834 (LJL)

Dear Judge Liman:

      This Office represents Defendants U.S. Census Bureau and U.S. Department of Commerce in the above-referenced case. We write respectfully to request an extension of Defendants' deadline to file their response to Plaintiff's cross-motion for summary judgment and reply in further support of their motion for summary judgment, which is currently due by March 2, 2026. The Court previously granted an extension of this deadline from February 23, 2026, to March 2, 2026. However, we require additional time to respond due to competing deadlines in other cases and because we are still working to obtain relevant supporting information from the agencies. Accordingly, Defendants respectfully request that the Court extend Defendants' deadline from March 2, 2026, to March 6, 2026, and extend Plaintiff's deadline to file his reply in further support of his cross-motion for summary judgment from March 10, 2026, to March 18, 2026. Plaintiff consents to this request. In addition to the request for an extension of this deadline referenced above, Defendants previously requested an extension of the deadline to file their motion for summary judgment, which was granted. The parties do not currently have any scheduled appearances before the Court.

      We thank the Court for its consideration of this request.

                                Respectfully submitted,

                                JAY CLAYTON
                                United States Attorney for the
                                Southern District of New York

                    By:   s/ *Rachael Doud*
                         RACHAEL DOUD
                         Assistant United States Attorney
                         86 Chambers St., 3rd Floor
                         New York, New York  10007
                         (212) 637-2699

cc:    All counsel of record (via ECF)