UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

:

JONATHAN B. FREEMAN,                          :

                                              :

                          Plaintiff,          :

                                              :          25-cv-7834 (LJL)

            -v-                               :

                                              :          ORDER

U.S. CENSUS BUREAU, et al.,                   :

                                              :

                          Defendants.         :

                                              :

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

In this action under the Freedom of Information Act, Plaintiff Jonathan B. Freeman seeks

the disclosure, in whole or in part, of a report prepared by RTI International for the United States

Census Bureau entitled the ACS SOGI Cognitive Testing Report (the "Report").  Defendant, the

United States Census Bureau, has withheld the Report in its entirety on the basis of FOIA

exemptions three and five.

The Court has concluded that it needs to examine the Report *ex parte* and *in camera* to

evaluate the Census Bureau's claims that the Report is exempted and that no part of it can be

reasonably segregated.  *See* 5 U.S.C. § 552(a)(4)(B) ("[T]he court . . . may examine the contents

of such agency records in camera to determine whether such records or any part thereof shall be

withheld under any of the [statutory] exemptions . . ."); *Associated Press v. U.S. Dep't of Just.*,

549 F.3d 62, 67 (2d Cir. 2008) (decision to review records *in camera* is entrusted to district

court's discretion).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/13/2026

Accordingly, the Government is directed to deliver two copies of the Report to chambers by no later than August 21, 2026 for the Court to review *in camera* and *ex parte*.

SO ORDERED.

Dated: August 13, 2026
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2