**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 19, 2026

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*Re:* *Freeman v. U.S. Census Bureau*, No. 25 Civ. 7834 (LJL)

Dear Judge Liman:

This Office represents Defendants U.S. Census Bureau and U.S. Department of Commerce in the above-referenced case brought pursuant to the Freedom of Information Act ("FOIA"). We write respectfully to request a one-week extension of Defendants' deadline to comply with the Court's August 13, 2026, Order, Dkt. No. 45, that the Government provide the Court, by August 21, 2026, with two copies of the ACS SOGI Cognitive Testing Report for *in camera* review. This is the Government's first request for an extension of this deadline. Plaintiff does not oppose this request.

Title 13, Section 9(a) broadly prohibits the disclosure of certain Census data. As explained in Defendants' prior briefing, the RTI Report contains information protected under 13 U.S.C. § 9. *See* ECF No. 40 at 20. Defendants have been working diligently since receiving the Court's Order but request an additional week, to August 28, 2026, to ensure that, in endeavoring to respond to the Court's Order, they are complying with their statutory obligations. We thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *s/ Rachael Doud*
RACHAEL DOUD
Assistant United States Attorney
86 Chambers St., 3rd Floor
New York, New York 10007
(212) 637-2699

cc: All counsel of record (via ECF)