USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN B. FREEMAN,

Plaintiff,

-v-

U.S. CENSUS BUREAU, et al.,

Defendants.

25-cv-7834 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is a letter request filed today by Defendants concerning compliance with the Court's August 13, 2026 and August 19, 2026 Orders. Dkt. No. 48.

The Government shall deliver two copies of the report as reviewed by the Disclosure Review Board by tomorrow, August 27, 2026. The production of the report as reviewed by the Disclosure Review Board does not discharge the Government's obligation to produce the draft report to Chambers, which obligation continues as directed by the Court's Orders of August 13, 2026, and August 19, 2026. *See* Dkt. Nos. 45, 47. The Government shall also submit a letter brief by no later than September 2, 2026, setting forth the authority that gives Defendants the authority to ignore an order of this Court or to condition compliance with the Court's Orders. Plaintiff shall have until September 4, 2026 to reply. This Order is being emailed to the parties on the evening of August 26, 2026 as well as being entered on the docket.

SO ORDERED.

Dated: August 26, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge