**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 27, 2026

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*Re:* *Freeman v. U.S. Census Bureau*, No. 25 Civ. 7834 (LJL)

Dear Judge Liman:

This Office represents Defendants U.S. Department of Commerce and U.S. Census Bureau ("Defendants") in the above-referenced case brought pursuant to the Freedom of Information Act. We write respectfully in response to the Court's August 13, 2026, August 19, 2026, and August 26, 2026, Orders, Dkt. Nos. 45, 47, and 49.

Today, in accordance with the instruction in the Court's August 26 Order, this Office is delivering to Your Honor's Chambers two copies of the ACS SOGI Cognitive Testing Report as reviewed by the Disclosure Review Board, as well as two copies of the original draft report (*i.e.*, the version that preceded review by the Disclosure Review Board).

Defendants did not intend for their letter filed yesterday, Dkt. No. 48, to convey that they planned to ignore an order of the Court or condition compliance with the Court's Orders and sincerely apologize for creating that impression. Defendants instead intended to convey options for addressing their concerns regarding their obligations under Title 13, in case those alternatives were acceptable to the Court. Defendants believe that, by providing both versions of the report, they have complied with the Court's Orders. If, however, the Court still wants Defendants to submit by September 2 the letter contemplated by the Court's August 26 Order, Defendants will of course do so.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: s/ *Rachael Doud*
RACHAEL DOUD
Assistant United States Attorney
(212) 637-2699
Email: Rachael.Doud@usdoj.gov

cc: All counsel of record (via ECF)