USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN B. FREEMAN,

Plaintiff,

-v-

U.S. CENSUS BUREAU, et al.,

Defendants.

---

25-cv-7834 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

As indicated in the Government's letter dated August 27, 2026 at Dkt. No. 50, the Government delivered to Chambers yesterday two copies of the ACS SOGI Cognitive Testing Report as reviewed by the Disclosure Review Board, as well as two copies of the original draft report, for the Court to review *in camera* and *ex parte*.

Accordingly, the Government is relieved of its obligation to file by September 2, 2026 the letter brief contemplated in the Court's Order of August 26, 2026 at Dkt. No. 49.

SO ORDERED.

Dated: August 28, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge