USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/02/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JONATHAN B. FREEMAN,

Plaintiff,

-v-

U.S. CENSUS BUREAU, et al.,

Defendants.

-------------------------------------------------------------------X

25-cv-7834 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

By Opinion and Order dated September 25, 2026, the Court directed Defendants to disclose to Plaintiff the RTI Report as reviewed by the Disclosure Review Board and the field names and column headings from the self-response file within two weeks from the date of the order. Dkt. No. 52. Before the Court is Defendants' unopposed letter motion requesting that the Court stay its disclosure order for sixty (60) days from the date of the disclosure order to allow the Government time to determine whether to appeal from the order. Dkt. No. 53.

Defendants' request is GRANTED. The disclosure order is stayed for sixty (60) days from the date of the disclosure order, *i.e.*, until November 24, 2026. In the absence of further order by this Court or by the United States Court of Appeals for the Second Circuit, Defendants shall produce the RTI Report and the field names and column headings from the self-response file to Plaintiff no later than December 8, 2026.

The Clerk of Court is respectfully directed to close Dkt. No. 53.

SO ORDERED.

Dated: October 2, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge